DocuSign Envelope ID: E0BFA486-39DB-4C2A-BD9B-972A80407F09

1  **PLONSKER LAW LLP**
2  Michael J. Plonsker (SBN 101235)
   Rex D. Glensy (SBN 198909)
3  100 Wilshire Blvd., Suite 700
4  Santa Monica, CA 90401
   Telephone: 310-861-2050
5  Facsimile: 310-496-2577
6  Email: MPlonsker@plonskerlaw.com
7  RGlensy@plonskerlaw.com
   Attorneys for Defendant and
8  Cross-Complainant Richard Davies

9  **PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
10 David M. Given (SBN 142375)
11 Robert Carroll III (SBN 314345)
   39 Mesa Street, Suite 201 – The Presidio
12 San Francisco, CA 94129
13 Telephone: 415-398-0900
   Fax: 415-398-0911
14 Email: dmg@phillaw.com
15 rxc@phillaw.com
16 Attorneys for Plaintiffs and Cross-Defendants

17

18

19

20

21

22

23

24

25

26

27

28

1

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**
Case No. 2:21-cv-08124-AB-PLA

DocuSign Envelope ID: E0BFA486-39DB-4C2A-BD9B-972A80407F09

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMPBELL THOMSON; JOHN ANTHONY HELLIWELL; and ROBERT LAYNE SIEBENBERG,<br><br>     Plaintiffs,<br><br>v.<br><br>CHARLES ROGER POMFRET HODGSON, a/k/a ROGER HODGSON; RICHARD DAVIES; DELICATE MUSIC, a California general partnership; and DOES 1-10, inclusive,<br><br>     Defendants.<br><hr>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-08124-AB-PLA<br><br>Related To Consolidated Cases:<br>2:21-cv-08123-AB-PLA (Lead Case)<br>2:21-cv-08759-AB-PLA<br><br>Judge: Hon. André Birotte Jr.<br>Ctrm: 7B<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>**[Proposed Order Filed Concurrently Herewith]** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rules 7-1, and 52-4.1, this stipulation is entered into by and between Plaintiffs and Cross-Defendants Douglas Campbell Thomson, John Anthony Helliwell, and Robert Layne Siebenberg (individually and collectively "Plaintiffs"), on the one hand, and Defendant and Cross-Complainant Rick Davies ("Davies").

## STIPULATION

WHEREAS, on July 9, 2021, Plaintiffs filed an action in the Superior Court for the State of California, County of Los Angeles, bearing Case No: 21STCV25257, naming Davies among others as Defendants;

WHEREAS, on October 7, 2021, Davies filed a Cross-Complaint ("Cross-Complaint") against Plaintiffs in this State Court action;

WHEREAS, on December 21, 2021, the State Court Action was removed to this Court;

WHEREAS, on January 28, 2022, Plaintiffs filed a First Amended Complaint in this action ("FAC") which amended the Complaint. (Dkt. 39);

WHEREAS, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs stipulate to dismiss the FAC with prejudice as to Davies ONLY;

WHEREAS, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Davies stipulates to dismiss the Cross-Complaint with prejudice; and

WHEREAS, as to their claims against each other ONLY, Plaintiffs, on the one hand, and Davies, on the other, agree to bear their own respective costs and attorney fees.

**IT IS SO STIPULATED.**

DATED: ~~March 28, 2023~~ *April 12, 2023*

                                 PLONSKER LAW LLP

                                 By:

                                 Michael J. Plonsker
                                 Rex D. Glensy
                                 Attorneys for Defendant and Cross-Complainant RICHARD DAVIES

1    DATED: April 19, 2023            PHILLIPS, ERLEWINE, GIVEN &
2                                     CARLIN LLP
3                                     By: _____
4                                     David M. Given
5
6                                     Attorneys for Plaintiffs and Cross-
7                                     Defendants DOUGLAS CAMPBELL,
      JOHN ANTHONY HELLIWELL and
8                                     ROBERT LAYNE SIEBENBERG
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION
Case No. 2:21-cv-08124-AB-PLA