**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
David M. Given (SBN 142375)
Robert Carroll III (SBN 314345)
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone:  415-398-0900
Fax:              415-398-0911
Email:          dmg@phillaw.com
                    rxc@phillaw.com

Attorneys for Plaintiffs

**GUTMAN LAW**
Alan S. Gutman (SBN 128514)
Matthew E. Hess (SBN 214732)
9350 Wilshire Boulevard, Suite 350
Beverly Hills, CA 90212
Telephone:  (310) 385-0700
Email:         alangutman@gutmanlaw.com
                   mhess@gutmanlaw.com

Attorneys for Defendants Roger Hodgson and Delicate Music

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS CAMPBELL THOMSON; JOHN ANTHONY HELLIWELL; and ROBERT LAYNE SIEBENBERG<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES ROGER POMFRET HODGSON, a/k/a ROGER HODGSON; DELICATE MUSIC, a California general partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:21-cv-08124-AB-PLA<br><br>Related to:<br>2:21-cv-08123-AB-PLA (Lead Case)<br>2:21-cv-08759-AB-PLA<br><br>Hon. André Birotte, Jr.<br>Ctrm: 7B<br><br>**JOINT STATEMENT RE SETTLEMENT** |

The parties mediated their dispute on February 23, 2023. The mediation did not resolve the matter. The mediator has remained engaged since then, but has made no additional progress in resolving the parties' dispute.

DATED: January 11, 2024     **PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**

By: /s/ David M. Given
_____
David M. Given
Attorneys for Plaintiffs

DATED: January 11, 2024     **GUTMAN LAW**

By: /s/ Alan S. Gutman
_____
Alan S. Gutman
Attorneys for Defendants

Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900