DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
2/27/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CB DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMPBELL THOMSON; JOHN ANTHONY HELLIWELL; and ROBERT LAYNE SIEBENBERG,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES ROGER POMFRET HODGSON, a/k/a ROGER HODGSON; DELICATE MUSIC, a California general partnership,<br><br>Defendant. | Case No.: 2:21-cv-08124-AB-MRW<br><br>**SPECIAL VERDICT FORM** |

## BREACH OF CONTRACT – AGAINST HODGSON

1. With respect to the 1977 Memorandum of Agreement (Publishing), did Defendant Hodgson terminate his contractual obligation to pay a portion of the songwriting royalties to Plaintiffs after a reasonable time?

   [X] Yes
   [ ] No

   *Proceed to Question 2.*

## BREACH OF CONTRACT – AGAINST DELICATE MUSIC

2. With respect to the 1977 Memorandum of Agreement (Publishing), did Defendant Delicate Music terminate its contractual obligation to administer a portion of the songwriting royalties to Plaintiffs after a reasonable time?

   [X] Yes
   [ ] No

   *If the answers to both Questions 1 and 2 are "Yes", answer no further questions, and have the presiding juror sign and date this form. If the answer to either Question 1, Question 2, or both Question 1 and 2, is "No", then answer Question 3.*

## DAMAGES

3. If the answer to either Question 1, or Question 2, or both is "Yes", what damages are owed?

   $_____

Signed: ████████████████    Dated: 2/27/24

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

1