

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE ANDRE BIROTTE, JR., U.S. DISTRICT JUDGE

DOUGLAS CAMPBELL THOMSON et al,

              Plaintiffs,

     vs.                      Case No.
                              21-cv-8124-AB

CHARLES ROGER POMFRET HODGSON, et al,

              Defendants.
_____/

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
TRIAL DAY 4 - FULL DAY
Friday, February 23, 2024
9:30 a.m.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

1                            **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        PHILLIPS ERLEWINE GIVEN and CARLIN LLP
         BY:  DAVID M. GIVEN
5             KYLE PATRICK O'MALLEY
              NICHOLAS A. CARLIN
6             ROBERT CARROLL, III
              Attorneys at Law
7        The Presidio
         39 Mesa Street, Suite 201
8        San Francisco, California  94129

9

10   **FOR THE DEFENDANT:**

11
         GUTMAN LAW
12       BY:  ALAN S. GUTMAN
              Attorney at Law
13       9350 Wilshire Boulevard, Suite 350
         Beverly Hills, California  90212

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
1                          WITNESS INDEX

2                             * * *

3
     WITNESS:                              Page
4
     PAUL GLASS
5
         Direct Examination by Mr. Carroll      14
6
         Cross-Examination by Mr. Gutman        49
7
         Redirect Examination by Mr. Carroll    77
8
9    DAVID MARGERESON   (Videotaped deposition)  91

10
11   CHARLES ROGER POMFRET HODGSON

         Direct Examination by Mr. Gutman       93
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                                    **EXHIBIT INDEX**

                                        * * *
3        **EXHIBIT NO.**                           **Page**

4        **120**                                   **63**

5        **121**                                   **65**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; FRIDAY, FEBRUARY 23, 2024

 2                               9:30 A.M.

 3                               --oOo--

 4

 5              THE COURTROOM DEPUTY:  All rise.  This United States

 6    District Court is once again in session.  The Honorable André

 7    Birotte, Jr., United States District Judge presiding.

 8              Please be seated.  Calling Item No. 1,

 9    CV 21-8124-AB, Douglas Campbell Thomson et al versus Charles

10    Roger Pomfret Hodgson et al.

11              Jury trial, Day 4.

12              Counsel, please state your appearances.

13              MR. GIVEN:  Good morning, Your Honor.  David Given

14    and Robert Carroll for the plaintiffs.

15              THE COURT:  Good morning.

16              MR. GUTMAN:  Good morning, Your Honor.  Alan Gutman

17    on behalf of defendants.

18              THE COURT:  Good morning.  Mr. Gutman, what is the

19    issue?

20              MR. GUTMAN:  One housekeeping matter.  Mr. Hodgson

21    is on the stand today, we have brought a guitar, an acoustic

22    guitar for him.  I wanted to alert the Court, just, I believe,

23    one or two minutes to explain the process of --

24              THE COURT:  This is not MTV Unplugged.  Why do we

25    need an acoustic rendition of -- I'm not sure I understand.
```

1    What is the point of that?

2            MR. GUTMAN:  There has been a lot of discussion

3    about the creation of music, how the songs came into existence.

4    I thought it would be useful in explaining to the jury -- I'm

5    not asking for setting up a concert.  I thought it would be

6    very helpful and actually very instructive for the jury to see

7    how components of a song -- I'm only talking about --

8            THE COURT:  No one is disputing that he wrote these

9    songs, right?

10           MR. GUTMAN:  That's correct.  But we're talking

11   about the -- all of these songs came into existence.  Mr. Given

12   started out in the opening statement about how the band brought

13   them to life and things like that.

14       All I'm asking for, Your Honor, is three minutes, and we

15   can put a clock on that.  I think it will be very helpful.

16           THE COURT:  What is the plaintiff's position?

17           MR. GIVEN:  Absolutely not, Your Honor.  Irrelevant.

18   Prejudicial.  Not only should the guitar not come into the

19   courtroom, it should not have even been brought into the

20   courthouse.  There is a possibility that jurors saw that guitar

21   come in through the security.

22           THE COURT:  Relax.  I mean, no disrespect to your

23   client, look in any other form, I would love to see it happen.

24   I'm just not sure the relevance.  No one is disputing he wrote

25   the songs, and I'm not sure -- because he plays in front of a

```
 1    jury, that shows what?  I mean, he obviously can play.

 2    Obviously, he is creative.  I don't think there is any

 3    testimony suggesting that he didn't create these songs, is

 4    there?

 5             MR. GUTMAN:  No.  But the point is about how these

 6    songs came into existence and the contribution of all of the

 7    members -- look, we have sat through two days of testimony

 8    hearing from the drummer, bass player, and the

 9    multi-instrumentalist talk about all of the contributions they

10    made to make these songs happen on record.  I think Mr. Given

11    was provided with --

12             THE COURT:  But I didn't let him set up here and put

13    drums or like, Bon Jovi acoustic.

14             MR. GUTMAN:  Nor am I asking that we have that kind

15    of latitude here.  All I'm asking for consideration is in order

16    to present -- all I'm asking for is two or three minutes.  I'm

17    not talking about presenting an entire --

18             THE COURT:  Let me just stop.  I don't think it's

19    relevant.  And again, would love to hear it in any other

20    context, but then here is my worry.  I let him play, then he's

21    going to get up and start crying and say then my client should

22    get up there and show what they added to it.  And, again, it

23    goes to something I don't think is in dispute.  He wrote the

24    songs.  He created them.  No one is disputing it.  I guess he

25    will get up on the stand and say I did all of it.  Okay.  Fine.
```

```
 1    But him playing for two or three minutes doesn't lend more
 2    credibility to the fact that he did it all.  I mean, he's going
 3    to say that and the jurors will agree or disagree.
 4              MR. GUTMAN:  I think it helps illustrate the point.
 5              THE COURT:  I get it, I appreciate that, but the
 6    motion is denied.
 7              MR. GUTMAN:  Sure.  I understand your ruling.  May I
 8    inquire about our ability to play a video of certain songs that
 9    have been created?
10              THE COURT:  A video, like an MTV video or like, a
11    video of him performing?
12              MR. GUTMAN:  Yes, him performing.
13              THE COURT:  Which I find interesting.  We told this
14    jury every day and night, don't go looking up songs and you
15    want to play songs now.  Why?
16              MR. GUTMAN:  What is very interesting about the
17    whole context of this jury trial, I think the average age of
18    the jurors is probably in their 30s.  I think it's clear that
19    most of the jurors did not even know who Supertramp was.
20              THE COURT:  Well, we don't know, and I don't know
21    what the average age is but, again, I come back to, at the end
22    of the day, does it matter?  I mean, I'm not -- I don't mean
23    this as any disrespect to the creatives out there, but this is
24    about a breach of contract.  Whether they know the song or not,
25    whether it's "Star Spangled Banner" or, you know, whatever, I
```

1  don't know if it matters, this is about what did the parties

2  agree to or not.

3        So, if they hear the song, who cares.  I mean that's --

4  and your client is going to say I wrote it, I created it.  He

5  can describe what the process is, but him strumming, you know,

6  I just don't see it as relevant.

7        MR. GUTMAN:  May I just say one final point?  I

8  understand Your Honor's inclination to deny the request.  I do

9  think after Mr. Given's clients had presented so much of their

10 story, elaborating on their role in the process of creation, it

11 would be good demonstrative evidence to identify what the

12 component parts that we're talking about in the creative

13 process of bringing all of these songs to fruition.

14        THE COURT:  All right.  You stated your grounds on

15 the record.  Depending on the outcome of the case, the Ninth

16 Circuit will tell me if I'm wrong or right.  So, respectfully,

17 the request is denied.

18        Again, as much as I would love to hear it -- I'm

19 a music guy, great, but I don't think for purposes of this

20 trial it is necessary.

21        Must you speak about this issue?  You have

22 already won.

23        Is there another issue?

24        MR. GIVEN:  Instruct the jury, please, Your Honor,

25 to turn their phones off.

```
 1              THE COURT:  I will tell them to pay attention during
 2    the course of the trial.
 3              MR. GIVEN:  To turn their phones off.
 4              THE COURT:  I don't know if they have their phones
 5    on.
 6              MR. GIVEN:  They are on their phones.
 7              THE COURT:  You're sure about that?  Mr. Given, you
 8    are making a lot of bold statements here.  You may be right,
 9    and maybe you are focused on them a lot more.  You are making a
10    lot of bold statements here.
11              MR. GIVEN:  I'm five feet.
12              THE COURT:  I get that you're five feet, but you are
13    also paying attention to trial, presumably, as well, right?
14              MR. GIVEN:  Yes.
15              THE COURT:  Okay.  I will leave it at that.
16                Bring in the jury.
17              MR. GIVEN:  I'm just making the request.
18              THE COURT:  Bring in the jury.
19              THE COURTROOM DEPUTY:  All rise for the jury.
20              (Jury enters the courtroom at 9:58 a.m.)
21              THE COURTROOM DEPUTY:  Please be seated.
22              THE COURT:  Good morning, ladies and gentlemen of
23    the jury.  Happy Friday to you all.
24          We're ready to resume testimony in this case.
25          We're getting to the midpoint of the trial.
```

1    I think it's important at times to just remind folks,

2  remember at the beginning of the trial when I had you all out

3  in the panel, I asked if anyone had any phones, everyone raised

4  their hands, and I said:  Do me a favor, please place them on

5  airplane mode just so that we can make sure we have your

6  undivided attention in this case.

7    I just figured I would remind you all about that today,

8  so if you would do that for me, that would be great.

9    Thank you.

10    With that, you can call your next witness.

11    MR. CARROLL:  Your Honor, before we present our next

12  witness, we intend to present certain portions of the

13  deposition of Delicate Music by video.

14    May I read the portions?

15    THE COURT:  You're going to read the -- okay.  Go

16  ahead.

17    MR. CARROLL:  They are page 21, line 13 to line 21.

18    Page 30, line 17 to line 24.

19    Page 31, line 6 to 32, line 10.

20    Page 31, line 15 to line 17.

21    Page 35, line 5 to line 15.

22    Page 41, line 17 to page 42, line 6.

23    Page 43, line 15 to line 21.

24    Page 46, line 9 to line 18.

25    Page 84, line 15 to line 20.

1          THE COURT:  All right.  Any objection?

2          MR. GUTMAN:  Presuming those are the same page and

3   lines numbers that were presented to me this morning, no.

4          THE COURT:  All right.  You may proceed.

5          MR. CARROLL:  Thank you, Your Honor.

6              (Video/audio played in open court.)

7          MR. CARROLL:  Your Honor, if there's time,

8   plaintiffs would like to call Paul Glass.

9          MR. GUTMAN:  Your Honor, may we have a sidebar real

10  quick?

11         THE COURT:  All right.

12                  (Sidebar begins.)

13         THE COURT:  Mr. Gutman?

14         MR. GUTMAN:  I don't know if this was by design, but

15  witnesses were specifically excluded, and I feel like

16  plaintiffs put Paul Glass in the gallery to be able to view

17  that portion of the deposition testimony, expressly.  When I

18  realized it, I was going to interrupt the deposition, but I

19  want to note it on the record that the plaintiffs have the

20  witness in the gallery viewing portions of the testimony that

21  were just played, and I think that violates the order of the

22  Court to have witnesses excluded.

23         THE COURT:  I mean, I don't know who Paul Glass is,

24  so.

25         MR. GUTMAN:  He's sitting -- the witness that they

1    are calling, that they just played testimony as a prelude, as a

2    springboard to his testimony, he's sitting in the audience now.

3            THE COURT:  Is there a reason why he's sitting in

4    the audience?

5            MR. CARROLL:  There isn't, Your Honor.  He was

6    instructed to come in for his testimony.  He knew he was going

7    first this morning.  I don't know why he was in during the

8    playing of the video.

9            THE COURT:  Okay.  Well, the record is going to

10   reflect that, I suppose.  I'm sure Mr. Gutman will bring it up

11   in cross.

12                    (Sidebar ends.)

13           THE COURT:  Mr. Glass, step forward, please.

14           THE COURTROOM DEPUTY:  Please raise your right hand.

15   Do you solemnly swear that the testimony you shall give in the

16   cause now before this Court shall be the truth, the whole

17   truth, and nothing but the truth, so help you God?

18           THE WITNESS:  Yes.

19           THE COURTROOM DEPUTY:  Thank you.  Please be seated.

20   Please state and spell your name for the record.

21           THE WITNESS:  Paul Glass, P-A-U-L, G-L-A-S-S.

22           THE COURT:  Counsel, you may proceed.

23                    PAUL GLASS,

24                having been duly sworn,

25                 testified as follows:

```
 1                    DIRECT EXAMINATION

 2    BY MR. CARROLL:

 3    Q    Good morning, Mr. Glass.  You became Supertramp's business

 4    manager around 1978, correct?

 5    A    Correct.

 6    Q    And you administered Supertramp songwriting royalties to

 7    the band members; is that correct?

 8    A    Yes.

 9    Q    And when I say administration, that includes collecting

10    and paying the songwriting royalties; is that right?

11    A    Yes.

12              MR. CARROLL:  Please publish Exhibit 8.

13    BY MR. CARROLL:

14    Q    Mr. Glass, you have seen this document before, right?

15    A    Yes.

16    Q    It's an agreement among the Supertramp band members for

17    distribution of songwriting royalties; is that right?

18    A    Yes.

19              MR. GUTMAN:  Objection.  The document speaks for

20    itself.

21              THE COURT:  Overruled.

22    BY MR. CARROLL:

23    Q    Is that right, Mr. Glass?

24    A    Yes.

25    Q    And it defined percentages of songwriting royalties to be
```

```
 1  paid to the band members by their manager, Dave Margereson; is
 2  that correct?
 3  A    Correct.
 4  Q    That is 11 and a half percent for Mr. Thomson,
 5  Mr. Helliwell, and Mr. Siebenberg, and 27 percent for
 6  Mr. Hodgson and Mr. Davies, right?
 7  A    Yes.
 8  Q    This agreement, it was prepared before you started working
 9  for the band; is that right?
10  A    Yes.
11  Q    Dave Margereson, the band's manager, he gave you this
12  agreement when you started working for Supertramp?
13  A    Yes.
14  Q    And that was around 1978, correct?
15  A    Correct.
16  Q    When Mr. Margereson gave you the agreement, he told you it
17  was forever.  This was an agreement in perpetuity, right?
18           MR. GUTMAN:  Objection.  Hearsay.
19           THE COURT:  Sustained.
20           MR. CARROLL:  Your Honor, may I request a sidebar?
21           THE COURT:  Yes.
22                  (Sidebar begins.)
23           MR. CARROLL:  This is not hearsay.  It's a state of
24  mind of a party to the 1977 agreement, that would be Dave
25  Margereson.  It's relevant to Mr. Glass --
```

1          THE COURT:  Hold on.  I just want to make sure I

2    understand.  You are saying that it's not hearsay because it

3    goes to whose state of mind?

4          MR. CARROLL:  It goes to the Mr. Margereson's state

5    of mind, who was a party to the 1977 agreement.

6          THE COURT:  Hold on a second.  You have this

7    witness, who I think you just asked, didn't Mr. -- who told him

8    this?

9          MR. CARROLL:  Dave Margereson.

10         THE COURT:  You asked him, Mr. Glass, did

11   Mr. Margereson tell you X, Y, and Z?  And you don't think --

12   look, maybe I need to look at the evidence code again, because

13   I just don't understand.  It goes to who's state of mind?  His

14   state of mind?

15         MR. CARROLL:  It goes to Mr. Margereson's state of

16   mind.

17         THE COURT:  But he's not the witness.

18         MR. CARROLL:  Yes, but it also goes to Mr. Glass's

19   state of mind.

20         THE COURT:  For what purpose?

21         MR. CARROLL:  He is an agent of Delicate.  He

22   effective is Delicate.  He runs all of Delicate's business.

23         THE COURT:  I get it.  Let's assume for the sake of

24   this discussion I say he's an agent of Delicate.  What are you

25   -- are you suggesting that Mr. Glass did something in response

1    to hearing what Margereson told him?

2            MR. CARROLL:  He was administering the royalties

3    then, and has also administered the royalties to this day.  So

4    he has understanding of whether that royalty administration

5    obligation was perpetuated.  It is relative to this case.

6            THE COURT:  Can't you simply just ask whether or not

7    he continued to give these royalties from whatever date you are

8    talking about until the date that Mr. Thomson -- until he was

9    told not to give the royalties?

10           MR. CARROLL:  But I think that this statement, given

11   a year after the settlement agreement -- or this agreement was

12   drafted, it's probative of whether or not Delicate understood

13   the obligation to be perpetual.

14           THE COURT:  If, Mr. Gutman, if you could give me a

15   response without having an aneurism, please.

16           MR. GUTMAN:  This is a direct violation of the Court

17   order that plaintiff sought in connection with their Motion in

18   Limine Number 5 regarding subjective unexpressed intent.  They

19   are trying to backdoor, and have opened that door wide open

20   about trying -- by giving a question with complete hearsay that

21   is not subject to any exception.  Trying to backdoor

22   Mr. Margereson's alleged statement that Mr. Margereson never

23   recalled.  But they are going to try to get Paul Glass, an

24   accountant for the band, to attest to what Dave Margereson

25   allegedly said 46 years ago?

1           This is a violation of the court order on

2  subjective unexpressed intent.  It's not admissible.  I think

3  we need a curative instruction, or my client has to be allowed

4  to testify about what his understanding was and what --

5           THE COURT:  The objection is sustained and there is

6  no answer.

7           MR. GUTMAN:  Well, then I need a curative

8  instruction.

9           THE COURT:  We can talk about that later, but I'm

10 talking about the issue at hand.  The grounds that you say it

11 is, is hearsay and it violates the motion in limine?

12           MR. GUTMAN:  Correct.

13           THE COURT:  The objection is sustained on hearsay

14 grounds, so move on.

15                    (Sidebar ends.)

16 BY MR. CARROLL:

17 Q    Mr. Glass, from the beginning, Rick Davies told you that

18 this payment obligation was supposed to be perpetual; is that

19 right?

20           MR. GUTMAN:  Objection.  Hearsay.

21           THE COURT:  Sidebar, please.

22                    (Sidebar begins.)

23           THE COURT:  Counsel, you are not going to be able to

24 do this.  I mean, I get it and I get your colleague wants it to

25 say that he's an agent of Delicate.  We talked about this

1    yesterday.  The stipulation you got from him was that he was a

2    representative from Delicate.

3                   If you want to ask him if he made these payments

4    and he made them on behalf of Delicate from whatever date to

5    whatever date, you can do that.  But getting in statements that

6    someone told you to do this, someone told you to do that, I

7    believe it's hearsay.  The Ninth Circuit may disagree, but I

8    believe it's hearsay.

9                   Go ahead.  State your record.

10              MR. CARROLL:  Rick Davies is a partner of Delicate

11   and was a partner of Delicate at all times.  This is a party

12   admission.  This goes beyond a statement by Mr. Margereson.

13   This is a statement in 1978, a year after the agreement was

14   drafted.  One of the signers of that agreement says this

15   agreement was perpetual.  That is a party admission.

16              THE COURT:  Wait.  Rick Davies -- I want to make

17   sure I understand.  You are saying that Rick Davies said that

18   this was a contract in perpetuity.  What is the evidence of

19   that?

20              MR. CARROLL:  He told Paul Glass.

21              THE COURT:  What's the evidence that he told Paul

22   Glass?  Did Paul Glass say that in the deposition?  Did

23   Mr. Davies say it in the deposition?

24              MR. CARROLL:  That's right.  Paul Glass said that in

25   the deposition.

1           THE COURT:  Can you show me?

2           MR. CARROLL:  Certainly.  It's transcript 171,

3    lines 15 to 21.

4           THE COURT:  And what's the question?

5           MR. CARROLL:  I can get the deposition for

6    transcript read back.

7           THE COURT:  I'm going to excuse the jury so we can

8    deal with this.

9           MR. CARROLL:  I will get the transcript.

10                      (Sidebar ends.)

11           THE COURT:  Ladies and gentlemen of the jury, we're

12   going to take a ten-minute recess, if we could.  Please do not

13   form or express any opinion about the case until the matter is

14   finally submitted to you.  Don't talk with anyone about the

15   case, don't allow anyone to talk to you about the case, and do

16   not conduct any research of any kind on any subject matter

17   connected with the case.

18           We will see you back in about ten minutes.  All

19   right.  Thank you.

20           THE COURTROOM DEPUTY:  All rise for the jury.

21           Please be seated.

22           THE COURT:  Mr. Glass, if you wouldn't mind, could

23   you step down and we will call you when we are ready.

24           Counsel.

25           THE COURT:  Okay.  So, first off, I just want to

1  make sure no other witnesses need to be in the room when

2  another witness gets called.  Are we clear on that from the

3  plaintiffs' side?

4          MR. CARROLL:  We are.

5          THE COURT:  Mr. Glass was here when the deposition

6  testimony was taken.

7          MR. GIVEN:  I had no idea, Your Honor.

8          THE COURT:  No idea.  You know when their phones are

9  being taken out but you have no idea when the witness is in

10 this room?  You are the lead counsel on this case, right?

11          You are the lead counsel on this case, right?

12          MR. GIVEN:  Yes.

13          THE COURT:  So, someone needs to take

14 responsibility.  You cannot have a witness in the room when

15 another witness is testifying.

16          MR. GIVEN:  Apologies.

17          THE COURT:  All right.  Now, Mr. Carroll, explain

18 this to me again how this -- all this -- what appears to be

19 hearsay.  I want to make sure I understand because first we

20 started with Margereson, now we're starting with Davies.  What

21 is the issue?

22          MR. CARROLL:  Certainly, Your Honor.  Paul Glass

23 testified at his deposition that Rick Davies told him as --

24 from the beginning, when Paul Glass started working for the

25 band, that the income participation was supposed to be

```
 1    perpetual.  And I can direct Your Honor to the line of the
 2    deposition transcript where he testifies as such.
 3                    THE COURT:  Please do.
 4                    MR. CARROLL:  It's page 171, lines 15 through 21.
 5                    THE COURT:  Okay.  So, your view is that this is
 6    different than Margereson because Davies is a part of Delicate
 7    Music versus Margereson who's not.
 8                    MR. CARROLL:  That's correct, Your Honor.  He's a
 9    partner of Delicate Music.
10                    THE COURT:  Mr. Gutman.
11                    MR. GUTMAN:  Even if it qualifies as an exception
12    under the hearsay rule, it violates the Motion in Limine
13    Number 5 brought by plaintiffs regarding subjective unexpressed
14    intent.  They have --
15                    THE COURT:  Is it unexpressed intent?
16                    MR. GUTMAN:  It's after the fact.
17                    THE COURT:  But is it -- wait.  Wait.
18                    Is it -- well, the motion we were talking about
19    before was before the fact, right?
20                    MR. GUTMAN:  Okay.  No.  It was not limited to that.
21    It was -- controlling any expression as to what a party
22    interpreted a contract to mean.
23                    So, if this is open for discussion at this stage in the
24    game, then what you have is the door has opened up to
25    Mr. Hodgson being able to testify that he always understood and
```

1    said that he could terminate this agreement at any time.  This

2    is precisely the issue that the plaintiffs sought an order on

3    in Motion in Limine Number 5.

4            THE COURT:  Mr. Carroll.

5            MR. CARROLL:  Your Honor, this is expressed intent.

6    This is a statement that Rick Davies made to Paul Glass, and

7    that's why it wouldn't fall within that.

8            THE COURT:  Thank you.  Mr. Gutman, is there not a

9    distinct difference in that in the sense that, at least

10   according to this depo, Glass says a partner of Delicate Music

11   told him this, versus what we were talking about in the motion

12   in limine was that this is what I thought going into it.

13           MR. GUTMAN:  Okay.

14           THE COURT:  Aren't they different?

15           MR. GUTMAN:  It is, because you can't -- the

16   testimony of a witness as to what is -- according to Motion in

17   Limine Number 5, it's not limited just to subjective

18   unexpressed intent.

19           THE COURT:  It was limited to subjective -- that's

20   what the motion was characterized.

21           MR. GUTMAN:  I understand, but it was broader than

22   that in the discussion that we had because it encompasses all

23   forms of extrinsic evidence.  Defining the circumstances, you

24   can't just say this -- and you gave an example and I thought it

25   was very eloquent and articulated the scenario very accurately

1    when you talked about the Ferrari that you purchased in that

2    hypothetical.

3            THE COURT:  That is different than this.  Because he

4    is saying Davies -- someone at Delicate Music -- told him that.

5    Not that Glass -- it would be different if Glass got up here

6    and said I assumed, I thought when we signed this, it was X.  I

7    thought when I bought this car it was a Ferrari.  That is

8    different than someone told me it was a Ferrari and I bought

9    it.

10           MR. GUTMAN:  But the issue is after -- because this

11   is improper extrinsic evidence under any circumstances, because

12   you are relying on someone who is a party to an agreement after

13   the agreement explaining their interpretation that is not

14   contained in the agreement.

15           So, after you bought the Ferrari, you are then

16   explaining what the agreement regarding the Ferrari means.

17           This is just an end around in order to get in evidence

18   that is not only prejudicial, it is not permitted under the

19   contract -- rules of contract interpretation, the maxims of

20   contract interpretation.  You can't take extrinsic evidence in

21   the form of what somebody, a party to an agreement, thinks it

22   means.

23           It's not an admission about what the meaning of the

24   contract is, and this entire trial comes down to this ultimate

25   issue.  So, you are going to allow an alleged statement by a

1   party to an agreement from 46 years ago to come in to explain a

2   term that is not defined in a contract, based upon what that

3   individual thought?  It's extrinsic evidence of the most

4   unreliable kind.

5        It doesn't -- it's like you can take any contract, then,

6   and say, well, what did so and so say in the previous 45 years?

7           THE COURT:  But I guess, here, I guess what I'm

8   struggling with is the fact that Paul Glass is the accountant

9   for Delicate.  He distributes funds in his capacity as the

10  accountant for Delicate.  He's doing it at somebody's

11  direction, I would assume.  And Glass is saying -- I think he's

12  saying I made these payments because I was told to make these

13  payments.

14       So, are you saying that that can't come in?

15          MR. GUTMAN:  He was told to make the payments.  He

16  continued to make the payments until he was told not to make

17  the payments.

18          THE COURT:  But the point is, is that Glass --

19  Glass, I think, is saying or says in his depo that at some

20  point he was told that he was to make the payments in

21  perpetuity, and then he was told to stop.  I think that is what

22  the testimony is.

23          MR. GUTMAN:  And then there is another little

24  wrinkle in this that I think needs to be on the record, and

25  that is Mr. Carroll has made the argument that Rick Davies is a

1    partner in Delicate Music.  Okay.  That is true.

2         Delicate Music is not a party to this contract.

3              THE COURT:  It's not party to which contract?

4              MR. GUTMAN:  It's not a party to this memorandum of

5    agreement publishing, Exhibit Number 8.  It's a convenient

6    little fact that needs to be considered, but one that would

7    like -- the plaintiffs would like to overlook.  Delicate Music

8    is not a party.

9              THE COURT:  Mr. Carroll, what is your response to --

10   as it relates to the Delicate not being a party to this

11   contract?

12             MR. CARROLL:  Delicate is bound by this contract.

13   Delicate is explicitly obligated by this contract.

14             THE COURT:  Show me where they are explicitly bound.

15             MR. CARROLL:  If you look at Paragraph 3 of

16   Exhibit 8.

17             THE COURT:  Which is on the screen?

18             MR. CARROLL:  I believe so.

19             THE COURT:  Which says "the copyrights of the

20   compositions" --  this is what I was looking at last night and

21   this morning, I should say -- "the copyright of the composition

22   shall be owned by the respective writers who write the

23   compositions," and it says, "and shall be administered by

24   Delicate Music."

25                  I don't know if that means that they are bound by

1  it.  It's supposed to be administered by them, presumably at

2  somebody's direction, right?  But does that mean they are a

3  party to the contract or bound by it?  Because -- I mean, it's

4  interesting we're having this discussion now because there are

5  three different contracts.  I don't think the special verdict

6  forms take that into account and there are different

7  signatories to each contract.

8        And this contract, to the extent it doesn't have

9  Delicate as a signature, then Mr. Gutman's point may be well

10  taken.

11     But I disagree with you as it relates -- if Delicate was

12  a signature to this contract, I think it comes in because Glass

13  is the person who is working Delicate, someone told him at

14  Delicate these people need to be paid and they are supposed to

15  be paid for X amount of time.

16        But, you know, if this is the contract that we're

17  relying on and maybe -- again, I'm open to hear if there is

18  something else I need to look at -- if Delicate is not a party

19  to this contract, how does this statement come in relative to

20  this contract?

21        MR. CARROLL:  Your Honor, Delicate is bound by its

22  contract.

23        THE COURT:  How are -- tell me, in your view, is the

24  words "shall be administered by Delicate" means they are bound

25  by it?

1          MR. CARROLL:  Yes.  Because Richard Davies and Roger

2    Hodgson signed the contract and obligated Delicate to

3    administer the royalties.  In doing so --

4          THE COURT:  Hold on.  I want to make sure I

5    understand the theory behind that.

6          Two people sign a contract that says it's going to be

7    administered by someone.  That binds the person who is

8    administering the funds?

9          MR. CARROLL:  They are the only two general partners

10   of Delicate Music that have ever existed, and certainly at the

11   time, Your Honor, and they obligated Delicate to collect and

12   pay the royalties.

13         THE COURT:  Mr. Gutman?

14         MR. GUTMAN:  I don't see how that is possible, Your

15   Honor.  We submitted a pocket brief dealing with the

16   partnership issues at docket.

17         THE COURT:  I saw that.

18         MR. GUTMAN:  I believe 189, as I'm looking right

19   now.

20         The issue of how an individual signing a contract in its

21   individual name under principles, whether we refer to the

22   statement or the California Uniform Revised Partnership Act, it

23   does not bind a partnership.  The partnership Delicate is not a

24   party to the 1977 agreement, Exhibit 8.  It is not a party to

25   the 1991 agreement.  This entire case, the architecture of

1    plaintiff's argument is predicated on this theory that just by

2    having an individual, who happens to be a partner, having that

3    individual sign an agreement, somehow binds the other partner.

4    That is not possible.  It would be unjust.  It's unconscionable

5    to find Mr. Hodgson can be held liable *vis-à-vis* Rick Davies

6    having made a statement in his capacity.

7         THE COURT:  No.  Now we're going completely off the

8    field.  I'm focusing on this.  That's a whole other argument

9    that I'm sure we will waste hours arguing about later.

10        As it relates to this, Mr. Carroll, he cannot

11   testify.  Delicate is not a party to this agreement.  You can

12   talk to Glass about him making payments.  He made the payments

13   for X amount of time and at some point he was told to stop

14   making payments.

15        But I don't think Delicate is bound by or a

16   signature to this agreement.

17        MR. CARROLL:  Understood, Your Honor.

18        If I may, just one more thing.  The difference

19   between what Mr. Gutman's talking about and what I'm trying to

20   argue in this moment is that Richard Davies and Roger Hodgson

21   both signed this contract.  This isn't an instance of one

22   partner trying to get to the other.

23        THE COURT:  I agree.  But for whatever reason, and I

24   don't know, maybe it was oversight, there are contracts where

25   it says Delicate and people signing, and other contracts that

1   say just the individuals.

2        And so, I don't know why that was done, but I think

3   there was a distinction there that makes this an issue.

4        If this contract had Delicate and you got Glass here as

5   a Delicate witness acting on behalf of Delicate, that is one

6   thing.  But right now as I look at it -- and look, smarter

7   minds can disagree -- it's Davies and Hodgson.  It doesn't say

8   Delicate.

9        And the only reference to Delicate -- I remember looking

10  at it this morning, I think that is the only paragraph that

11  references Delicate Music.

12       I may be wrong, but I think that is the only one that

13  has some sort of connection to Delicate.  All it says is it's

14  going to be administered by them, which to me says we agree,

15  we're going to pay this, the money will get paid through this

16  company, but we are bound by it.

17       Other contracts have Delicate.  Delicate is bound by it.

18       And I know Mr. Gutman has a different view as it relates

19  to are they fully bound or not.  So, based on that, Glass, you

20  can't get into the hearsay in this deposition transcript with

21  respect to statements made by Davies to Glass.

22       Anything further we need to discuss on this issue?

23            MR. GUTMAN:  Your Honor, pardon me.  Because this

24  has consumed so much time and the jury obviously was alerted to

25  the fact that this was sort of a signal event and Mr. Carroll

```
 1  did ask the questions, I would respectfully request --

 2           THE COURT:  Denied.  Denied.  You know better than

 3  anyone.  The objection was sustained.  The jury gets

 4  instruction that says it's sustained and they are to disregard

 5  the question and the answer.  You don't need anything more.

 6       And I'm sure you are going to argue in closing argument

 7  that none of this matters, so I don't think this is a death

 8  knell to the case by any stretch of the imagination.

 9               Anything further?

10           MR. GUTMAN:  I just want to say on the record I was

11  requesting a curative instruction.

12           THE COURT:  I understand that.

13           MR. GIVEN:  I want to make sure my words are there.

14           THE COURT:  Fine.  The request is denied.  Anything

15  further?

16           MR. CARROLL:  No, Your Honor.

17           THE COURT:  Let's bring in the jury so we can try to

18  get this trial done before 2025.

19           THE COURTROOM DEPUTY:  All rise for the jury.

20           (Jury enters the courtroom at 10:31 a.m.)

21           THE COURTROOM DEPUTY:  Please be seated.

22           THE COURT:  Let's bring Mr. Glass in here, please,

23  if someone can do that.

24       All right.  You may continue.

25  BY MR. CARROLL:
```

```
 1   Q    Mr. Glass, around the time you started working for
 2   Supertramp, Roger complained to you from time to time about the
 3   fact that he was sharing his songwriting royalties with the
 4   other band members, right?
 5   A    Yes.
 6   Q    And on any of those occasions, did Roger ever communicate
 7   to you that he could terminate this agreement?
 8   A    Yes.  I think so.
 9   Q    And this is around the time you started working for the
10   band Supertramp?
11   A    No.
12   Q    Let's say before the year 2020, did Roger ever communicate
13   to you that he could terminate the sharing arrangement among
14   the band members?
15   A    No.
16   Q    He never said until around that time, I have the right to
17   terminate this at any time I want, did he?
18   A    No.
19   Q    He never said, I can terminate this because it was a gift.
20   Did he say that?
21   A    I'm sorry?
22   Q    He never said he could terminate because it was a gift.
23   Did he say that?
24   A    No.
25   Q    He never said that he could terminate because the money
```

1    had started rolling in for Supertramp, did he?

2    A      No.

3    Q      What is your role at Delicate Music, Mr. Glass?

4    A      I'm the business manager for Delicate Music.

5    Q      And as a business manager, isn't it your job to ensure

6    that the band members get their respective percentages of

7    songwriting royalties?

8    A      Yes.

9    Q      And how do you go about doing that?

10   A      I do a calculation by song with the different percentages

11   and calculate the amount per person.

12   Q      And you mentioned just different percentages.  We

13   discussed an 11.5 percent -- percentage for plaintiffs earlier.

14          It's a different percentage for *Famous Last Words*,

15   right?

16   Q      That's 7.4 percent?

17   A      Yes.

18   Q      And do you do that same calculation for royalties paid by

19   ASCAP?

20   A      Yes, I do.

21   Q      And do you do that same calculation for royalties paid by

22   Universal?

23   A      Yes.

24   Q      Assuming Mr. Hodgson did not have a right to terminate and

25   you continued distributing pursuant to the royalty sharing

1  percentages, how would you do it?

2  A    I'm sorry, could you say that again?

3  Q    Well, at some point Roger instructed you to stop paying

4  these royalties, right?

5  A    Correct.

6  Q    So, assuming Roger didn't instruct you to stop paying

7  them, what would be your methodology for paying the plaintiffs

8  their share of the Supertramp songwriting royalties?

9  A    I would do the calculation, create a worksheet, prepare

10  checks, and send everybody a copy of the worksheet and their

11  respective check.

12  Q    And until Roger instructed you to stop paying these

13  royalties, you did all of these calculations for Delicate,

14  including administering the Supertramp royalties, right?

15  A    Correct.

16  Q    You distributed a memo in 1982 that reflected a change in

17  royalties on *Famous Last Words*, right?

18  A    I don't know if it was 1982, but I did do a memo to

19  everybody about the different royalty rates.

20  Q    Pull up Exhibit 15.

21       Is this that memo, Mr. Glass?

22  A    Yes.

23  Q    And at the top of the memo, is that your letterhead?

24  A    Yes.

25  Q    And you mentioned earlier that the percentages changed as

1  to the record *Famous Last Words* where plaintiffs got

2  7.4 percent.

3      That 7.14 percent was lower than the prior 11.5 percent,

4  right?

5  A    Yes.

6  Q    And Rick and Roger's shares, to the contrary, went up to

7  32.14 percent; is that right?

8  A    Yes.

9  Q    And Roger told you that he wanted this increase split on

10  "Famous Last Words", right?

11  A    Yes.

12  Q    And at this point, when the discussion of changing the

13  percentage to "Famous Last Words" was taking place, did Roger

14  say, hey Paul, why don't I just terminate it?

15  A    No.

16  Q    There was no different -- strike that.

17      There was a different treatment of payment of

18  royalties for covers of Supertramp records than the original

19  Supertramp records, right?

20  A    Yes.

21  Q    The songwriting members of Supertramp, Rick and Roger,

22  they didn't share any of the songwriting monies with the

23  plaintiffs, right?

24  A    Correct.

25  Q    Do you recall a letter of direction issued to ASCAP by

36

1   Rick and Roger?

2   A     Yes.

3   Q     Is this that document, Mr. Glass?

4   A     Yes.  There was another letter of direction subsequent to

5   this, too.

6   Q     But this letter of direction -- this assigned certain

7   percentage of ASCAP royalties between Mr. Davies and

8   Mr. Hodgson, correct?

9   A     Yes.

10  Q     And those percentages were adjusted in such a way that

11  ASCAP would pay Roger directly the money that he was supposed

12  to receive from ASCAP?

13  A     Yes.

14  Q     And Rick would receive the remainder; is that right?

15  A     Correct.

16  Q     And though the money was paid to Mr. Davies, Delicate

17  would still pay the other band members their respective shares

18  of the whole, 11.5 percent or 7.14 percent, as the case may be;

19  is that right?

20  A     Yes.

21  Q     Mr. Glass, do you recall drafting an agreement between

22  some of the band members in 1991?

23  A     Yes.

24  Q     Is this that document?

25  A     Yes, it is.

1  Q    And at the top, that is your letterhead, is it not?

2  A    It is.

3  Q    And you drafted this document along with Rick Davies'

4  lawyer; is that right?

5  A    Yes.

6  Q    At the time you were doing so, Rick Davies was still a

7  partner in Delicate Music, right?

8  A    Yes.

9  Q    At the time you were doing so, you were still Delicate

10 Music's business manager; is that correct?

11 A    Correct.

12 Q    Do you see Paragraph 1, where it says Delicate Music and

13 Silver Cab formalize an agreement with John, Bob, and Dougie

14 for an income participation in perpetuity.

15         Do you see that portion?

16 A    Yes.

17 Q    That simply restated the payment obligations that already

18 existed prior to the this agreement, right?

19         MR. GUTMAN:  Objection.  Calls for a legal

20 conclusion.  Foundation.

21         THE COURT:  Sustained.

22 BY MR. CARROLL:

23 Q    And until Mr. Hodgson instructed you to stop paying

24 sometime in the last couple of years, you never distributed

25 royalties to plaintiffs inconsistently with the notion that the

1  obligation was perpetual, right?

2          MR. GUTMAN:  Objection.  Vague and ambiguous.

3          THE COURT:  Overruled.

4          THE WITNESS:  Sorry, could you repeat it?

5  BY MR. CARROLL:

6  Q    Certainly.  When you -- until Mr. Hodgson directed you to

7  stop paying the last couple of years, you always distributed

8  the royalties to plaintiffs with the understanding that the

9  obligation was perpetual?

10         MR. GUTMAN:  Objection as to the foundation for

11 understanding.

12         THE COURT:  See if you can rephrase the question,

13 counsel.

14 BY MR. CARROLL:

15 Q    The manner in which you distributed royalties to

16 plaintiffs, up and until Mr. Hodgson directed you to stop

17 paying them in the last couple of years, that manner was

18 consistent with a perpetual obligation to pay the plaintiffs?

19         MR. GUTMAN:  Objection.  It's just an argument.

20 There is no foundation for understanding.

21         THE COURT:  Sustained.

22 BY MR. CARROLL:

23 Q    From when you started working for Supertramp until 2021 or

24 so, Roger never instructed you to stop paying the band members;

25 is that right?

1    A    Correct.

2    Q    And sometime in the last two years Roger's manager, Shakti

3    Shivaya, she called you and told you to stop making payments on

4    Roger's behalf; is that right?

5    A    Yes.

6    Q    No one told you why Roger was taking away your authority

7    to issue payments; is that right?

8    A    Correct.

9    Q    And prior to that, there was never any instance when Roger

10    told you that he planned on stopping paying the other band

11    members?

12    A    Correct.

13    Q    Looking at this 1991 agreement, who put "perpetuity" in

14    the contract?

15    A    I put it in, reviewed by the attorney.

16    Q    And why did you put it in?

17    A    It was my belief that it was in perpetuity.

18    Q    And that had always been your belief until you put it in;

19    is that correct?

20            MR. GUTMAN:  Objection.  Foundation.  Move to strike

21    that and the prior response.

22            THE COURT:  Overruled.

23            THE WITNESS:  Yes.

24    BY MR. CARROLL:

25    Q    And until Mr. Hodgson instructed you to stop paying

1    plaintiffs, you had no reason to believe the obligation wasn't

2    perpetual; is that right?

3          MR. GUTMAN:  Objection.  Foundation.  His

4    understanding as to the legal consequences is irrelevant.

5          THE COURT:  Can you rephrase the question, counsel?

6    BY MR. CARROLL:

7    Q    What was the basis for your belief in 1991 that the

8    obligation was perpetual?

9          MR. GUTMAN:  Objection.  Foundation.  His

10   understanding is irrelevant.

11         THE COURT:  Overruled.

12         THE WITNESS:  There is nothing in the agreement

13   which says it's not in perpetuity.  These agreements are

14   generally in perpetuity.

15         MR. GUTMAN:  Objection again.  Move to strike.  It's

16   improper legal conclusion.

17         THE COURT:  Overruled.

18   BY MR. CARROLL:

19   Q    Did you base -- did you put the word "perpetuity" in the

20   contract because any of the band members had told you the

21   obligation was perpetual?

22         MR. GUTMAN:  Objection.  Calls for hearsay.

23         THE COURT:  Sustained.

24   BY MR. CARROLL:

25   Q    Did you put "perpetuity" in the contract because the

**UNITED STATES DISTRICT COURT**

```
 1  band's manager had told you the obligation was perpetual?
 2              MR. GUTMAN:  Same objection.  Hearsay.
 3              THE COURT:  Sustained.
 4  BY MR. CARROLL:
 5  Q    Any other basis to put -- other than these -- what you
 6  have stated -- to put the word "perpetuity" in the 1991
 7  agreement?
 8              MR. GUTMAN:  Objection.  Foundation.
 9              THE COURT:  Overruled.
10              THE WITNESS:  Would you repeat, please?
11  BY MR. CARROLL:
12  Q    Other than what you have stated, was there any other basis
13  for putting the word "perpetuity" in the 1991 agreement?
14  A    Well, the manager told me it was in perpetuity.
15              MR. GUTMAN:  Objection.  Move to strike.
16  Foundation.  Hearsay.
17              THE COURT:  Sir, I just want to make sure I
18  understand.  You are stating that is the basis for your belief?
19              THE WITNESS:  No.  The basis for my belief is the
20  contract.
21              THE COURT:  Okay.  Objection is noted but overruled.
22  BY MR. CARROLL:
23  Q    Any other basis?
24  A    No.
25  Q    When did the manager tell you that the obligation was
```

1    perpetual?

2            MR. GUTMAN:  I'm going to state my objection.

3    Foundation.  Hearsay.  The Court has already ruled on this

4    particular question.

5            THE COURT:  Sustained.

6                Let's move on, counsel.

7    BY MR. CARROLL:

8    Q    Did anybody else tell you that the obligation was

9    perpetual, leading you to put it in this 1991 agreement?

10            MR. GUTMAN:  Your Honor, this is -- foundation,

11    hearsay, it's already been sustained.

12            THE COURT:  I want you to try to answer this

13    question without identifying.  Did anyone else tell you?

14            THE WITNESS:  Yes.

15            THE COURT:  Okay.  Let me have sidebar, please.

16                    (Sidebar begins.)

17            THE COURT:  So, Mr. Carroll, just help me understand

18    this again.  I'm struggling with this.  I thought we talked

19    about this, but your theory is who is the someone else that

20    told him?

21            MR. CARROLL:  Richard Davies.

22            THE COURT:  Didn't we talk about this at sidebar?

23            MR. CARROLL:  We did, but at that point we were

24    discussing the 1977 agreement.  This is a different agreement

25    that he drafted.

```
 1                  THE COURT:  That who drafted?

 2                  MR. CARROLL:  Paul Glass drafted.

 3                  THE COURT:  And Davies is a signatory of this

 4     agreement?

 5                  MR. CARROLL:  Yes.

 6                  THE COURT:  What exhibit is it?

 7                  MR. GUTMAN:  20.

 8                  MR. CARROLL:  20.

 9                  THE COURT:  Just -- if you could assist me here, I'm

10     looking at Exhibit 20.

11                  MR. CARROLL:  Certainly.

12                  THE COURT:  So, Susan Davies signed it, Douglas

13     Thomson signed it, John Helliwell signed it, Bob Siebenberg

14     signed it, and Richard Davies signed it.

15                      Okay.  Mr. Gutman, what is your response?  They

16     are talking about an agreement now in which Davies did sign it.

17                  MR. GUTMAN:  Davies had signed the previous

18     agreement also, but Delicate is not a party to this, and so

19     what they are trying to do is claim that Delicate has an

20     obligation and Delicate is not a signatory.  This violates

21     fundamental principles of agency law.  It's improper to ask

22     this witness to introduce, clearly, hearsay testimony regarding

23     the interpretation of a document that Roger Hodgson is not

24     bound by, as a matter of law.

25                  So, what -- this attempt not only violates the previous
```

1   ruling on the evidentiary issues which we had a lengthy hearing

2   about, it's the same exact issue.  Delicate is not a signatory.

3   The mere fact that a partner, who happens to sign in his own

4   name, and it refers to Delicate's ability to commit when Roger

5   Hodgson didn't even know anything about the agreement.

6          THE COURT:  Let me stop you for a second.  I think I

7   have heard this argument before, but this document here is

8   allegedly authored by Paul Glass.  It doesn't deal with

9   Delicate.  It talks about -- and it simply talks -- it deals

10  with a contract with the signatures to this contract.  Why

11  couldn't Paul Glass, since he was the accountant and authored

12  this, testify as to what, if anything, the signatories to the

13  contract told him with respect to drafting a document?

14         MR. GUTMAN:  Beautiful point, and here is the most

15  succinct response.

16      If the effort is to attach some liability on the part of

17  Delicate or Roger Hodgson through this agreement, then the use

18  of these questions and this document, misleading, confusing the

19  jury, and it's by design, because Delicate does not sign the

20  agreement.

21         THE COURT:  Well, okay.  I'm sorry.  I'm going to

22  interrupt just in the interest of time.  Look, I understand

23  your point, but the reality of it is that we are dealing in a

24  quagmire of issues because of this Delicate, Roger Hodgson, and

25  all of these other folks.

```
 1        And we will deal with that how we deal with it.  But I'm
 2   talking, specifically, now, Glass is on the witness stand
 3   talking about a document that he authored and was signed by
 4   individuals, not Delicate.
 5        Can't Glass say what he was told by the signatures of
 6   this?  He's not testifying as a Delicate rep.
 7             MR. GUTMAN:  But the problem, it's a 403 issue.
 8             THE COURT:  Why?  Glass was the author.  I mean, I
 9   get your concern that perhaps the plaintiffs are going to
10   conflate, have conflated, continue to conflate Glass and
11   Delicate.  But in document, it is not a Glass/Delicate issue,
12   it's Glass and these individual members, right?  Or am I
13   missing something?
14             MR. GUTMAN:  That is the entire point.  If it's not
15   a Delicate document, then why is that question relevant?  And
16   if it were relevant, then it's prejudicial under 403.
17             THE COURT:  But isn't it relevant because aren't we
18   dealing with multiple contracts here?  I thought that -- in
19   your verdict form, you had specific questions as it relates to
20   Thomson -- I'm sorry, Hodgson and Delicate --
21             MR. GUTMAN:  Right.
22             THE COURT:  -- suggesting that the juror need to
23   evaluate them differently.
24             MR. GUTMAN:  Of course.
25             THE COURT:  I think the plaintiff may disagree but,
```

1    then, doesn't the plaintiff have an obligation to prove up any

2    issues as it relates to either Hodgson or Delicate?

3           MR. GUTMAN:  But as a matter of law, show me an

4    agreement that Delicate is bound by, as a matter of contract

5    law, and you, as the judge, need to make interpretations of the

6    law, the application of the law --

7           THE COURT:  Are you saying that Exhibit 20 is a

8    document that purports to show that Delicate is bound?

9           MR. GUTMAN:  That's what they are attempting to

10   argue.  I say to the contrary.

11          THE COURT:  Is that your position?

12          MR. CARROLL:  It is our position.

13          THE COURT:  Okay.  I mean, doesn't that -- well, I

14   guess, to me, this is going to deal with, I guess, your Rule 50

15   or whatever.

16       I have questions as to whether Delicate can be bound by

17   this when, and correct me if wrong, I don't think Delicate is

18   -- are they even referenced in this document?

19          MR. CARROLL:  Delicate formalized an agreement.

20          THE COURT:  They formalized an agreement with the

21   members, but Delicate doesn't sign, right?

22          MR. CARROLL:  There is no signature line for

23   Delicate.

24          MR. GUTMAN:  Herein lies the problem.

25       It's a 403 issue at this point.  We're trying to

```
 1   question -- unless you are prepared to make a ruling as a legal
 2   matter, which I won't bring up on the Rule 50 basis, but
 3   Delicate cannot be found liable on a contract that no agency
 4   representative on behalf of the entity has signed the contract.
 5   That is fundamental.  It's axiomatic under California contract
 6   law.
 7                   What they are trying to do is say, oh, Delicate
 8   is mentioned there, and Rick Davies signed as a partner,
 9   therefore Roger Hodgson should be somehow -- you know,
10   theoretically liable.  And at this stage, asking these
11   questions to Mr. Glass regarding his intent and understanding
12   under this agreement, it's so prejudicial.  It's just confusing
13   and misleading the jury.  That is by design.
14                   I have been concerned about this from the
15   beginning.  But as a legal matter, I think a ruling needs to be
16   made, definitively, that Delicate cannot be bound, nor can
17   Mr. Hodgson, by an agreement that Delicate is not even a
18   signatory to.
19                   THE COURT:  All right.
20                   MR. CARROLL:  Your Honor, we're not taking a
21   position that Mr. Hodgson is a party to this agreement.  All
22   we're asking is why Mr. Glass put this word in this document
23   and --
24                   THE COURT:  But you are going to argue that that
25   binds Delicate, right?
```

1          MR. CARROLL:  Well, we are arguing that this

2    document binds Delicate, yes.

3          THE COURT:  And I think that is the problem.  I'm

4    not going to allow any further questions on this issue.  We

5    will have to fight about this next week.

6                    (Sidebar ends.)

7    BY MR. CARROLL:

8    Q    Mr. Glass, you brought in Phil Ames to perform

9    calculations of how much to pay the Supertramp band members

10   about 15 years ago, right?

11   A    Yes.

12   Q    And for years, you were paying Phil Ames to do this work

13   off the top of royalties payable to the plaintiffs in this

14   case; is that correct?

15   A    I paid him out of my fee.

16   Q    You never took money off of the royalties payable to

17   plaintiffs to pay Mr. Ames?

18   A    I did pay -- I charged something for Mr. Ames.

19   Q    And that something that you charged, that was off

20   royalties that otherwise would have been payable to the

21   plaintiff; is that right?

22   A    Correct.  Correct.

23   Q    And you came here with a lawyer today, right, Paul?

24   A    I did.

25          MR. CARROLL:  No further questions.  Subject to

```
 1   recall.
 2              THE COURT:  Cross-examination?
 3                        CROSS-EXAMINATION
 4   BY MR. GUTMAN:
 5   Q    Mr. Glass, good morning.  How are you, sir?
 6   A    Very good.  Thank you.
 7   Q    Nice to see you.  Good morning, ladies and gentlemen.
 8        Started your career as a business manager in 1977,
 9   right?
10   A    Yes, I did.
11   Q    And in 1978, you land Supertramp, right?
12   A    Correct.
13   Q    One of the biggest bands -- or about to become one of the
14   biggest bands in the world, right?
15   A    Right.
16   Q    So, you have been with Supertramp 46 years, by my
17   calculation?
18   A    Yes.
19   Q    Now, in addition to doing business management services for
20   Supertramp, you also provided them for Delicate Music?
21   A    Yes.
22   Q    And in addition to Supertramp as a band, and Delicate
23   Music, you also provided business management services for each
24   of the plaintiffs in this case, correct?
25   A    Correct.
```

1  Q    Now, Mr. Helliwell, seated at counsel table, he is still

2  one of your clients, right?

3  A    Correct.

4  Q    And Mr. Thomson who was seated in the gallery -- he seems

5  to have stepped out for a moment -- he's been a client of yours

6  for -- until a couple of years ago, I believe, right?

7  A    Correct.

8  Q    So, more than 40 years Mr. Thomson was a client of yours?

9  A    Yes.

10 Q    And how about with Mr. Siebenberg?  Client of yours also

11 for more than 40 years?

12 A    I believe so.

13 Q    So, very safe to say that you are very well acquainted

14 with all of the parties that are in this particular lawsuit,

15 right?

16 A    Yes.

17 Q    Right before counsel concluded his examination, we were

18 looking at Exhibit 20.

19      I have got that back up on the screen now.  If I scroll

20 through, get to the last couple of pages, I note several

21 different signatures on the first of the pages containing

22 signatures, Rick Davies Productions and Richard Davies, an

23 individual.

24           Still a client of yours, right?

25 A    Yes.

1   Q    And then we have got the plaintiff in this case, Robert

2   Siebenberg, and his production company.  Mr. Siebenberg is

3   seated in the first row of the gallery, right?  Do you

4   recognize that?

5   A    Yes.

6   Q    And we have got Mr. Helliwell and his production company,

7   right?

8   A    Right.

9   Q    And on the last page, we have got Mr. Thomson and we have

10  also got a signature block for Power Steering, but actually

11  it's been signed.  You recognize that signature?

12  A    I do.

13  Q    That is Sue Davies, correct?

14  A    Yes.

15  Q    Rick Davies's wife?

16  A    Yes.

17  Q    And she became the manager of Supertramp after Dave

18  Margereson was terminated or quit, right?

19  A    Yes.

20  Q    And Sue Davies is someone who is still a client of yours,

21  right?

22  A    Yes.

23  Q    And Sue Davies is married to Rick Davies, who is a partner

24  in Delicate Music, right?

25  A    Yes.

1    Q    So, correct me if I'm wrong, there is no signature block

2    anywhere on this document marked as Exhibit 20 for Delicate

3    Music; is that correct?

4    A    Yes.

5    Q    Now, as of 1991, you were the business manager for

6    Delicate Music, right?

7    A    Yes.

8    Q    And in 1991, did you notify Roger Hodgson, my client, that

9    you had prepared this agreement?

10   A    I don't recall.  I don't remember notifying him.

11   Q    Well, is it safe to say you do not recall having any

12   communications with Roger Hodgson about the creation of this

13   agreement?

14   A    Yes.

15   Q    You don't recall calling him up and saying Mr. Hodgson,

16   I'm here entering into an agreement or preparing an agreement

17   with the other members of the band Supertramp that you were in

18   the band with eight years earlier?

19   A    Yeah.  I don't recall speaking to him.

20   Q    Now, the normal way things are done is -- in the music

21   business is writers keep their own income, right?

22              MR. CARROLL:  Objection.  Vague.  Leading.

23              THE COURT:  Overruled.

24              THE WITNESS:  That is the usual.

25   BY MR. GUTMAN:

1  Q    Sometimes bands have cash flow problems, and on a

2  temporary basis, writers will assign a portion of their

3  earnings to other band members, right?

4  A    Yes.

5  Q    I think you noted when Mr. Carroll was asking you

6  questions that Roger was always unhappy with the original

7  agreement from 1977, right?

8  A    Yes.

9  Q    Yet he never terminated -- never instructed you to

10  terminate the payments to the band members for a portion of his

11  songwriting royalties until three or four years ago; am I

12  right?

13  A    Correct.

14  Q    Now, Delicate, it doesn't do anything other than

15  administer royalties from the Supertramp songs, right?

16  A    Right.

17  Q    And what we're talking about, administration of royalties,

18  you are talking about receiving money from various sources and

19  then paying them out?

20  A    Yes.

21  Q    And just to be clear, you weren't involved in the

22  negotiation of Exhibit 8 which we had looked at?

23  A    No, I wasn't.

24  Q    It was prior to you becoming a business manager?

25  A    Yes.

```
 1   Q    Now, just so we're clear because we used a lot of terms
 2   involving the music industry -- I don't know if the ladies and
 3   gentlemen fully appreciate or understand, define or describe
 4   for us what a business manager in the music industry does,
 5   since you have been doing it so long?
 6   A    A business manager handles the business of the client.
 7   Generally, the business manager would collect their receipts,
 8   pay their bills, possibly put -- create budgets, settle box
 9   offices when they tour, prepare income taxes, do tax planning,
10   do everything that is involved in the business of music.
11   Q    Well, you were fortunate enough to have landed in the
12   Supertramp universe.  You have also worked with many other rock
13   bands over the course of time, right?
14   A    Yes.
15   Q    Including many acts that have achieved as much as
16   Supertramp did in its glory days, right?
17   A    Yes.
18   Q    And you continue to work to this day, right?
19   A    Yes.
20   Q    As a matter of fact, your son has joined you in the
21   practice, right?
22   A    Yes.
23   Q    So, you are involved with a large -- I shouldn't define it
24   as large -- but a practice in which your firm specializes in
25   providing those business management services that you described
```

**UNITED STATES DISTRICT COURT**

1    for many artists and songwriters in the music industry?

2    A    Correct.

3    Q    Are you ever planning on retiring?

4    A    (Witness laughing.)

5    Q    So, I want to direct your attention -- I don't have the

6    notebooks in front of me.  I believe it's in Volume No. 3

7    there.  It would be Exhibit No. 120.

8              MR. CARROLL:  I would object, Your Honor.  This is

9    the subject of a motion in limine.  It wasn't produced in

10   discovery.  It's hearsay.  It hasn't been authenticated.

11             THE COURT:  Well, let me hear the questions first,

12   but thank you for the preview.

13   BY MR. GUTMAN:

14   Q    Mr. Glass, do you recognize what has been marked as

15   Exhibit 120?

16   A    Yes.

17   Q    Can you identify -- describe for us what that document is?

18   A    That document is a cash flow report which lists all of the

19   receipts for a period and all of the disbursements for the same

20   period.

21   Q    I'm sorry, did you finish?

22   A    I'm sorry.  I'm done.

23   Q    For what entity or organization is that particular cash

24   flow report created?

25             MR. CARROLL:  Object, Your Honor.  Lacks foundation.

| | |
|---|---|
| 1 | THE COURT:  Did he create this document? |
| 2 | MR. GUTMAN:  Yes. |
| 3 | THE COURT:  All right.  The objection is overruled. |
| 4 | THE WITNESS:  I'm sorry, the question again? |
| 5 | BY MR. GUTMAN: |
| 6 | Q    Sure.  What organization or entity was this document |
| 7 | created for? |
| 8 | A    Delicate Music. |
| 9 | Q    So, if I understand correctly, you are looking at a cash |
| 10 | flow report for Delicate Music? |
| 11 | A    Yes. |
| 12 | Q    And the one in Exhibit 120, does that identify the span of |
| 13 | time or a specific term of years? |
| 14 | A    It does. |
| 15 | Q    And what is that time period in Exhibit 120? |
| 16 | A    From January 1st, 2017, through October 31st, 2020. |
| 17 | Q    All right.  Who is responsible or was responsible for |
| 18 | creating and maintaining that cash flow report? |
| 19 | A    My firm. |
| 20 | Q    And are you familiar with the process by which these |
| 21 | records have been created and maintained? |
| 22 | A    Yes. |
| 23 | Q    Can you describe the standard procedure that was followed |
| 24 | for creating and maintaining these records? |
| 25 | A    Yes.  We have a computer system and we ask the computer |

```
1   system to create this from original documents.
2   Q    And this particular document that we're looking at, the
3   cash flow report, is this a record that is prepared as a part
4   of the regular business activities that you do?
5   A    Yes.
6   Q    And how often are these records updated or maintained?
7   A    Well, we maintain them -- we prepare them if the client
8   wants them, if they want to see receipts and disbursements.
9   Q    And what were the -- I'm sorry, did you finish?
10  A    Yeah.  We do prepare this currently.
11  Q    So, all of the information that is contained on there, is
12  that entered contemporaneously or at the time that the events
13  described in there occur?
14  A    Yes.
15  Q    So, for example, on a cash flow report, I would presume it
16  has a date with certain amount of money that is received,
17  right?
18  A    Right.
19  Q    So, it shows income in one part of the cash flow report?
20  A    Yes.  It's called receipts.
21  Q    Receipts.  Pardon me.
22  A    Which includes income.
23  Q    Okay.  And then there is another section described as
24  disbursements, right?
25  A    Correct.
```

1   Q    And it is your firm that prepared that particular cash

2   flow report in accordance with your customary business

3   practices, correct?

4   A    Correct.

5            MR. GUTMAN:  I would move to admit Exhibit 120.

6            MR. CARROLL:  Plaintiffs object, Your Honor.

7            THE COURT:  Sidebar, please.

8                    (Sidebar begins.)

9            THE COURT:  Yes, Mr. Carroll?

10           MR. CARROLL:  This wasn't produced in discovery.  We

11  asked for these exact type of documents from defendants.  These

12  were provided as a trial exhibit only disclosed during trial.

13  This is incredibly prejudicial to plaintiffs.  If we had this

14  years ago when we asked for it --

15           THE COURT:  So, first off, Mr. Gutman, was this

16  produced during discovery?

17           MR. GUTMAN:  I believe all of the information

18  contained on there, not the specific report, that I'm aware of.

19  But I don't know that the specific report was ever requested.

20  I subpoenaed the records from Mr. Glass as part of the trial

21  subpoena as well, to provide a cash flow report of all of the

22  revenues and disbursements by Delicate Music.  I don't even

23  understand the basis for the objection.

24           THE COURT:  The objection is that you didn't turn

25  over a document that you were going to use in trial.  That is

1    the objection.

2             MR. GUTMAN:  It was turned over for trial.

3             THE COURT:  I'm sorry, let me rephrase it.  The

4    objection is it wasn't turned over during discovery.

5             MR. GUTMAN:  Well, I would like to see, then, a

6    document request that requests cash flow reports.  Because I

7    think all they requested was all of the records showing how

8    much money was received, not the reports that were prepared in

9    the normal course.

10            THE COURT:  Go ahead.  Finish, please.

11            MR. GUTMAN:  That's it.  If the only basis for the

12   objection is it wasn't turned over in discovery, all of the

13   information that is contained in there is.

14            THE COURT:  Mr. Carroll, anything further?

15            MR. CARROLL:  Certainly, yeah.  It wasn't produced

16   in discovery.  We did specifically request all documents

17   showing the amounts that were paid to the defendants and the

18   amounts paid by the defendants.

19            THE COURT:  And you got nothing in response?

20            MR. CARROLL:  We got some documents in response, but

21   we never got this document in response.

22            THE COURT:  What is your response to what Mr. Gutman

23   is saying?  If I understand him correctly, he has provided you

24   all of this information.  It wasn't contained in this report,

25   he cleverly decided at trial to have it as a one document to

1  use at trial, but he maintains that he provided the information

2  contained therein in discovery.

3          MR. CARROLL:  It's hearsay.  Mr. Glass is the

4  accountant of Delicate Music.

5          THE COURT:  But he's the accountant at Delicate.  He

6  prepared this, right?

7          MR. CARROLL:  He could have prepared it -- he was

8  under the control of defendants the entire time.  He could have

9  prepared this in response to our request but he didn't.

10          THE COURT:  He at least -- I don't know, I'm taking

11  Mr. Gutman's word for this -- he is saying the information

12  contained therein has been provided to plaintiff during the

13  course of discovery.  This is a summary document, if you will,

14  of that information.

15          So, he prepared it, he -- look, I guess you are saying

16  he did it in the normal course and scope of --

17          MR. GUTMAN:  Yeah.  I laid the foundation for the

18  business records --

19          THE COURT:  But it's interesting, I mean, this was

20  prepared for trial, right?  It's one thing to say he -- I mean,

21  you said that this information -- you asked him to do it for

22  the trial.

23          MR. GUTMAN:  I didn't ask him to do it for the

24  trial.  I know it was created at some point in time.  It's a --

25          THE COURT:  Look, we're getting into a tricky area.

1  If it was prepared in 2020, okay.  Arguably, you had it in

2  2020, you didn't turn it over.

3          MR. GUTMAN:  I don't think it was prepared in 2020.

4  I think it was prepared recently.

5          THE COURT:  I thought you said -- you said it was

6  prepared recently which seems to contradict the notion that it

7  was prepared in the normal course and scope of business because

8  he wouldn't prepare this document.

9          MR. GUTMAN:  He said it was provided to clients in

10  regular course of business.  The entries of all of the data is

11  normal course.

12          THE COURT:  I don't think that's what he said.  I

13  think you are playing with words here.  The bottom line is that

14  you had this prepared for trial, you have every right to do it,

15  but the reality of it is the way it was portrayed is that he

16  prepares these documents in the normal course and scope of

17  business.  That is not entirely accurate, right?

18          MR. GUTMAN:  I thought that's what he said.  I'm not

19  trying to be clever.

20          THE COURT:  But he didn't prepare these documents.

21  He doesn't prepare a January 1, 2017, to October '20.  He

22  prepares the information contained therein.  That's what I'm

23  saying.

24          But I will allow it.  It's not worth the fight.

25          MR. CARROLL:  The record needs to be reflective of

1  the time of the events therein occurred, and they don't.  This

2  is his report from 2017 to 2020.  He is describing an invoice

3  that Delicate received seven years ago in this document.

4            THE COURT:  But his job as the accountant is to have

5  this information.  So, you can ask him on cross, you prepared

6  this recently, you don't keep cash flow reports summary

7  documents like this on hand all of the time.  But there is no

8  dispute that this, if this is the kind of stuff that he keeps,

9  he keeps records of.

10            MR. CARROLL:  And is it defendant's counsel position

11  that they have produced everything in this document?

12            THE COURT:  That's what he said.

13            MR. GUTMAN:  Of course.

14            THE COURT:  That's what he said.

15            MR. CARROLL:  That includes Glass statements and

16  that includes statements to Russell Pope, and --

17            THE COURT:  He made the representations.  If you

18  find something in that document that you say wasn't produced,

19  then we can deal with it.

20        But right now, I have to accept what has been stated in

21  Court, so I will allow it.

22                  All right.  Thank you.

23                      (Sidebar ends.)

24            THE COURT:  All right.  The objection is noted but

25  overruled.

1          Exhibit 120 will be admitted into evidence.

2          (Exhibit 120 received into evidence.)

3     BY MR. GUTMAN:

4     Q    Mr. Glass, I have got Exhibit 120 on the screen and --

5     just so everyone can see what exactly we're talking about.

6          This is a cash flow report for Delicate Music for the

7     time period noted here.  It's 2017 through October 31, 2020.

8          And am I correct, this shows all of the information

9     regarding the receipts for Delicate Music, for that time

10    period?

11    A    Yes.

12    Q    And then if we scroll -- it shows the total receipts on

13    the bottom of page 3 and then if I go to the bottom -- sorry,

14    the top of page 4, this starts all of the disbursements.  Do

15    you see that?

16    A    Yes.

17    Q    And so, all of the disbursements made by Delicate Music

18    will be reflected in this particular cash flow summary.  Am I

19    right?

20    A    Correct.

21    Q    So for example, on page 4 of Exhibit 120, where it shows

22    the name John Helliwell and the amount of the payment, that is

23    indicating that that money was actually sent to Mr. Helliwell?

24    A    Yes.

25    Q    Would the same be true for Mr. Siebenberg on here?

```
 1   A    Yes.

 2   Q    As well as Mr. Hodgson is identified where a payment was

 3   made to him as well?

 4   A    Yes.

 5   Q    So, this report accurately reflects all revenues and all

 6   disbursements by Delicate Music during this specific time frame

 7   indicated?

 8   A    Yes.

 9   Q    All right.  I want to direct your attention in the

10   notebook before you to Exhibit 121.

11        Can you identify for us what that document is?

12   A    Yes.  That is a cash flow report.  Receipts and

13   disbursements from November 1, 2020, through April 24, 2023.

14   Q    So, is it the identical document as 120 that we just

15   admitted into evidence, but just covers a different time frame?

16   A    Yes.

17   Q    And was it prepared in the same manner that you described

18   with respect to Exhibit 120?

19   A    It was prepared in the same manner, but I don't believe it

20   includes all of the receipts and disbursements.

21   Q    Why is that?

22   A    I think Rick Davies received some funds on his own,

23   directly, and I believe Roger did too.  And they did or did not

24   make their own payments to the rest of the band.

25   Q    I understand.  So at some point in time subsequent to
```

1    October 31, 2020, it's your understanding that monies were

2    paid, but not necessarily received by you to be able to enter

3    them onto a cash flow report for Delicate; is that right?

4    A     Correct.

5    Q     Thank you.  I would move to have Exhibit 121 admitted?

6              THE COURT:  Any objection?

7              MR. CARROLL:  Same objections with respect to 120,

8    Your Honor.

9              THE COURT:  All right.  Objection is noted, but

10   overruled.  121 will be admitted.

11             (Exhibit 121 received into evidence.)

12   BY MR. GUTMAN:

13   Q     Now, Mr. Glass, there has been some mention of a topic

14   called "cover recordings."

15             Can you explain for the ladies and gentlemen of the jury

16   what a cover recording is?

17   A     Yes.  A cover is a recording made by -- in this case, a

18   band other than the writers or the band of the writers and it's

19   done -- that band would record that music.  So, in other words,

20   if Roger and Rick wrote songs and another band recorded it,

21   that would be called a cover.

22   Q     There was a guy testifying yesterday, Jeff Jampol, he was

23   talking about the Rolling Stones, "Satisfaction."

24             You understand anyone can go out and record that song

25   and that would be a cover version of the Rolling Stones song

1    "Satisfaction," right?

2    A    Yes.

3    Q    So, cover recording refers to when the original songwriter

4    has his song covered, meaning recorded, by another artist,

5    right?

6    A    Correct.

7    Q    And you know under the agreement, the Exhibit 8 that we

8    were looking at, that cover recordings are specifically

9    excluded from any calculation of any amounts that should be

10   paid to the plaintiffs?

11   A    Yes.

12   Q    And that's because they are not being recorded by

13   Supertramp, right?

14   A    Yes.

15   Q    Ad you know when you get those accounting statements from

16   the various sources like ASCAP and Universal Music Publishing

17   Group that it identifies song by song title?

18   A    Yes.

19   Q    And is it always possible --

20          THE COURT:  Sorry.  Counsel, what's the objection?

21          MR. CARROLL:  Calls for speculation.

22          THE COURT:  Overruled.

23   BY MR. GUTMAN:

24   Q    Are you able to determine immediately by the name of the

25   song whether or not that is a cover version or a recording made

1    by Supertramp on an original Supertramp record?

2    A      Yes.

3    Q      How do you go about making the determination if it's a

4    cover versus an original?

5    A      Well, it would say.  It would be a different catalog

6    number.  And we would have a list of those numbers and we would

7    identify it as a cover.

8    Q      How many different cover versions of the songs that Roger

9    Hodgson composed have shown up on the accounting statements

10   issued to Delicate Music?

11   A      I don't know how many.

12   Q      Hundreds, isn't it?

13   A      Yes.

14   Q      So, you get these statements from the various royalties

15   sources and it will identify potentially hundreds of different

16   versions recorded by other artists of Roger Hodgson's songs?

17   A      Yes.

18   Q      So, what is the process that you go through on a quarterly

19   basis in order to identify the cover recordings, which the

20   plaintiffs are not entitled to receive a portion of the income

21   on, so that you can make the proper calculations?

22   A      We ask the writers or their representatives which covers

23   they've approved and we look for those, for the big ones.  For

24   the small ones, the hundreds done by legend bands and other

25   bands, we can't possibly calculate that.  And we take a

```
 1   percentage of the overall royalties and we call it
 2   miscellaneous covers.
 3   Q    And what is that miscellaneous cover calculation.  What is
 4   the percentage that you apply?
 5   A    I believe it's 5 percent.  It's been as high as 10, but I
 6   believe it's 5 percent now.
 7   Q    Well, it was 10 percent for a period of time, right?
 8   A    Yes.
 9   Q    And then the plaintiffs objected and you lowered it or
10   came up with an agreement to do 5 percent, right?
11   A    Yes.
12   Q    And that is just to cover all of the miscellaneous covers
13   because, as you said, it's impossible to calculate the precise
14   amount of songs that have been used on covers, right?
15   A    Exactly.
16   Q    Now, you also mentioned approved versions.  Let me
17   clarify.  We're talking -- when you say "an approved version"
18   you are talking, specifically, about -- what the jury has heard
19   about, painfully, perhaps -- synchronization licenses, right?
20   A    Yes.
21   Q    So, a synchronization license, agree or disagree with me,
22   it's the license granted for use of composition in connection
23   with an audio/video work, like a TV commercial or a television
24   show or movie; is that correct?
25   A    Correct.
```

1  Q    So, when you say it's a specifically approved version,

2  it's a negotiated license, right?

3  A    Right.

4  Q    So, for example, if the music publisher that administers

5  the catalog for Delicate Music -- that is Universal Music

6  Publishing Group, right?

7  A    Yes.

8  Q    So, if Universal Music Publishing Group, when it receives

9  a request from an end user like a music supervisor on a movie,

10  hey, we want to use "Dreamer" by Roger Hodgson, that request is

11  then delivered to the one who has approval rights on the use of

12  the particular composition, right?

13  A    Right.

14  Q    And you know that Roger Hodgson has approval rights under

15  his contract to use over who uses any of his compositions?

16  A    Yes.

17  Q    So, when you are saying was there an approved use, it

18  would be Mr. Hodgson determining whether or not one of his

19  compositions could be used for one of those synchronization

20  licenses?

21  A    Yes.

22  Q    Assuming that there was a sync license, synchronization

23  license granted for one of Mr. Hodgson's songs, you are going

24  to receive a statement and you are going to be able to identify

25  a specific use, right?

```
 1   A     Right.
 2   Q     And that is excluded because the plaintiffs do not have
 3   any right to participate in any of the income derived from
 4   non-Supertramp recordings?
 5   A     Correct.
 6   Q     So, you have heard the term "rerecord"?
 7   A     Sure.
 8   Q     And you have heard the term "rerecords" in the context of
 9   Roger Hodgson's music?
10   A     Yes.
11   Q     Have you heard the term "rerecords" in the context of
12   Taylor Swift's music?
13   A     Not really.
14   Q     Well, you are familiar with the concept of a rerecord?
15   A     Yes.
16   Q     It's where the artist can go and record his or her own
17   musical compositions so that they have created a new version,
18   right?
19   A     Right.
20   Q     And you are aware Mr. Hodgson has rerecorded several of
21   his songs over the course of time?
22   A     Yes.
23   Q     And you are aware, are you not, that Mr. Hodgson has
24   issued licenses for the use of his rerecorded versions of his
25   hit songs?
```

```
 1              MR. CARROLL:  Objection.  Calls for speculation.
 2              THE COURT:  If he knows, he can answer.
 3    BY MR. GUTMAN:
 4    Q    If you know, you may answer.
 5    A    The answer is yes.
 6    Q    So, with the rerecords, the plaintiffs aren't entitled to
 7    a portion of the revenues derived from the exploitation of
 8    those songs, right?
 9              MR. CARROLL:  Your Honor, he's leading the witness.
10              THE COURT:  Overruled.
11              THE WITNESS:  Correct.
12    BY MR. GUTMAN:
13    Q    And so, that money, also, that shows up on those
14    accounting statements, gets deducted from the overall amount
15    that is eventually paid to the plaintiffs, right?
16    A    Yes.
17    Q    Or at least, historically, was eventually paid to the
18    plaintiffs.
19    A    Yes.
20    Q    Sorry.
21         I want to address a different subject.  It's something
22    called "sound exchange."  Are you familiar with that as a
23    business manager in the industry?
24    A    Yes.
25    Q    Can you explain for me, and for us, what is sound
```

1    exchange?

2    A    Well, this will be inarticulate, but sound exchange is

3    also called neighboring rights.  It is an amount of money --

4    it's an organization that collects royalties for items other

5    than recorded music.

6        It might -- it includes performances.  There is a

7    calculation for the performances by members of a band for a

8    particular music.  That money is calculated, paid to

9    individuals or a band, and then paid to the band members.

10   Q    Over the course of your tenure as the business manager for

11   Supertramp, your office enrolled the band in the sound exchange

12   program when it first was created?

13   A    Correct.

14   Q    And that was probably back -- if my recollection is

15   correct -- somewhere in the mid aughts, 2000s?

16   A    Yes.

17   Q    And so, this is fundamentally, like, a new concept and

18   this neighboring rights didn't exist prior to then?

19   A    Correct.

20   Q    So, at the time that you were representing Supertramp and

21   enrolled in sound exchange, Roger Hodgson was no longer a

22   member of the band?

23   A    Correct.

24   Q    So, when you enrolled, for the members of Supertramp, in

25   sound exchange you learned at some point, many years after you

```
 1    had been collecting money on behalf of Supertramp, that you had
 2    been inadvertently collecting Roger Hodgson's money; am I
 3    correct?
 4    A     For some periods, yes.
 5    Q     And you determined recently that you collected somewhere
 6    between 150- to $200,000 of Roger Hodgson's sound exchange
 7    monies that should have been paid to him; is that right?
 8                  MR. CARROLL:  I will object.  Improperly calls for
 9    expert opinion.
10                  THE COURT:  Overruled.
11                  THE WITNESS:  I don't know the number.  It might be
12    below that, but the answer is yes.
13    BY MR. GUTMAN:
14    Q     All right.  Do you recall at your deposition you said it
15    was -- you believed it was $150,000?
16    A     Yes.  I probably had a document with me at the time.
17    Q     So, are you comfortable saying, while you are on the
18    witness stand here today, under oath, that it's about $150,000?
19    A     I believe so.  I don't -- I'm not sure.
20    Q     Anybody other than you been handling the disbursement of
21    monies on behalf of Delicate to the plaintiffs since Delicate
22    Music first started distributing a portion of Roger Hodgson's
23    money to the plaintiffs?
24    A     No.
25    Q     So, you have been handling the entire time since 1978?
```

1    A    Yes.

2    Q    And you know that over the course of time that the

3    plaintiffs have each been paid several million dollars as a

4    result of Roger Hodgson's compositions, right?

5              MR. CARROLL:  Objection.  Subject of motion in

6    limine.

7              THE COURT:  Let me have the lawyers at sidebar.

8                        (Sidebar begins.)

9              THE COURT:  Go ahead.  Why don't you spell it out.

10             MR. CARROLL:  The financial condition of the parties

11   of the case.

12             THE COURT:  Financial condition.

13             MR. CARROLL:  He's talking about over the years,

14   millions of dollars dating back to the dawn of time.  That is

15   not what this case is about.  This is a damages expert, for all

16   intents and purposes, at this point.

17             THE COURT:  Mr. Gutman.

18             MR. GUTMAN:  Just asking about this particular

19   income, not there is a financial condition, not whether or not

20   they are on food stamps or eating dog food.

21             THE COURT:  I guess it's wordsmithing.  Financial

22   condition, I thought included -- I mean, the objection is

23   sustained.

24             MR. GUTMAN:  I want to just ask the question how

25   much is the average revenue that they have been paid on an

1    annual basis.

2                THE COURT:  How is that relevant?

3                MR. GUTMAN:  Because that is -- they're claiming

4    damages since 2017.

5                THE COURT:  Wait.  So, you are going to ask for the

6    average revenue for 2017 on, or throughout the entire period?

7                MR. GUTMAN:  Just 2017.

8                THE COURT:  From 2017 on?

9                MR. GUTMAN:  Yes.

10               THE COURT:  Okay.  You can ask that question.

11               MR. GUTMAN:  Okay.

12                           (Sidebar ends.)

13               MR. GUTMAN:  Okay to proceed?

14               THE COURT:  Yes.

15   BY MR. GUTMAN:

16   Q    Since 2017, you know that the plaintiffs have been paid

17   more than a half a million dollars each as a portion of the

18   Delicate Music and Roger Hodgson songwriting revenues, right?

19   A    I don't know.

20   Q    Well, you are the one -- your office is the one that makes

21   those payments, for the most part?

22   A    If we prepared it, it would be true.

23   Q    And so, you understand on an annual basis each of the

24   three plaintiffs gets paid more or less about $100,000?

25   A    Yes.

```
 1   Q    And that is just -- just for the songwriting royalties
 2   related to the songs they didn't write, correct?
 3   A    Correct.
 4   Q    And in doing those calculations, I believe Mr. Carroll
 5   asked you if Phil Ames -- who we met yesterday -- whether he
 6   was paid, right?
 7   A    He was paid.
 8   Q    And so, Phil Ames is someone that you have known over the
 9   course of many decades in the music industry?
10   A    Yes.
11   Q    Occupies this rarefied world of doing the accounting to
12   keep all of the money straight for musicians and record
13   companies, right?
14   A    Right.
15   Q    So, Phil Ames is the one who you tasked or requested to
16   assist you with the calculations of taking -- translating those
17   complex accounting statements from the music companies, from
18   the publishers, to determine how much should be allocated for
19   each of the specific participants?
20   A    Yes.
21   Q    And you asked him to start doing that about 13 or 14 years
22   ago?
23   A    Yes.
24   Q    And you pay him out of your participation, right?
25   A    Yes.
```

1    Q    And you collect a fee, right?

2    A    Yes.

3    Q    And so, you don't work for free, do you?

4    A    No.

5    Q    You expect to be paid for the work that you are doing,

6    right?

7    A    Yes.

8    Q    So, you are deducting that from the overall amount so that

9    it's spread out so that all people who are providing services

10   -- or pardon me.  It's shared equally amongst all of the

11   revenue recipient, or I should say recipients of the money?

12   A    In proportion to their earnings.

13   Q    All right.  My question was hopelessly complex.  Let me

14   see if I can articulate it in a more accurate way.

15        Each of the people who receive money disbursed by

16   Delicate are paying their proportionate share of the deduction

17   for business management fees?

18   A    Yes.

19              MR. GUTMAN:  I don't have any further questions.

20              THE COURT:  Anything further from the plaintiff?

21              MR. CARROLL:  Yes, Your Honor.

22                        REDIRECT EXAMINATION

23   BY MR. CARROLL:

24   Q    Mr. Glass, Mr. Gutman was asking after you drafted the

25   1991 agreement, that we had up as Exhibit 20, that you didn't

1    -- why didn't you tell Roger.

2            Why didn't you tell Roger?

3    A    I'm not certain I didn't tell him.  I don't recall telling

4    him.

5    Q    If you thought the 1991 agreement affected Roger's rights

6    in any way, would you have told him?

7    A    Yes.

8            MR. GUTMAN:  Objection.  Foundation.  Speculation.

9            THE COURT:  Overruled.

10           THE WITNESS:  Yes.

11   BY MR. CARROLL:

12   Q    You and Mr. Gutman were discussing the topic of

13   synchronization licenses a moment ago.  Am I correct in

14   understanding the process that in determining whether income is

15   connected to a sync or not, you asked the writers and the

16   writers tell you; is that correct?

17   A    Yes.

18   Q    So, if the writers were wrong about whether the income was

19   derived from a sync or an original Supertramp recording, then

20   you could be wrong about your calculation, right?

21           MR. GUTMAN:  Objection.  Incomplete hypothetical.

22   Assumes facts not in evidence.

23           THE COURT:  Overruled.

24           THE WITNESS:  Yes.  We could -- but we generally

25   would know which ones they rerecord.  We would talk to Roger's

1    manager, and -- yes, if they made a mistake, there could be a

2    mistake.

3    BY MR. CARROLL:

4    Q    And it would be Roger's manager who would tell you whether

5    the song was a rerecord or an original Supertramp recording?

6    A    Correct.

7    Q    And you mentioned with the cover allocation, for other

8    covers where you couldn't possibly calculate whether the song

9    was a cover or a rerecord, that you came up with the percentage

10   that you made up to deduct from what you hoped recovers, right?

11   A    Right.

12   Q    You mentioned that, that cover percentage changed over

13   time, right?

14   A    Yes.

15   Q    And isn't it true that, that cover percentage changed over

16   time at the request of Roger's representatives?

17   A    I don't recall.

18   Q    From the point where you hired Phil Ames, maybe 15 years

19   ago or so --

20   A    Yes.

21   Q    -- he was the one that actually did the calculations in

22   determining what the plaintiffs and the other band members were

23   paid; is that right?

24   A    Correct.

25   Q    And during that time period, was it you that was

```
 1   communicating with Roger's team regarding the cover allocation
 2   percentage or was it Mr. Ames?
 3   A     Mr. Ames.
 4   Q     Discussing a business management commission earlier with
 5   Mr. Gutman, you mentioned that you paid Phil out of your
 6   commission to do the work in terms of paying the band members
 7   of Supertramp.  But you didn't always pay Phil out of your
 8   commission, did you?
 9   A     I charged an administration fee, which was lower than
10   Phil's fee but it would be something, and I charged a
11   percentage for me, and out of those funds I paid Phil.
12   Q     That payment of Phil, that was over and above what you
13   were taking before you hired Phil, right?
14   A     Yes.
15   Q     And you did that for years, right?
16   A     Yes.
17   Q     And those amounts came out of the band members' --
18   including the plaintiffs -- royalties; is that right?
19   A     Correct.
20           MR. CARROLL:  No further questions, Your Honor.
21   Subject to recall.
22           THE COURT:  Any further, Mr. Gutman?
23           MR. GUTMAN:  Nothing further.
24           THE COURT:  Thank you, sir.  You may step down.
25           THE WITNESS:  Thank you.
```

1              THE COURT:  All right.

2                  You may call your next witness.

3              MR. GIVEN:  Your Honor, this concludes plaintiffs'

4    case in chief.

5              THE COURT:  So the plaintiff rests?

6              MR. GIVEN:  Yes, Your Honor.

7              THE COURT:  All right.  So why don't we take an

8    early lunch break at this time.

9          Ladies and gentlemen, I will ask you to come back at

10   1 o'clock, if you would, please.

11         Please do not form or express any opinion about the case

12   until the matter is finally submitted to you.  Don't talk with

13   anyone about the case, don't allow anyone to talk to you about

14   the case, and do not conduct any research of any kind on any

15   subject matter connected with this case.

16         We will see you back at 1 o'clock.  Thank you.

17             THE COURTROOM DEPUTY:  All rise for the jury.

18                 Please be seated.

19             THE COURT:  So, plaintiff has rested.  What is the

20   run of the show for the defense?

21             MR. GUTMAN:  I anticipate in defense case in chief,

22   playing a portion of Mr. Margereson's deposition that had been

23   previously designated but not played in direct correlation with

24   plaintiffs' publication of broadcast of that video deposition.

25   I have given the edited version that identified the page and

1    line numbers for counsel this morning.  I don't believe there

2    is any issue there.  And then I anticipate putting the

3    defendant, Mr. Hodgson, on the stand.

4         I would like to address with the Court, I have a motion

5    to make pursuant to Rule 50.

6         THE COURT:  But do we need to do that right now?

7         MR. GUTMAN:  I would like, at least, to make a

8    record of it, if you don't mind.

9         THE COURT:  Go ahead.

10        MR. GUTMAN:  Pursuant to Federal Rule of Civil

11   Procedure 50, it is clear that the plaintiffs have failed to

12   sustain their evidentiary burden or even production -- I should

13   say burden of production or proof, with respect to defendant

14   Delicate Music.  There has been absolutely no showing on the

15   sole cause of action or claim before the Court on breach of

16   contract that Delicate Music is a party or signatory to any

17   contract that could possibly be alleged as part of this

18   universe of documents that they have tried to string together

19   as constituting one agreement.

20        Delicate Music is not a signatory to any contract.

21   There is no basis for a breach of contract causing --

22        THE COURT:  I'm sorry.  I don't know if anyone saw

23   outside, we don't allow phones in the courtroom.  I should say

24   phones should be turned off.

25        There is a phone ringing, so if we could just not have

UNITED STATES DISTRICT COURT

1  that happen again, please.

2       Go ahead.  Please continue, sir.

3            MR. GUTMAN:  I think I have stated that the basic

4  points -- I'm prepared to address the specifics.  I don't have

5  a separate Rule 50 motion that I want to lodge or file with the

6  Court, but I believe the pocket brief that I submitted in

7  connection with the attempt to establish partnership liability

8  through Delicate Music amply identifies the basic contours of

9  the legal problem and impossible obstacles that plaintiff faces

10 in trying to establish that Delicate Music could somehow, under

11 any cognizable theory, be held liable for breach of contract.

12            THE COURT:  So, the Rule 50, is this on behalf of

13 Delicate, Hodgson, both, or?

14            MR. GUTMAN:  Right now, the Rule 50 -- and when I

15 say right now -- the only Rule 50 motion I'm preparing or

16 presenting right now is on behalf of Delicate Music, that there

17 is no basis for them to continue on a breach of contract cause

18 of action as a defendant in that claim.

19            THE COURT:  All right.  Let's hear from the

20 plaintiff.

21            MR. GIVEN:  Very briefly, and I'm happy to brief the

22 issue to Your Honor.  Delicate Music --

23            THE COURT:  When?

24            MR. GIVEN:  As soon as there is a brief lodged under

25 Rule 50.

```
1          THE COURT:  There is a pocket brief regarding this

2    issue.

3          MR. GIVEN:  I'm certain we could file something over

4    the weekend.  I know you like to work on the weekends.

5          THE COURT:  Yeah.  I thought you guys were supposed

6    to do homework on the weekends, not me.

7          MR. GIVEN:  We have been doing our homework, I can

8    assure you of that.

9          The very brief answer to that motion is Delicate is a

10   party to the withdrawal agreement.  There are all sorts of

11   obligations embedded in that agreement.

12         THE COURT:  Hold on.  There are all sorts of

13   obligations, but at the end where the signature block is --

14         MR. GIVEN:  No, sir.  The 1984 agreement.

15         THE COURT:  So, give me an exhibit number so we can

16   talk from the same --

17         MR. GIVEN:  Good point.

18         MR. GUTMAN:  Exhibit 17.

19         THE COURT:  Let me pull that up right now.  So,

20   Exhibit 17, I'm just going to the last page.

21         MR. GUTMAN:  I will concede signature --

22         THE COURT:  Hold on.  So, Exhibit 17.

23         Your view is that there is something that connects

24   Delicate Music to this withdrawal agreement.  And what is that?

25         MR. GIVEN:  The obligation to collect and pay.
```

**UNITED STATES DISTRICT COURT**

1          THE COURT:  Okay.  Oh.  Is this -- what paragraphs

2  or what verbiage?

3          MR. GIVEN:  From memory, I think it's 7.4.

4          THE COURT:  Okay.  Hold on.  Let me --

5          MR. GUTMAN:  It's 7.1, Your Honor.

6          THE COURT:  7.1.

7          MR. GUTMAN:  There is no obligations --

8          THE COURT:  Hold on.  Are you just going to do

9  editorials all afternoon?

10          MR. GUTMAN:  I apologize.  I'll sit down.

11          THE COURT:  So, Paragraph 7.1.  What are we looking

12  at specifically?

13          MR. GIVEN:  I believe it says "shall continue to

14  receive from Delicate" -- wait, wait, didn't I say --

15          THE COURT:  Or 7.4?

16          MR. GIVEN:  I mean, I'm doing this on the fly, so.

17          THE COURT:  It's not my case, counsel.

18          MR. GIVEN:  I understand.  Let me try it step by

19  step.

20      First of all, Delicate is a party to withdrawal

21  agreement.  No dispute there.

22          Two, recital G recites --

23          THE COURT:  Of what page?

24          MR. GIVEN:  Page 2.

25          THE COURT:  Page 2 of Exhibit 17.

1          MR. GIVEN:  Yes.

2          Recites as follows:  Delicate Music is a California

3    general partnership, the partners of which are Davies and

4    Hodgson.  Delicate operates under an oral partnership

5    agreement.  Delicate's income is allocated among Davies,

6    Hodgson, Helliwell, Siebenberg, Thomson, as Management Inc.,

7    and to a more limited extent, Pope, in accordance with that

8    certain memorandum of agreement publishing, dated as of January

9    18, 1977, as subsequently modified, orally, in March of 1983.

10         That is -- that is the recitation.  I think I argued on

11   summary judgment on the quote facts on the ground.

12         So, Delicate Music has a role to play in all of this,

13   needless to say.

14         At paragraph 7.1, it recites that Hodgson shall continue

15   to receive in Delicate in perpetuity.

16         And then the paragraph continues -- you will excuse me,

17   Your Honor, I think I have caught a cold.

18            THE COURT:  Probably thanks to that arrogant witness

19   who came here with strep throat and took his mask off.

20            MR. GIVEN:  Maybe.  I guess we will find out.

21            The 27 percent, which is directly from the

22   original 1977 agreement, and the 32.15 percent, which was the

23   result of the March 1980 -- I think it was actually '82 meeting

24   that the band had with their manager and their business

25   accountant.

1          All right.  So then, at Paragraph 7.3, Delicate shall

2    use its best efforts to obtain the agreement of Almo Music, et

3    cetera, et cetera, et cetera.  Such best efforts shall include

4    sending Almo, et cetera, et cetera, et cetera.

5          I mean, this is replete with obligations by Delicate to

6    do certain things.

7             THE COURT:  So, let me ask both of you this because

8    I'm concerned -- and, again, I probably misunderstood all of

9    this.  There are three agreements, right, '77, '84, '91.

10         I guess I would like to understand who are the parties

11   to each agreement, from each parties' perspective, and what

12   binds them.  Because I have some concerns.  I think -- I'm not

13   sure if every agreement binds Delicate Music, and I think that

14   is an issue.

15            MR. GIVEN:  Okay.  I appreciate that.  I think that

16   if you start with the '77 agreement, we have made the

17   arguments --

18            THE COURT:  Let me just finish.  I'm going to need

19   you to outline this for me by noon tomorrow.  Okay?  Because

20   I'm not waiting for a 10 o'clock filing and having to figure

21   out when you are going to -- I need it by noon tomorrow so I

22   can understand what the issue -- because I think there are some

23   genuine issues, and that is going to tie in to the jury

24   instructions and the special verdict form.

25            Because the way I see it is that the question is, at

```
 1   least at first blush, was there a contract; who are the
 2   parties; when did it end, or if it did; and if it didn't end,
 3   how much money is owed.
 4        But, you know, I'm -- I don't think the parties disagree
 5   that there was a contract, but who are the members who are
 6   bound by the contract is the issue.  So, I would ask you to
 7   think about that.  We will come back at 1 o'clock and you can
 8   call your witness and we will resume with the testimony.  Like
 9   I said, we will go until 3:00.
10        Anything further, Mr. Gutman?
11        MR. GUTMAN:  No, thank you.  I was just standing for
12   Your Honor.
13        THE COURT:  Thank you all.
14        THE COURTROOM DEPUTY:  All rise.
15        This Court is in recess.
16                    (Lunch recess.)
17        THE COURTROOM DEPUTY:  All rise.  Please be seated.
18        THE COURT:  What was the issue, Mr. Gutman?
19        MR. GUTMAN:  I intend to play a portion of
20   Mr. Margereson's deposition by video from September 28, 2023.
21   I wasn't sure if the protocol was to read the page and line
22   numbers into the record.  I have notified the other side, but
23   do we need it on the record as well?
24        THE COURT:  I thought you read the page and line
25   numbers before lunch or no.
```

1          MR. GUTMAN:  The other side did with respect to a
2   portion of Mr. Hodgson's depo.
3          THE COURT:  Before the lunch break, and my memory is
4   off on this, I thought you said you were going to read some of
5   your client's -- Margereson's depos.
6          MR. GUTMAN:  Right.
7          THE COURT:  You did not go page and line number.
8          MR. GUTMAN:  I did not identify them on the record.
9          THE COURT:  Just identify them now.
10          MR. GUTMAN:  Thank you, it's from September 28,
11   2023, page 162, Lines 5 through 11.
12          Page 162 Lines 15 through 23.
13          Page 163, Lines 2 through 9.
14          Page 165, Lines 23 through 25.
15          THE COURT:  Slow down, please.
16          Were these designated -- what you are about to say?
17          MR. GUTMAN:  All designated.  No objections or
18   objections overruled, and I have condensed from what had been
19   previously designated.
20          THE COURT:  So, continue.  Go a lot slower.
21          MR. GUTMAN:  Thank you.
22          Page 174, lines 3 through 15.
23          Page 179, line 24 through page 180, line 2.
24          Page 180, lines 13 through 17.
25          Page 180, line 21 through page 181, line 10.

1          Page 184, lines 15 through 17.

2          Page 188, lines 16 through page 189, line 4.

3          Page 198, lines 2 through 18.

4          Page 210, lines 19 through 25.

5          Page 215, lines 3 through 6.

6          Page 232, lines 2 through 6.

7          Page 232, lines 12 through 13.

8          Page 234, lines 2 through 9.

9          Page 234, lines 15 through 21.

10         Page 237, lines 21 through 24.

11         Page 238, lines 4 through 11.

12         Page 239, lines 4 through 7.

13         Page 239, lines 19 through 22.

14         And finally, page 248, lines 5 through 19.

15              THE COURT:  Okay.

16              MR. GIVEN:  Your Honor, can I just hear the ones

17    before page 174, lines 3 through 15?  It went so quickly, we

18    missed it.

19              MR. GUTMAN:  Page 162, lines 5 through 11.

20         Page 162, lines 15 through 23.

21         Page 163, lines 2 through 9.

22         Page 165, lines 23 through 25.

23              THE COURT:  All right.  Let's bring in the jury,

24    please.

25              THE COURTROOM DEPUTY:  All rise for the jury.

```
 1              (Jury enters the courtroom at 1:08 p.m.)
 2              THE COURTROOM DEPUTY:  Please be seated.
 3              THE COURT:  Welcome back, ladies and gentlemen.
 4         Mr. Gutman, do you intend to call any witnesses at this
 5    time?
 6              MR. GUTMAN:  Yes.  Defendants would like to call, by
 7    videotape, Mr. David Margereson from September 28th, 2023.
 8              THE COURT:  So ladies and gentlemen, Mr. Gutman is
 9    going to play a videotaped deposition of a witness.  You have
10    heard from this witness before.  The rule still applies.  It's
11    as if he were called here.  And he was sworn when he took the
12    deposition, so you are to take his testimony as you would if he
13    were here live in person.
14         You may play the deposition.
15         (David Margereson deposition videotape was played
16                        in open court.)
17              MR. GUTMAN:  Your Honor, that concludes the portion
18    of Mr. Margereson's deposition I'm playing at this time.
19              THE COURT:  All right.  Thank you.  You may call
20    your next witness.
21              MR. GIVEN:  Your Honor, just for completeness, there
22    was one small section at page 232, line 2.  It cut off.  The
23    answer was given at line 6 on the same page.  For some reason
24    it cut off and the complete answer was not included, I'm not
25    sure why.
```

```
 1            But I would like the rest of that answer given, please.
 2            I mean, it's right in the middle of the sentence, that
 3    it got cut off.
 4            MR. GUTMAN:  Your Honor, I don't think this is
 5    appropriate to argue right now.
 6            THE COURT:  We will deal with it at close of the
 7    day.
 8            MR. GIVEN:  Thank you, Your Honor.
 9            THE COURT:  You may call your next witness.
10            MR. GUTMAN:  The defendants would like to call to
11    the witness stand, Mr. Roger Hodgson.
12            THE COURTROOM DEPUTY:  Please raise your right hand.
13    Do you solemnly swear that the testimony you shall give in the
14    cause now before this Court, shall be the truth, the whole
15    truth, and nothing but the truth, so help you God?
16            THE WITNESS:  I do.
17            THE COURTROOM DEPUTY:  Thank you, please be seated.
18    Please state and spell your name for the record.
19            THE WITNESS:  Yes.  My full name is Charles Roger
20    Pomfret P-o-m-f-r-e-t, Hodgson.
21        Did you get that?  Okay.
22                CHARLES ROGER POMFRET HODGSON,
23                    having been duly sworn,
24                    testified as follows:
25            THE COURT:  You may proceed.
```

```
 1              MR. GUTMAN:  Thank you very much.  Good afternoon,
 2   Mr. Hodgson.
 3              THE WITNESS:  Good afternoon.
 4                      DIRECT EXAMINATION
 5   BY MR. GUTMAN:
 6   Q    Good afternoon, ladies and gentlemen.
 7        You are the songwriter in the band, Supertramp?
 8   A    I'm one of the songwriters, yes.
 9   Q    We heard from three members of the band that never wrote
10   any songs?
11   A    We have.
12   Q    So let's -- tell us where you were born?
13   A    I was born in Portsmouth, England.
14   Q    When?
15   A    1950.
16   Q    And where were you raised?
17   A    The countryside in a village near Oxford, in the middle of
18   England.
19   Q    Tell us about your education growing up?
20   A    Well, I had an interesting education.  I was sent away to
21   boarding school for ten years from age 8 to 18, that had
22   profound impact on my life.
23   Q    Did you complete your education in England?
24   A    Yes.  Up to that point, yeah, up to 18, yeah.
25   Q    It's the equivalence of a high school diploma.  It's
```

1  referred to as A levels?

2  A    Yes.  I achieved a couple of A levels.

3  Q    When did you first become interested in music?

4  A    Well, I was always drawn to it.

5       My father used to play folk songs to me and the family,

6  and but he never let me touch his guitar.  I really wanted to,

7  always.

8       But when he -- when my parents divorced, when I was age

9  12, I don't know whether it was intentional or not, but he left

10  his guitar behind, and so I inherited it.

11       And I took it to boarding school with me.

12  Q    And in addition to guitar, did you end up learning to play

13  any other instruments?

14  A    Yes.  I took piano lessons later when I was 15 or 16.

15  Q    And did you start performing as a musician at some point?

16  A    Actually, when I was seven, I took that guitar to my first

17  boarding school.  It became my best friend, sorry.

18  Q    Are you okay?

19  A    Yeah, I'm fine.  I don't often talk about this.

20       So, you know, I went to play it every opportunity I

21  could, and a teacher showed me three cords, and that was it, I

22  was off and running.

23       And I actually wrote songs almost straight away, and

24  actually within a year, I don't know how I did it, because I

25  was very shy and introverted and sensitive, but at the end of

```
 1    one year, just before I left that school, I performed a
 2    concert.
 3          I asked to play in front of the whole school and played
 4    ten original songs.
 5    Q    Those are songs you started writing when you were how old?
 6    A    Well, I was 12 at that time.  And I can't remember many of
 7    them, but I do remember my first love song, though, it was
 8    called "Please Don't Torture Me," so I don't know where that
 9    came from, anyway.
10    Q    What is the difference between writing songs, and
11    performing songs?
12    A    Well, I did both, obviously.  But writing a song is -- can
13    be done in many different ways.
14          For me, music really became the place where I went to
15    dream and escape and express myself, express what was going on
16    inside, and obviously those ten years in boarding school were
17    pretty confusing for me, so I had a lot of questions and so
18    they -- I put them in my songs and really, they were just like
19    private expressions.
20          I didn't -- wasn't doing it for anyone else.
21          So that's often what writing is about.  I mean, I know
22    other songwriters do it in a lot of different ways.
23          But for me, it was always a very personal cathartic --
24    something I had to do.  I was driven to it, I love to do --
25    music was my passion and my lifeline.
```

1    Q    What are the different components of song when you are

2    writing a song?

3    A    Well, there was obviously the -- whatever the instrument

4    that I'm writing on is.  It's the melody that -- it's the cords

5    I come up with often on piano or guitar, or actually, I had a

6    pump organ which transported me into a place where the songs

7    just came flowing in.

8         It's a very magical place.  Anyone -- yeah, I will stop

9    there.

10   Q    How long does it take to write a typical song?

11   A    It can be anything from one hour to nine months.

12        It depends.  There are songs like the song "Dreamer"

13   that literally exploded out of me because I was so excited at

14   having this electric piano that sounded wonderful, and it just

15   came probably in an hour, I wrote -- and the lyrics, I mean,

16   it's rare, but it often happens the lyrics come at the same

17   time.  "Give a Little Bit" was the same.  That was, like, a

18   very short time.

19   Q    Were you writing songs before you started performing

20   professionally?

21   A    Yes.  I was, yeah.

22   Q    Tell us about how many songs -- well, let me withdraw

23   that.

24        Were some of the songs you wrote before you joined a

25   band, eventually recorded by a band?

1  A    Yes.  A lot of them.  Uh-huh.

2  Q    Did you write some of the songs that were ultimately

3  recorded by Supertramp before you ever joined Supertramp?

4  A    Some, yes.  I mean, from age 12 onwards I was writing all

5  of the time.

6         The songs weren't as good as maybe as the ones I wrote

7  later, but yes, I was very -- that's what I loved to do was

8  express myself in song.

9  Q    You mentioned "Dreamer," when did that song first get

10  created?

11  A    I think I was around 19.  I think I had met Rick at that

12  time, but I was still living in my mother's house, and we just

13  bought this electric piano, a Wurlitzer piano.  I took it down

14  to my mother's house and set it up in this back room, and

15  that's where it came, so definitely, yeah.

16  Q    What is that song about?

17  A    "Dreamer."  I think it was about me, actually, I mean I

18  was definitely a dreamer.  But can I make it real?  Can I put

19  -- I don't know, can you put your hands in your head?

20         It's a strange one, but it's more the spirit of the

21  song.  You know, I don't know who I was singing to, probably

22  myself.  It has to be myself because there was no one else

23  there, so I'm nothing but a dreamer.

24         At that time, 19, I just left school, and I just -- it

25  was a period of time in the world and it was really

```
 1   interesting.
 2          While I had been at school the whole -- I got -- just to
 3   let you know the school I went to was so old-fashioned.  It was
 4   600 boys in the middle of nowhere, it was like a prison.
 5              MR. GIVEN:  Objection.  Beyond the scope of the
 6   question.
 7              THE WITNESS:  I'm sorry.
 8              THE COURT:  Overruled.  Next question.
 9   BY MR. GUTMAN:
10   Q    When did your career as a professional musician begin?
11   A    Actually, at the same age.  I sent a demo tape up to a
12   music publisher.  He heard it, he put me in the studio.  He
13   liked one of the songs.  He put me in the studio, and we
14   recorded it.
15          Actually, the musicians who came to that were Reg
16   Dwight, who later became Elton John, and a few of his band, so
17   it was, like, an incredible experience for me.
18   Q    And that was at age 19?
19   A    Yes.
20   Q    Tell us how the band Supertramp began?
21   A    I was still living at home.  Even though I had done the
22   single, I really wanted to be in a band.
23          And my mother was really supportive, and she actually
24   saw this advertisement in Melody Maker, which is a music trade
25   paper in England.  She packed me off to London, and said you
```

```
 1    have got to go to do this audition.
 2            It was an audition with 350 musicians, and somehow Rick
 3    and I met, we hit it off, and we went to the pub and got to
 4    know each other a bit.  That was the beginning of the band.
 5    Q    Were the plaintiffs who are in this lawsuit, Mr. Thomson,
 6    Mr. Helliwell, and Mr. Siebenberg, were they part of the
 7    beginning of Supertramp?
 8    A    No.  They weren't, no.
 9            It was just Rick and myself that was the heart of the
10    band.
11    Q    So what did you guys proceed to do in taking Supertramp on
12    this journey that we have been talking about?
13    A    Well, Rick, who was holding this audition, Rick and I --
14    well, actually Rick, he chose two other musicians.
15            He asked me to go play bass, I switched to bass guitar,
16    and the first formation of Supertramp was formed the four of
17    us.
18    Q    Did you have some sort of agreement to make a record
19    album?
20    A    We were hoping to, obviously, you know, make an album and
21    we actually did.
22            It was the first Supertramp album.  It was actually well
23    received, although, it didn't sell very well commercially.
24            But it started the songwriting, even though I had
25    written songs myself, the songwriting at that point was
```

1  basically Rick would come up with chords, I would put a melody

2  over it, and then a third musician, Richard Palmer, would write

3  the lyrics.

4  Q    That line released one album?

5  A    Yes.

6  Q    Was that through A&M Records?

7  A    Yes, it was.

8  Q    That was to be the long-time home for Supertramp, right?

9  A    It was, yes.

10 Q    So I understand there was a second album as well, a year

11 later?

12 A    There was.  There were for many reasons that first band

13 disintegrated, but Rick and I stayed together.  We formed

14 another band, and we went into the studio again.

15        I think it was a two-album deal with A&M Records.  We

16 made a record.

17 Q    Now, with these two albums we're talking about the first

18 two A&M records, all original songs?

19 A    Yes.

20 Q    So all of the compositions recorded by both you and Rick

21 Davies?

22 A    Yes.  By the second album, actually, we were writing

23 separately already.

24        So from that point on, actually, we never wrote together

25 again, except for various bits and pieces here and there.

```
 1   Q    It's interesting.  So you are talking about there are
 2   instances where you and Rick Davies collaborated and wrote
 3   songs together?
 4   A    Occasionally.  But really more worked on the arrangement
 5   of the songs.
 6        We never really wrote together.  We were very different,
 7   and for me, anyway, writing a song was very much an alone
 8   process.
 9        I could write with other people, but the songs as they
10   became way more personal and better, just better in general,
11   came from me, when I was alone by myself.
12   Q    Would this topic of collaboration, I want to ask you, did
13   any of the plaintiffs in this lawsuit ever participate in that
14   writing process in any of the songs you composed?
15   A    No, they didn't.
16   Q    All right.  So after the second album by this early lineup
17   of Supertramp was released, what happened?
18   A    After the second album?
19   Q    Right.
20   A    We did what all bands in England were doing.  Trudging up
21   and down the country, playing all of the small colleges and
22   small shows.
23        Not really getting too far, and eventually -- again,
24   that band fell apart after a disastrous Norweigian tour in the
25   middle of winter.
```

**UNITED STATES DISTRICT COURT**

```
1   Q     What year was that?

2   A     I think that must have been '71, around then.

3   Q     How old were you at the time?

4   A     21.

5   Q     What did you proceed to do?

6   A     Well, at that time, I think Rick and I looked at each

7   other to figure out, do we want to continue because it was --

8   it wasn't -- we weren't going anywhere.

9         And yet I knew that the potential was there.  I mean,

10  Rick -- the musical relationship between Rick and myself was

11  very strong, and I knew we had some great songs that hadn't

12  really seen the light of day.

13        We had "Dreamer," I think "Bloody Well Right" was one of

14  his, I think "School" was being written in it, I was writing

15  that.  So I knew there was some great material that we were

16  coming up with, we just needed a chance.

17        So we did give it one more chance.  We held some

18  auditions, as Dougie actually has already said, where we met

19  him, and he joined and he actually brought a very good business

20  side element, because Rick and I were artists, we didn't have

21  too much business sense.

22        He really helped the band progress from that point.

23  Q     Dougie, you are referring to Mr. Thomson, correct?

24  A     Sorry, Mr. Thomson, yes.

25  Q     He joined the band as a bass player?
```

**UNITED STATES DISTRICT COURT**

1  A    He did, yes.

2  Q    You previously were playing bass?

3  A    I would go to either from bass to guitar, whatever was

4  needed.

5       But yes, it had been bass, then I went on to guitar, I

6  believe, what Dougie joined.

7  Q    You also play keyboards in the band?

8  A    Yes, I did.

9  Q    You also sang lead vocals on your songs?

10  A    All of my songs, yes.

11  Q    These songs that you identified from, I believe, they are

12  all on "Crime of the Century," the first album with this new

13  lineup, "Dreamer," "Bloody Well Right," and the leadoff track

14  "School," were they all written before you met Dougie Thomson?

15  A    Many of them were, "Dreamer" was.  "School" might have

16  been -- was in process, yeah, "Hide in Your Shell," no, that

17  was written at the farmhouse we all went to.

18       But there were many others that were written before

19  then.

20  Q    So I understand from Mr. Thomson, he joined the band in

21  1972; is that correct?

22  A    I believe so, yes.

23  Q    So between '72 and '73, before Mr. Siebenberg and

24  Helliwell joined, what was happening?

25  A    I believe that was when we went to see A&M Records.

```
 1        And A&M Records didn't know who we were, even though we
 2   were assigned to them.  The managing director, they had all
 3   changed, so they, kind of, didn't even know we were signed to
 4   them.  That is what I remember.
 5        Anyway, we said listen, hi, we are here, we have got
 6   these songs.
 7        And we played the songs, I believe to -- we met, I
 8   believe, with the managing director, Derrick Green, and through
 9   that, we met with Dave Margereson.
10   Q    Was the band, this new lineup offered a new record deal?
11   A    We were, yes.
12   Q    What role, if any, did the plaintiffs play in getting that
13   new record deal at A&M Records?
14   A    Well, as I said, Dougie brought a business side to the
15   band that we had been missing.
16        He and I really teamed up and got a lot of things going,
17   and I can't remember the order of things, but I know that it's
18   been spoken about, how we met Bob and then John was brought
19   into the band by Dougie.
20   Q    And you and Mr. Thomson, you were good friends back then,
21   yeah?
22   A    We became good friends, yes.
23   Q    I think you described how he lived at your mom's house for
24   a period of time?
25   A    Yes.  We were -- he described us as brothers.  I mean
```

**UNITED STATES DISTRICT COURT**

1  definitely, felt like a brother back then, yeah.

2  Q    We previously looked at Exhibit 1.  I don't want to spend

3  too much time on it, but this is up on the screen in front of

4  you.

5       The October 30, 1973, agreement at A&M Records.

6       Do you recall entering into this agreement?

7  A    Not particularly well, I know it happened.

8  Q    As Mr. Given pointed out, your name was spelled without

9  missing the letter "G", your last name?

10  A    Yes.  I do have one of the most misspelled names in rock

11  and roll.  I think Hodgson, everybody is getting it wrong.

12  Yes, correct.

13  Q    Did the band have a manager at the time you entered into

14  this agreement?

15  A    I don't believe so, no.

16  Q    Was Mr. Thomson the closest you had to the -- closest you

17  had to a manager?

18  A    No.  Dougie wasn't the manager, but he had much better

19  business sense than I did.

20  Q    And why do you say that?

21  A    Because it was true.  I mean, you know, he was just -- I

22  wrote songs like "Dreamer", and he was way more practical and,

23  you know, he would get things done on a practical level, so me

24  and Rick was not much -- well, actually I don't know if he was

25  better than me, he was as bad as me.

1        He joined the band.  Dougie really helped to get things

2   organized in all kinds of ways.

3   Q    I think you heard, as we all did, Mr. Margereson talking

4   about the band had some sort of a gopher, as I referred to it,

5   I don't mean to attack anyone's character, but some sort of

6   gopher who was acting as a manager?

7   A    I don't actually know who that was, he certainly wasn't a

8   manager.  I can't remember who he was.  We might have had

9   someone helping, I don't know who he is referring to, to tell

10  you the truth.

11  Q    Did you or the band have an attorney at the time entering

12  into this 1973 recording agreement with A&M Records?

13  A    No.  Attorneys had not become a part of my/our life at

14  that time.

15  Q    How old were you at the time?

16  A    22.

17  Q    So we heard over the course of the last few days the

18  plaintiffs' version how this record deal came about.

19        Can you tell us your recollection of how it happened?

20  A    How this record deal happened?

21  Q    Right.

22  A    Well, very similar to what you have been told.  I know the

23  band -- we did have these places of rehearsal, I won't repeat

24  what they were.

25        We did rehearse in these places and it did gel.  It

```
 1    sounded good, personality-wise we seemed to get on.
 2           There were no big egos, so it was it felt more cohesive
 3    and more complete than it had in the past in our first -- in
 4    our past variation of the band.
 5           Finding Dave Margereson was obviously a key, because he
 6    heard the potential, and he really supported us and did all of
 7    the things you have already heard to support the band in
 8    whatever way we needed.
 9    Q    Before we get into Mr. Margereson too much, at the time
10    you first met him, where was he?
11    A    He was at A&M Records.
12    Q    Had nothing to do with managing the band when you first
13    met him?
14    A    No.  He was an A&M Records guy from A&M Records.
15    Q    He was representative of the company that you signed the
16    record deal with?
17    A    Correct, yeah.
18    Q    Now, we heard about rehearsing at the farmhouse.
19           Then going into a recording studio, I believe it was
20    Tritan Studios; is that right?
21    A    Correct.
22    Q    Mr. Margereson spoke about having Ken Scott come in to
23    produce it?
24    A    Uh-huh, correct.
25    Q    Tell us what the producer did, or what Ken Scott did in
```

```
 1   connection with your first album recorded with that new lineup?
 2   A    Well, we had the songs, but we really didn't have much
 3   studio experience at all.
 4        And Ken brought, as has been spoken, a wealth of
 5   experience.  He worked with everyone from the Beatles to Bovie,
 6   you name it.
 7        And he brought -- I mean, he was a great mentor in
 8   helping me and helping the band, really, get to know how to
 9   make a record, and a decent sounding record.
10        I learned a lot from him.
11   Q    So tell us about that process of getting the studio
12   experience to making a decent sounding record?
13   A    Well, there was a lot of experimenting with us at the
14   time.  There were no two songs that were the same.
15        So each song had to be attacked in a different way or
16   approached in a different way, I should say.
17        And we did have -- because we had the time and the
18   farmhouse, and time to actually make demos of a lot of those
19   songs, we did have a pretty good idea of how we wanted -- what
20   the structure of the songs were, and even what the song order
21   of the album was.
22        I mean, I know that for me that has always been
23   incredibly important to know what the order of songs is going
24   to be, because if you do the wrong order, back then, and people
25   are playing an album, you can lose them on the second track or
```

1    first track, if it's the wrong opening song.

2          So, a lot of details went into making an album or making

3    an album that worked.

4          For me, it was not -- never was what it actually became

5    a lot, which was you put ten songs out there, but there is only

6    two decent songs at the very beginning.

7          You know, I was making creating a 40-minute listening

8    experience that hopefully was going to take the listener on a

9    journey.  That was the way I approached it anyway.

10   Q    What kind of studio experience did the plaintiffs have at

11   that point in time, when you were recording the first album

12   with them?

13   A    I think we were all the same.

14         None of us had -- Rick and I obviously had made the two

15   albums, but I don't really remember getting much from that in

16   terms of learning, you know, we learned basics but nothing like

17   we learned from Ken again.

18         I don't think any of them had experience -- recording

19   experience up to that point.

20   Q    So none of them were what we refer to in the business as

21   studio musicians?

22   A    No.  I think I'm correct in saying that.

23   Q    All right.  So after your efforts had tried in the studio,

24   I believe the first album released together was "Crime of the

25   Century"; is that right?

1    A     That's true.  Yes.

2    Q     That was in September of 1974?

3    A     That sounds right, yes.

4    Q     All of the songs on the album were written by either you

5    or Rick Davies?

6    A     Correct.

7    Q     So we identified "School," "Bloody Well Right," and

8    "Dreamer," what happened with the album, that is, what happened

9    in the marketplace after the album was released?

10   A     Well, it took off.  To tell you the truth at the time I

11   went to Morocco for two months, and when I came back, I

12   suddenly I saw headlines "Crime of the Century" No. 1.  It all

13   happened when I was gone.  Obviously, something happened when I

14   was away, I know "Dreamer" was the single that really ignited

15   on the English charts, and that then -- and for many years that

16   was a very important component.  If you don't have a song that

17   is doing well on the radio, then forget it.

18   Q     "Dreamer" is your song.  I know Mr. Siebenberg was talking

19   about "Bloody Well Right" being released in America.  Do you

20   recall that?

21   A     Yes.  I believe that song was released in America.  I

22   think they were on a 45, you know, on each side.

23   Q     You are going to have to explain what 45 is, I don't think

24   the jury is old enough.

25   A     You know what, a 45 is a single.

```
1              THE COURT:  Well, why don't you just explain it.

2              THE WITNESS:  It's a 45, it's a record.  It's the

3  small one, it's not the big LP.  And it has basically two

4  songs.  One on each side of a piece of plastic.

5  BY MR. GUTMAN:

6  Q    They used to release singles on a smaller vinyl album

7  format?

8  A    Yes.

9  Q    I think they refer to it as a 45 because it rotated at

10 45 revolutions per minute; is that correct?

11 A    That's correct.

12 Q    You had a couple of singles that were doing well after

13 "Crime of the Century", did the band go on the road?

14 A    Yes, we did.

15 Q    Describe what kind of tour you did?

16 A    Extensive tour with a pretty state-of-the-art sound system

17 and some very interesting stage paraphernalia.

18 Q    Let's start with a stage paraphernalia and sound system.

19 Tell us about it, how it compared to other bands working at the

20 time?

21 A    Well, PA systems were really changing a lot and coming of

22 age, a lot of experimenting happening.

23            And I know we were always looking for what is the next

24 best sound system to use.

25            Then, it was this ridiculous system.  I think the
```

1    speaker cabinet was, like, eight foot high and weighed a ton.

2        And then it was with the horn on top, that is what I

3    remember anyway.

4        But it was -- it did sound good.  Our sound man, Russell

5    Pope, who was a very key player in the whole Supertramp story,

6    he got a great sound every night.

7    Q    Why was it important to members of Supertramp to have that

8    elaborate sound system?

9    A    Because sound quality of sound was important on albums,

10   and obviously is important live.

11       If we couldn't reproduce the quality of the album, you

12   know, for me, as a singer, I wanted to be heard and felt

13   whatever I'm singing through.

14       And back then, it was really pretty primitive, but we

15   did the best -- we used the best we could find.

16   Q    Who paid for all of that sound equipment?

17   A    Aha.  That was the record company, basically loaned us

18   money to and supported us, of course, as it's been spoken we

19   had to pay that money back.

20       But yes, they supported us, and obviously Dave

21   Margereson probably helped that to happen.

22   Q    I have heard about the term "recoupment."  What does that

23   mean?

24   A    Recoupment is the term that to make an album costs a lot

25   of money.  These recording studios were charging 2,000 pounds

1    or $2,000 a day.

2         So if you are in the studio for five or six months,

3    which "Crime of the Century" was five months, you can imagine

4    that added up.

5         So, the record company would fund that by loaning us the

6    money, but then before we got any money from the sale of albums

7    they had to recoup that money.

8    Q    So essentially, a interest-free loan from the record

9    company?

10   A    Basically, yes.  If you think of when we started earning

11   records, the percentage we got were, like, $0.10 on an album or

12   something.  It took a long time to recoup that kind of money.

13   Q    Talked about the expenses of the sound equipment.

14        Where did you go on that initial tour following "Crime

15   of the Century"?

16   A    Boy, we went -- I know it's been spoken of, but it was

17   Europe, some in Europe, England, the UK, we also did America as

18   well.

19   Q    Was that your first time traveling to America?

20   A    Yes, it was.

21   Q    And how was the band received in America?

22   A    Well, it was very well.

23        But it was a time we were in many cities, the band,

24   actually, we were out on the street handing out tickets to get

25   an audience for the night.  So it was -- because we didn't mean

```
1    anything in America, but the record company were willing to
2    fund us, because they believed in the music.
3    Q    Wasn't the band making money off of the ticket sales?
4    A    Maybe, a little bit.
5    Q    Enough to support the tour?
6    A    I don't think so.  We were underwritten, that is the word,
7    isn't it, we were underwritten by the record company.
8    Q    All right.  What happened -- actually -- let me ask you
9    about Mr. Margereson now.
10        Is it after the "Crime of the Century" tour or, you
11   know, some time after "Crime of the Century" that
12   Mr. Margereson became the manager for Supertramp?
13   A    Yes.  Yes, I can't -- I don't know exactly.  I know it's
14   been spoken, but around that time.  We didn't like -- we wanted
15   him to manage us, basically.
16   Q    Had you interviewed other managers?
17   A    We did.  He asked us to.  But no one really appealed to us
18   and we had that relationship already built up with Dave
19   Margereson, and a trust with him.
20   Q    Was Mr. Margereson, at the time that he became your
21   manager, still working at A&M Records?
22   A    He was doing both for a little while, I think.  But he
23   eventually left to full-time manage.
24   Q    So describe for us what Dave Margereson brought to
25   Supertramp as a manager?
```

```
 1   A     Oh boy.  Well, it's you have got to have someone who is

 2   managing the whole thing.

 3         It's fine for me to write songs and Rick to write songs,

 4   for us to play them, but, you know, there is a lot of

 5   logistical organization that is needed, especially if you want

 6   to be successful.

 7         So, you know, he was helping us live the dream, really,

 8   that is one way of saying it.

 9         But, you know, building a name for ourselves and

10   building the brand is how it is said nowadays, so he did a lot

11   of things to -- that's what managers do.

12         They manage the career, they manage the legal end of

13   things, they manage the contracts, they get them all together,

14   they negotiate them.

15         I mean, there is a lot of different roles that a manager

16   plays.

17   Q     How was your relationship with him?

18   A     I think it was good back then.  I mean, I was -- this is

19   the first time that we really had -- I felt we had someone who

20   knew what they were doing.

21   Q     Why did you believe he knew what he was doing?

22   A     Well, maybe it was in comparison.  We were actually

23   managed by a guy called Sam, who had a wonderful heart, but he

24   really didn't know the first thing about the business.

25         And here was Dave Margereson, who had all of this
```

```
 1   experience, and was very likeable and we got on well with him.

 2   Q    How did Mr. Margereson compare age-wise to your age?

 3   A    To my age?  I didn't know at the time, and I have only

 4   just found out recently, I think he's six or seven years older

 5   than me, I believe.

 6   Q    And at the time that he became Supertramp's manager, you

 7   understood he had been working in the music business for some

 8   period of time?

 9   A    Yes.  Yeah.

10   Q    What experience did you have with music publishing prior

11   to this time that is prior to the release of "Crime of the

12   Century"?

13   A    I really had very little knowledge of how it all worked.

14   I mean, I know I had heard the name, music publishers, if I had

15   been asked, but what they did, I couldn't tell you.

16        But so it was a learning process, but that wasn't where

17   my head was at, so it took longer to learn it.  Yeah, I really

18   didn't know what was -- how it all worked back then.

19   Q    As a result of the success of "Crime of the Century," did

20   you start receiving income from music publishing?

21   A    My recollection is on the publishing end of things that

22   was -- there was a little money coming in, yes.

23        I don't know where it was going, whether it was going to

24   me or paying for everything, to tell you the truth, but yeah, I

25   understood that publishing, you didn't have to recoup
```

1   publishing, but I did understand that much.

2   Q    Would it be safe to say prior to the "Crime of the

3   Century" you hadn't received much money in connection with your

4   songwriting?

5           MR. GIVEN:  Leading, Your Honor.

6           THE WITNESS:  Yes, that is very true.

7           THE COURT:  Overruled.

8       Go ahead, you may answer.

9           THE WITNESS:  Okay.  Yeah, we were all living hand

10  to mouth.  There was no money.  I think -- yeah.

11  BY MR. GUTMAN:

12  Q    I seem to have -- maybe I'm recalling this inaccurately,

13  did you and Rick Davies share songwriting credits?

14  A    Yes, we did.  Yes.

15  Q    Regardless of which one of you wrote a particular song?

16  A    Yes, I'm not quite sure when that happened, because on the

17  very first two albums it was Davies, Hodgson, Palmer.

18       When Palmer left, and it was just the two of us, even

19  though we wrote separately, we kept the songwriting together.

20       I think probably because I was hugely influenced by the

21  Beatles and that's how they did it.  Lennon and McCartney.

22  Q    What happened after the tour for "Crime of the Century"?

23  A    Well, there was a lot of pressure to make another album

24  because we had to, you know, we had to follow up the success of

25  the first one.

1          So there wasn't much time to really -- we didn't have

2     the luxury of being in a farmhouse for three months, we had to

3     come up with songs really quickly.

4          We went to the studio pretty quickly.

5          We tried to repeat the success with Ken Scott, producing

6     again.

7          It was not as easy or -- it was a stressful time because

8     the pressure was really on to come up with an album, plus there

9     was another tour planned at the end of it.  It was a tough

10    album to make, that one.

11    Q    And the album we're talking about, of course --

12    A    Sorry, "Crisis?  Why Crisis?"

13    Q    I have on the screen now, it indicates it was released in

14    November of 1975.

15         What happened after "Crisis" was released?

16    A    We went to a big world tour.

17    Q    Including to America?

18    A    America, Canada, and this one took us to Japan and

19    Australia as well.

20    Q    What was happening inside the band at this point in time?

21    A    I think things were pretty good with relationship-wise and

22    you know, we were working, enjoying, and living the dream

23    really of a band that was beginning to have some success.

24         So the energy felt pretty good.

25    Q    We have heard mention of a meeting at a London apartment

**UNITED STATES DISTRICT COURT**

1    belonging to Dave Margereson.

2        So I want to ask you, when did the topic of sharing

3    songwriting royalties in your recollection first get mentioned?

4    A    My recollection is that a meeting in Dave's house, which

5    is, kind of, a London mews at the time, where it was first

6    suggested or not suggested, actually asked by Dave for me,

7    myself and Rick, Rick and I were asked --

8        MR. GIVEN:  Objection.  Hearsay, Your Honor.

9        THE COURT:  Sustained.  Can you rephrase the

10   question please?

11   BY MR. GUTMAN:

12   Q    How did the subject of sharing songwriting royalties first

13   come up?

14   A    Rick and I were called to the meeting in Dave's house.

15       He --

16   Q    You can proceed.  He looks like he's about to jump out of

17   his seat.

18       THE COURT:  Stop commenting, just ask the question.

19   Let him answer it.  Let me do my job, you do yours, okay?

20       MR. GUTMAN:  I apologize.

21       THE WITNESS:  He said.

22       MR. GIVEN:  Objection, hearsay.

23       THE COURT:  Overruled.

24       THE WITNESS:  Dave said to me and Rick, that we were

25   the only ones receiving money, which we knew, the other three

1    were hurting financially, and they asked if we would share a

2    portion of our publishing.

3    BY MR. GUTMAN:

4    Q    What else did Dave Margereson say?

5                MR. GIVEN:  Objection.  Hearsay.

6                THE COURT:  Overruled.

7                MR. GIVEN:  Calls for hearsay.

8                THE WITNESS:  At that meeting, I don't know, but I

9    do know around that time and I think it was separate time that

10   Dave also mentioned that it would be until record royalties

11   came in, until all of the monies came in, which were record

12   royalties at that time.  And that made me feel comfortable

13   knowing that I wasn't giving away --

14               MR. GIVEN:  Objection.  Calls for subjective

15   understanding and intent.

16               THE COURT:  Stop the answer there.  Next question,

17   please.

18   BY MR. GUTMAN:

19   Q    What else, if anything, did Dave Margereson tell you about

20   this song sharing arrangement?

21               MR. GIVEN:  Same objection.  Hearsay.

22               THE COURT:  Let me have counsel at sidebar, please.

23                     (Sidebar begins.)

24               THE COURT:  So, I'm trying to give the parties some

25   leeway because a lot of this was discussed before.

1          Mr. Gutman, how much further are we going to get into

2   what Margereson told him?

3              MR. GUTMAN:  Just whatever else he has got to say.

4              THE COURT:  Wait.  But I thought we talked about

5   this, about this subjective intent, doesn't this go directly to

6   that?  What Margereson told him?

7              MR. GUTMAN:  You said he can testify as to what he

8   was told.  That's it.  He's not going to say what his

9   understanding was, or what he did based upon it.  That is a

10  separate fact, what he did.

11             THE COURT:  All right.  Mr. Given?

12             MR. GIVEN:  What is good for the goose, is good for

13  the gander.

14         We tried to get in expressive speaking dialog from

15  others that was blocked from others on hearsay grounds.  It's

16  the same exact evidentiary issue here.

17             THE COURT:  So I'm going to say this, now, hopefully

18  for the last time.

19         If you keep arguing with each other, I'm done with the

20  sidebars, I'm done with the fighting.  I'm going to tell you

21  this now at sidebar for both of you, the disrespect you showed

22  this Court is unconscionable.  You have been here long enough.

23  You continue to argue over each other as if you have never been

24  in a courtroom before.

25             I don't know if this is how you try cases otherwise.  I

```
 1   don't think so, I would hope not, but it is childish.
 2          Let me do my job, you do yours.  The objection is noted,
 3   but overruled.
 4                         (Sidebar ends.)
 5          MR. GUTMAN:  Proceed?
 6          THE COURT:  Yes.
 7          MR. GUTMAN:  Thank you, Your Honor.
 8   BY MR. GUTMAN:
 9   Q    I believe the question I asked was:  What, if anything
10   else, do you recall Mr. Margereson saying to you about this
11   song sharing arrangement?
12          MR. GIVEN:  Same objection for the record.
13          THE COURT:  Overruled.
14          THE WITNESS:  Those are the only two things, really,
15   I remember from that was basically he said that we should share
16   some of our songwriting royalties, and that they could be
17   recouped from record royalties.
18          But as I have said, I believe that was at a separate
19   time, it was not in that meeting.
20   BY MR. GUTMAN:
21   Q    Why was there no money coming in from other sources at the
22   time of this conversation with Mr. Margereson?
23   A    Because albums -- we were not recouping record royalties.
24          And I don't remember making much money with touring
25   either, so the only money that I remember coming in was from
```

```
 1  publishing.
 2  Q    Do you recall the first time that you had any conversation
 3  with the members of the band, that is the plaintiffs in this
 4  case, on this subject?
 5  A    No, I don't.
 6        I have often wondered why there was no conversations
 7  with anyone, including Dave.
 8              MR. GIVEN:  Objection.  Strike everything --
 9  nonresponsive.  Strike everything after the answer no, I don't.
10              THE COURT:  All right.  Sustained.  Stricken.  Next
11  question.
12  BY MR. GUTMAN:
13  Q    What were the circumstances of the financial circumstances
14  of the plaintiffs at that time, if you recall?
15  A    They were not making much money, so I know they were.
16  Q    Did they tell you they were unhappy?
17  A    I don't remember the conversations.  But I just know that
18  they didn't have as much money as Rick and I had, let's put it
19  that way.
20  Q    We heard some testimony of the past couple of days about a
21  meeting at a conference room at Jay Cooper's office.
22        Do you recall that testimony?
23  A    I recall the testimony, yeah.
24  Q    Do you recall such a meeting taking place at Jay Cooper's
25  office?
```

1    A    No, I do not.

2    Q    Do you recall an event where you and Rick Davies were

3    taken to a hallway by Dave Margareson?

4    A    No.

5    Q    Do you remember Dave Margareson speaking to you in the

6    hallway at Jay Cooper's office?

7    A    No.

8    Q    Do you recall being presented with this prospect by Dave

9    Margereson outside of a conference room in a lawyer's office?

10    A    No.

11    Q    Apart from the one conversation or two conversations, I

12    think you identified with Mr. Margereson, do you recall any

13    other discussion of the circumstances leading up to this

14    sharing arrangement?

15    A    No, I don't.

16    Q    I want to share with you what has been previously admitted

17    as Exhibit No. 4.

18        This happens to be an A&M Records limited document dated

19    as of January 17th, 1977.

20        I will show you on the third page.  You appear to have

21    signed it.

22        Is that in fact your signature there?

23    A    It is, yes.

24    Q    Do you remember where you were when you signed this

25    document?

```
 1   A     No, I don't.

 2   Q     Let me show you now what has been previously admitted as

 3   Exhibit 5.

 4         This appears to be January -- as of January 18th, 1977,

 5   A&M Records Inc., to Swindon Inc.

 6         By the way, do you recall Swindon?

 7   A     I do recall Swindon, yes.

 8   Q     Do you know how that came into existence?

 9   A     I don't.  I know Swindon is the city that Rick lived in

10   when he was growing up.  But I think it was a catchall for a

11   lot of our businesses.  That is what I remember.

12   Q     I think we have noticed or noted on page 21 of Exhibit 5,

13   that it was -- do you recognize that signature for Swindon?

14   A     Dave Margereson.

15   Q     And you understood, or correct me if I'm wrong, that

16   Mr. Margereson was authorized to sign on behalf of the company

17   representing the band at the time?

18   A     It looks like it, yes.

19   Q     And then there is a producer agreement that is attached,

20   final three pages, is that your signature there?

21   A     It is.

22   Q     We had Exhibit 6.  Songwriters and composers agreement

23   dated as of this 18th day of January 1977, you recall signing

24   this document?

25   A     I don't recall signing this document, no.
```

```
 1   Q     Then Exhibit 7, a participation agreement between Almo
 2   Music Corporation and Delicate Music.
 3         Do you recall this one?
 4   A     I have seen these documents before.  I will tell you about
 5   where I think they were all signed, but that is --
 6   Q     I will get to that.
 7         I'm looking at this, it says Delicate Music, a
 8   partnership of Roger Hodgson and Richard Davies.
 9         When was this partnership first formed?
10   A     Probably around this time.
11   Q     What was the purpose of this partnership?
12   A     Delicate Music was -- we were signed to Rondor, which then
13   became Erving Almo, an American publishing company, that was
14   A&M's publishing company.
15         And in forming our own subpublishing company and signing
16   it to Erving Almo, was the way we could actually get a greater
17   percentage.  It was often done.
18         Artists do that, they create their own subpublishing
19   company and sign it to a larger one, then they divide up the
20   publishing.
21         So it was a way we could increase our portion, if you
22   like, otherwise, yeah.
23   Q     I think Mr. Glass, who testified this morning, indicated
24   that Delicate Music handled the administration of monies for
25   the publishing from Supertramp.
```

```
 1          Does that sound accurate?
 2   A    Yes, it does.
 3   Q    Is that the same thing that it's been doing since the past
 4   47 years?
 5   A    He has been doing it since he joined, yes, so that sounds
 6   accurate.
 7   Q    But I mean, that is the only thing that Delicate Music has
 8   ever done in 47 years?
 9          MR. GIVEN:  Objection.  Leading.
10          THE COURT:  Overruled.
11          THE WITNESS:  Yes, yes.  But as well, it was our --
12   it is our subpublishing company, but in terms of actually what
13   it does, yes, it disseminates the royalties.
14   BY MR. GUTMAN:
15   Q    Now, let's go to Exhibit 8 while we are here.  This
16   memorandum of agreement, publishing.
17          Dated, as of the 18th day of January 1977, as was
18   Exhibit 7, Exhibit 6, Exhibit 5, Exhibit 4, was dated the day
19   before.
20          Did you sign all of these agreements at the same time?
21   A    I believe -- yes, I did.
22   Q    Do you recall where you were when you signed all of these
23   documents?
24   A    Yes.  I was in the studio mixing the next record, which
25   was "Even in the Quietest Moments."
```

```
1    Q     Why do you recall that?

2    A     Because I do remember that it was a pretty stressful

3    situation in the studio working with -- with a new engineer who

4    was mixing, and I was in the middle of mixing.

5          I remember these agreements coming, I believe with Dave

6    and he laid them out.

7          I took a break from mixing, went and signed them, and

8    then went back to mixing.

9    Q     We heard testimony over the past couple of days about the

10   process of mixing.

11         Can you tell us -- take us through what the experience

12   for you was of recording and mixing, "Even in the Quietest

13   Moment" which was to be the band's next album?

14   A     The mixing or the whole thing, recording and mixing?

15   Q     Walk us through the process, because I want to see if we

16   can understand what role everyone played in getting this album

17   together.

18   A     Okay.

19              MR. GIVEN:  Objection, to the editorializing.

20              THE COURT:  Next question, please.

21   BY MR. GUTMAN:

22   Q     I'm sorry, can you walk us through this particular process

23   of recording and mixing, "Even in the Quietest Moments"?

24   A     Yes.  We actually recorded the album up in Colorado, and

25   laid the tracks, all of the tracks, and did the overdubbing
```

```
 1   there, then we came back to Los Angeles to mix.

 2          Mixing, it's kind of like, I liken it to preparing a

 3   meal, you get all of the ingredients together, and mixing is

 4   when you put them together in different amounts to make it

 5   sound great.

 6          Back then, it was before computers, so it did take a lot

 7   of focus, and a few hands to do that.

 8          But that is basically, that is as simple as I can get.

 9   But with the mixing, primarily Russell and myself were the ones

10   who were there, 100 percent of the time.

11          That is why I didn't take any time to even look at these

12   agreements.

13          I went -- I was focused on mixing this pretty difficult

14   record.

15   Q    How long did the mixing process take?

16   A    I can't remember exactly, but it was definitely more than

17   a month, probably less than two months.

18   Q    And what involvement or role did the plaintiffs play in

19   the mixing process of "Even in the Quietest Moments"?

20   A    I don't -- I don't remember.  I just remember people

21   coming and going.

22          I mean, it's -- mixing is not a time generally that you

23   can have a lot of cooks in the room.

24          I mean, obviously, people, you know, different ones were

25   listening at the time, but hands on was really the engineer and
```

1    Russell and sometimes myself.

2    Q    What about the sequencing of songs on the album, who was

3    involved in that?

4    A    That was -- I always took a lot of participation in that,

5    but that was -- as I have spoken, that is so critical, so I

6    would piece the songs together on a tape, and listen and see

7    how they worked.

8          It was a very, very important component.  I don't

9    remember anyone else doing it, to tell you the truth.

10   Q    All right.  If I understood your earlier response, you

11   were at the record plant in Los Angeles at the time?

12   A    Mixing.  That is what I remember, yes.

13   Q    Did you sign off all of these agreements at the same time?

14   A    That's what I remember, yes.

15   Q    Did you have a separate lawyer representing you?

16              MR. GIVEN:  Objection.  Vague.

17              THE WITNESS:  No, I did not.

18              THE COURT:  Overruled.

19              THE WITNESS:  No, I did not have a separate lawyer,

20   just me, no.

21   BY MR. GUTMAN:

22   Q    Did you read any of these agreements before you signed

23   them?

24   A    Certainly, not at the time.

25          And I don't remember reading them prior to that.

```
 1          I really was in the habit of trusting Dave Margereson
 2   and signing, it something that I regret, but that is basically
 3   what my habit was back then.
 4   Q    We saw the references to the percentage on the second
 5   page.
 6          Do you recall any discussion on how those numbers were
 7   derived?
 8   A    I don't remember where the discussion happened.  There was
 9   a discussion, but I actually can't remember where that
10   happened.
11   Q    So from the time that you recall and testified about the
12   conversations with Dave Margereson, until the time you signed
13   Exhibit 8, this memorandum of agreement, do you recall any
14   discussions with Dave Margereson?
15   A    I don't recall any, no.
16   Q    During that same time frame, do you recall any discussions
17   with any of the three plaintiffs?
18   A    No, I don't.
19   Q    After your experience at the record plant, I understand
20   the album that was released is called "Even in the Quietest
21   Moments"; is that correct?
22   A    Correct.
23   Q    What was the first song on this track on this album?
24   A    It was "Give a Little Bit."
25   Q    Tell us about "Give a Little Bit."
```

1      First of all, how did it do commercially?

2  A    Actually, did very well at the time, and actually has done

3  very well since as well.

4  Q    Is that a song you composed?

5  A    Yes, it is.

6  Q    Tell us about the process of how the song "Give a Little

7  Bit" was written?

8           MR. GIVEN:  Objection.  Irrelevant.

9           THE COURT:  Overruled.

10          THE WITNESS:  It was again, one of those songs that

11  came at a time when I was feeling a lot of energy, joy, or

12  whatever, that just went to the guitar and it came out.

13         But I know at the time, as I have said, I was very

14  influenced by the Beatles, and I believe when I wrote it, I

15  think the Beatles had just released "All You Need is Love."  It

16  was a time in the 60s, the end of the 60s, there was a lot of

17  that energy was happening and that inspired me maybe to write

18  "Give a Little Bit."

19  BY MR. GUTMAN:

20  Q    What involvement, if any, did the plaintiffs have in

21  creating this song, "Give a Little Bit"?

22  A    Sorry, say again.

23  Q    What involvement, if any, did the plaintiffs have in

24  creating "Give a Little Bit"?

25  A    No involvement.  It was a song I totally wrote by myself.

1   Q    How about in the recording studio, what involvement other

2   than playing their instruments, did the plaintiffs have in

3   connection with the recording of "Give a Little Bit"?

4   A    I had a very clear picture of what I wanted.  Bass, drums,

5   even though actually for this one, I did not have a demo, but I

6   could hear the song totally in my head.  I told them what I

7   wanted.

8        We recorded the song up in the mountains of Colorado.

9   Q    Did you occasionally or oftentimes write the bass parts

10  that were -- would be performed in the studio on the songs you

11  wrote?

12  A    Yes.  Dougie and I worked on that, because I, as I said, I

13  used to be a bass player.  I hear a lot of the bass parts.

14  It's a very critical component of the songs, and so, I would

15  let him know what I wanted, and what I heard, and we worked

16  together generally after the basic tracks.  The drums and the

17  keyboard were laid and then we overdubbed the bass and get it

18  exactly right, how I heard it.

19  Q    Now does "Give a Little Bit" have saxophone or woodwinds

20  on it?

21  A    Yes.  There is a saxophone solo.

22  Q    So how did the sax solo get developed that appears on the

23  album featuring "Give a Little Bit"?

24  A    Well, the way we would generally do the sax solos, John

25  would be great in just playing wonderful melodies or whatever,

```
 1  and he would go out and play, and then I would be listening to

 2  and often maybe someone else also.  But often I would listen

 3  and he would play a great first part of the solo, so we would

 4  take that and then he would go and play another and add to it,

 5  so construct, not just the jamming type of solo, but a

 6  signature-type solo, because all of the parts he had played, so

 7  it was again, it was crafted kind of like, you know, I have to

 8  liken it to an orchestra in a way.  Each instrument has its

 9  part and the saxophone is no different or even the drums, every

10  part has to be fit and make sense.

11          MR. GIVEN:  Objection.  Move to strike everything

12  after the word "crafted."

13          THE COURT:  Overruled.

14  BY MR. GUTMAN:

15  Q    I believe you indicated in the response this was a pattern

16  that -- this was sort of the format that was repeated on almost

17  all of the recordings?

18  A    General pattern, yes.

19  Q    Album released in April of 1977, what did the band do

20  then?

21  A    We went on tour again.  Probably the usual places:

22  Europe, America, Canada, UK.

23  Q    Standard routine, release an album, go on the tour?

24  A    That was the life right now, yeah, it was record,

25  rehearse, tour, come back, record again.
```

```
1   Q     All right.  And would the band record again after "Even in
2   the Quietest Moments"?
3   A     There was a little break before we recorded the next
4   album.
5   Q     And then the next album turned out to be none other than
6   "Breakfast in America," right?
7   A     Correct.
8   Q     Tell us about making "Breakfast in America"?
9   A     It was an exciting time, because it felt like we were
10  poised, we had really done -- built the groundwork over the
11  years of working hard and touring and everything, and if we
12  came up with the goods, we could feel the record company ready
13  to -- they really needed at the time -- a successful album.
14        And I had some really good songs.  Rick had a few good
15  songs.  It was just a question of finding the combination to
16  work together.
17        So, we didn't really rehearse much, we went pretty much
18  straight in the studio.  It took eight months, but it was worth
19  it.
20  Q     I know the song, "The Logical Song," one of your biggest
21  hits, it has got a line, "Please tell me who I am."  What is
22  that about?
23              MR. GIVEN:  Relevant, Your Honor.
24              THE COURT:  Counsel, what is the relevance?
25              MR. GUTMAN:  You want me to speak from him, to
```

1  explain how the song with you evolved from certain personal

2  experiences?

3          THE COURT:  All right.  I will allow it.  Go ahead.

4          THE WITNESS:  Well, as I have told you, I had the

5  boarding school experience.  Obviously, when I left boarding

6  school, I was pretty confused, and so that song is a very

7  autobiographical song.

8      I don't know if any of you know it, but there is a line,

9  "they sent me away to teach me how to be sensible."

10     That is basically what happened from being a very happy

11 young kid, I was sent away to boarding school, and that song,

12 I'm very grateful for the experience now because of what it

13 did, it really inspired me to write a lot of songs, but I had a

14 lot of questions, which also inspired the songs, so this

15 really comes down to a very raw place, you know, they taught me

16 how to be sensible and logical, and everything else, but they

17 didn't tell me who I was.

18     So that has been part of my life journey trying to find

19 out who I am, that is best that I could do.

20 BY MR. GUTMAN:

21 Q    "Breakfast in America" became an enormous success?

22 A    It struck a nerve.  It was a success.  We had three or

23 four radio hits, so yes, it was very successful.

24 Q    How did it change what was happening in the band dynamic?

25 A    Well, it brought money in, for the first time, which was a

huge change.

        But unfortunately, halfway through the "Breakfast in America" tour something changed, and I always attribute it to the lack of jamming, you know, when a band is on tour, when you are doing your sound checks, that is where you kind of have fun and loosen up and just play for fun.

        That element disappeared, and it was, suddenly, it was grind, grind.

        It was very sad, but that is what happened.  Then we actually -- we had to take a long break afterwards.

Q    I believe there was a live album released in September of 1980.

        That was a composite of several live performances recorded over a period of time in Paris, or mostly in Paris?

A    Yes.  I think a couple of shows, anyway, yeah.

Q    Was that during the "Breakfast in America" tour?

A    It was, yes.

Q    It was released later, but it had been recorded during the earlier one?

A    Correct.

Q    So you described taking a little bit of a break.

        Tell us what was going on with the individual band members at this point in time, when you are taking a break after the breakfast tour?

A    We had to take a break.  I mean, we were pretty burned at

1    that point.

2           I had a family, that was a huge change, or a child, so I

3    made the decision to move out of Los Angeles up to Northern

4    California and build a home there.

5           The rest of the band stayed in Los Angeles.

6           That created some problems later.  But I think everyone

7    suddenly had the independence that comes from having financial

8    -- the ability to do things with, you know, with finances.

9           So, the unity of the band started to fall apart.

10   Q    Did you address the sharing of your songwriting royalties

11   at this point in time, after the "Breakfast" tour?

12   A    I did not.

13   Q    Why not?

14   A    It wasn't time to do that.  I mean, the band was having a

15   hard enough time to -- I was trying to -- if anything, I was to

16   in spite of moving up north, I built a studio hoping the band

17   would really love to come up and record.

18          I was wrong there, but I was not wanting to -- that was

19   not a priority at that time.

20          I wanted to save the band for the next album I was

21   wanting to see what we could come up with to follow "Breakfast

22   in America."

23   Q    What was that next album?

24   A    "Famous Last Words."

25   Q    I see here, according to Exhibit 74, it was released in

1   October of 1982.

2   A     Correct.

3   Q     When was it recorded, over what time period?

4   A     Probably I think the beginning -- of 1982, we started.

5   Q     We have previously seen what has been marked and admitted

6   as Exhibit 15.

7          This is that two-page memo from Paul Glass dated

8   sometime in April of 1982, but referring to a meeting in March

9   of 1982.

10         Let me call out this, the new publishing agreement.

11         Do you recall participating in this meeting and having a

12  discussion to change all of the percentages?

13  A     I don't remember the meeting, but I do know it happened,

14  and I know that -- well, there were two things that I know were

15  driving this.

16         Both Rick and I were not happy about the publishing

17  shares, and also Russell Pope was not being appreciated

18  financially for his participation, which was huge in the band

19  and the recordings, and the success of the band, so this was --

20  I feel we all agreed on that level, I think.

21         But the reduction in the royalties was maybe a gesture

22  that we could all agree to return the publishing royalties to

23  Rick and myself, going forward, at the very least.

24  Q     There was some mention made of all of the different people

25  there at that meeting.

1          We saw Karuna Hodgson, that was your wife, at the time?

2    A    Correct.

3    Q    What period of time were you married to her?

4    A    From '80 to 2004.

5    Q    Okay.  Sue Davies, Susan Davies, I should say, who is

6    that?

7    A    That is Rick's wife.

8    Q    David Furano?

9    A    He was someone who was helping me with a lot of things up

10   north in Nevada City, where I was living.

11   Q    Of course, we have Mr. Siebenberg and Thomson, Russell

12   Pope.  Just explain a little bit more detail what role or

13   involvement he had with Supertramp in that time period?

14   A    In that time period, well, he was a very key component of

15   the band.  He had been from the very beginning with Rick and

16   myself.

17          At that time he was still fulfilling a lot of those

18   roles as in the studio, and also on the touring end too.  And I

19   was, yeah, doing a lot of different things.

20   Q    All right.  You and Mr. Helliwell and Mr. Davies, and of

21   course, David Margereson.

22          On the subject of David Margereson, how long did he

23   remain in this Supertramp universe after this March 1982

24   meeting here?

25   A    They were, again, there were a lot of different components

```
 1   pulling in opposite directions.

 2          Susan Davies, Rick's wife, really had designs on

 3   managing the band.  That became more and more evident.

 4          I had moved up north to Nevada City.  I had David Furano

 5   helping me build a studio, and do different things.

 6          And I wasn't ready to make him my full-time manager, but

 7   he was doing a lot of the things that Dave Margereson had.  So

 8   Dave Margereson, I didn't have to sum it up, he was -- he had

 9   also -- he was losing the support of both Rick and somewhat

10   myself as well at that time.

11          Ultimately, he left.

12   Q    Do you recall what time frame he left?

13   A    Well, I think it was -- no, I don't want to guess, I think

14   it was in '83.

15   Q    Okay.  Let's go to the album that ultimately was released

16   in October of 1982, "Famous Last Words," right?

17   A    Right.

18   Q    That was the last recording you performed or released with

19   Supertramp?

20   A    Yes.  That album was, I suggested, the title, "Famous Last

21   Words," I did not want to go through another experience like

22   that, and I don't think any one of us did, so that was the

23   title.

24   Q    The title represented you -- you would be leaving the

25   band?
```

```
 1  A     No.

 2              MR. GIVEN:  Objection.  Irrelevant.

 3              THE COURT:  Hold on, sir, sustained.  Next question,

 4  please.

 5  BY MR. GUTMAN:

 6  Q     Did you tour in support of *Famous Last Words*?

 7  A     Yes, I did.

 8  Q     Over what time period?

 9  A     In '83 over, I think, four or five months.

10  Q     Pretty extensive tour?

11  A     Pretty extensive, the biggest European tour we had ever

12  done.

13  Q     Was Dave Margereson still working with the band at the

14  time?

15  A     Yes, he was.  He set the tour up.

16  Q     Set the tour.  Describe for us what happened on that tour?

17  A     Well, we played in a lot of football stadiums in Europe,

18  and there were some gross mismanagement on that tour, because

19  we actually played these biggest venues we had ever had, and we

20  made zip, no money at all as a band.

21          We came back to America and played smaller places, and

22  made a little bit of money, but I think that was the death now

23  of Dave, because he had managed that tour, and obviously,

24  created a very financial disaster, really.

25  Q     All right.  So we have already in evidence October 1,
```

**UNITED STATES DISTRICT COURT**

1    1983, it's Exhibit 16.  It's Dave Margereson withdrawal

2    agreement.

3            Do you recall signing this agreement?

4    A    I don't recall signing it, but I know I did, yes.

5    Q    Did you participate in the negotiation of this agreement?

6    A    No, I did not.

7    Q    Do you recall whether or not you read it before it was

8    executed?

9    A    I don't recall.

10   Q    You do see now on page 5 of Exhibit 16, that there is a

11   reference to Mismanagement, by the way, Mismanagement is

12   Margereson's company?

13   A    It is, yes.

14   Q    There is a reference there that Mismanagement shall be

15   entitled to receive from Delicate, in perpetuity, it's

16   referring to certain percentages, right?

17   A    Correct, yes.

18   Q    You are aware of that?

19   A    Yes.

20   Q    All right.  Now, we talked a little bit about Russell

21   Pope.

22           MR. GUTMAN:  Your Honor, may I have one moment,

23   please?

24           THE COURT:  Yes.

25   BY MR. GUTMAN:

```
 1   Q    Just needed to confirm it has been admitted into evidence
 2   already.
 3        Exhibit No. 27.  That is the agreement with Russell
 4   Pope.  You recall this particular agreement dated
 5   December 12th, 1984?
 6   A    I don't recall it, and I know that there was one, he
 7   withdrew.
 8   Q    You weren't involved in the negotiation of the agreement?
 9   A    No, I was not.
10   Q    You had a lawyer representing you?
11   A    I had a lawyer representing my leading agreement.
12   Q    You do see there are a series of signatures on the second
13   to the last page, page 19, it appears to include your signature
14   there?
15   A    Yes.
16   Q    On page 7 of the agreement, there is a paragraph dealing
17   with music publishing income.
18        Do you see that?
19   A    Yes.
20   Q    Were you aware this was part of the agreement?
21   A    I can't remember what I was aware of.
22        I mean, I expected I was, but I don't remember reading
23   this.
24   Q    But you do see: Pope shall continue to receive from
25   Delicate, in perpetuity.
```

1        That is part of the Pope agreement?

2   A     Yes.  I see that.

3   Q     Let me direct your attention, now, to Exhibit 17.  This is

4   the withdrawal agreement dated December 13, 1974.  This is on

5   your behalf.

6        Do you recognize this document?

7   A     Yes, I do.

8   Q     What role or involvement did you have in the negotiation

9   of this agreement?

10  A     Well, yeah.  I was leaving -- this was huge, so I had some

11  participation, obviously, a lot of conversations with my

12  attorneys, et cetera.

13  Q     But the purpose of this agreement was to finalize your

14  relationship with all of the other members of Supertramp, the

15  band you were leaving?

16        MR. GIVEN:  Objection.  The document speaks for

17  itself.

18        THE COURT:  Overruled.

19        THE WITNESS:  Yes.  This was a huge -- this was me

20  leaving a name that I put 14 years of my life into, so this was

21  important to know what I was leaving the band with.

22        I didn't have much trust on who I was leaving it to, in

23  terms of Rick and Sue Davies, to tell you the truth.

24  BY MR. GUTMAN:

25  Q     But this was an opportunity to address all of the business

```
 1    issues between you and the band, right?
 2              MR. GIVEN:  Objection.  Leading.
 3              THE COURT:  Overruled.
 4              THE WITNESS:  Yes.  To get clarity on what was going
 5    to be happening in the future.
 6    BY MR. GUTMAN:
 7    Q    Why didn't you terminate any obligation to pay any portion
 8    -- let me restate that.
 9         Why didn't you terminate the payments to the band
10    members on the songwriting royalties?
11    A    Why didn't I?
12    Q    Right.
13    A    Because that was not the priority here.
14    Q    What does that mean?
15    A    Well -- I was traumatized, to tell you the truth.  I did
16    not expect to be leaving my baby.  I mean, I have to just say
17    something, and please.
18              MR. GIVEN:  Object, Your Honor.
19              THE COURT:  Ask the question, Mr. Gutman.
20    BY MR. GUTMAN:
21    Q    Tell us why you were traumatized during this point?
22              MR. GIVEN:  Objection.  Irrelevant.
23              THE COURT:  I will allow it.
24              THE WITNESS:  Because I was leaving something that I
25    had poured my lifeblood into that, had my songs connected to
```

**UNITED STATES DISTRICT COURT**

1   it.  They were thought of as Supertramp songs, it went on and

2   on and on, it was not something I planned to do, I was not

3   leaving to make a solo career.  I was basically forced out, to

4   tell you the truth.

5          THE COURT:  Next question, Mr. Gutman.

6   BY MR. GUTMAN:

7   Q    I wanted to ask you that, what were the circumstances that

8   led you to feel you were being forced out?

9          MR. GIVEN:  Objection, Your Honor.  Relevance.

10          THE COURT:  Sustained.

11   BY MR. GUTMAN:

12   Q    Beyond the issues with Sue Davies, were there any other

13   issues that led you to leaving the band?

14   A    No, other than the band had -- in my mind had reached an

15   end point, because it really had fallen -- things were not

16   working and we just made an album, I felt that very strongly

17   about, and I didn't want to repeat that.

18          MR. GIVEN:  Objection.  Move to strike everything

19   after the word "no."

20          THE COURT:  Sustained.  Stricken.

21   BY MR. GUTMAN:

22   Q    I want to direct your attention to page 12 of Exhibit 17,

23   paragraph entitled "music publishing income."

24          Do you see this?

25   A    Yes.

1    Q    And you see in here it refers to: Hodgson shall continue

2    to receive from Delicate, in perpetuity?

3    A    Yes, I do.

4    Q    I want to direct your attention to Paragraph 7.4, starting

5    on the bottom of page 14.

6         Let's see if I can get this portion.  Let me go back.

7         All right.  On the bottom of page 14, Paragraph 7.4, the

8    last paragraph starting here:  Davies and Hodgson agree that

9    whenever Delicate's consent or approval is required under any

10   agreement between Delicate and a third party, including without

11   limitation...

12        Any agreement between Delicate and Almo such consent or

13   approval may be given or withheld only by whichever of Davies

14   or Hodgson actually wrote the major portion of the Delicate

15   composition.

16        The sentencing goes on.

17        Tell us what approval rights mean?

18   A    Approval rights mean that basically I'm in control of the

19   songs that I wrote, and Rick is in control of the songs he

20   wrote in terms of how they are used going forward.

21   Q    Towards the back of the agreement on page 42, there is a

22   list of compositions identified by which of you wrote the

23   specific composition.

24        Do you see that?

25   A    Yes.

```
 1  Q     And does this list here, that is on page 42 of Exhibit 17,
 2  is this a list of the songs that you wrote that were recorded
 3  by Supertramp on the albums we have looked at?
 4  A     Yes, it is.
 5  Q     All right.  After leaving Supertramp, do you recall being
 6  contacted sometime in 1986, in connection with a greatest hits
 7  album?
 8  A     Not in this moment, I don't know, no.
 9  Q     Let me show you Exhibit 18, which is previously admitted
10  into evidence.
11        I know this is one that suffers from horrible quality.
12  But there appears to be on page 12 and 13 of Exhibit 18, that
13  is in evidence, this Supertramp greatest hits album, it's got a
14  listing of songs on there, 1 through 11.
15        Am I correct that songs 1 through 6 were all written by
16  you?
17  A     Yes.
18  Q     Now, directing your attention to Exhibit 28, that is
19  already in evidence.
20        This is that letter of direction, I referred to --
21  August -- on August 5, 1988, letter of direction.
22        Can you explain to us what this document is about?
23             MR. GIVEN:  Objection.  Document speaks for itself.
24             THE COURT:  Overruled.
25             THE WITNESS:  This was -- basically my understanding
```

```
 1  was it was just an easier way for royalties to be disseminated
 2  by having Rick receive all of the royalties that, at that time,
 3  were due to Bob and Dougie and John, and pay them out of his
 4  portion.
 5  BY MR. GUTMAN:
 6  Q    Why didn't you terminate the payments to the plaintiffs
 7  with respect to your songwriting royalties at this point in
 8  time?
 9  A    Or any other point in time, because it was something --
10  yes, it was my intention to do --
11            MR. GIVEN:  Objection, Your Honor.  Subjective
12  intent.
13            THE COURT:  Sustained.  Next question, please.
14  BY MR. GUTMAN:
15  Q    Just tell us, did you terminate the payment at that time?
16  A    No.
17  Q    Without telling us your intention, why not?
18  A    Because there were more important things going on in my
19  life, and I did not want to create what we're going through now
20  back then, basically.
21            MR. GIVEN:  Objection.  Move to strike.
22            THE COURT:  Overruled.  Next question.
23  BY MR. GUTMAN:
24  Q    Thank you.  I want to direct your attention now to what
25  has been marked and admitted as Exhibit 20.
```

1        A lot of discussion about this December 30, 1981,

2   document we noted, you never signed this agreement, did you?

3   A    Is this the '91 agreement?

4   Q    The 1991 agreement?

5   A    No, I didn't.

6   Q    When was the first time you learned about this agreement?

7   A    The first time I learned and saw it, was when it was

8   attached to the complaint that was filed in this case.

9   Q    If I'm not mistaken, that is July of 2021?

10  A    It sounds right.

11  Q    I want to direct your attention to Exhibit 57.

12        I will put it up on the screen.  Hold on one second.

13        It's already admitted into evidence.

14        This is a settlement agreement in which you were signing

15  off on with other members, including the plaintiffs' companies

16  here at the top.

17        Did you -- it is dated February 1, 2019, did you review

18  this agreement before you signed it?

19  A    Can you go up to the top to see what it is called?

20        MR. GIVEN:  Sorry, Your Honor.  What exhibit number,

21  I am not following.

22        MR. GUTMAN:  57, counsel.

23        MR. GIVEN:  Thank you, Your Honor.

24        THE WITNESS:  2019.  This is not ringing a bell, so.

25        MR. GIVEN:  Your Honor, I'm not sure this one has

1    been admitted.

2              MR. GUTMAN:  I will take it down, I have it listed

3    as admitted.

4              MR. GIVEN:  My mistake, it has been admitted.

5              THE COURT:  All right.

6    BY MR. GUTMAN:

7    Q    I lost my train of thought, but let me go back to what I

8    wanted to get to.

9         Do you recall reading this agreement from about 2019?

10   A    I do not, actually, no.

11        I'm just trying to refresh my memory to see what it is

12   about.

13   Q    Okay.  Let me move on, then.

14        There was an event, I think, it's been described as the

15   reversion of rights, sometime in the course of the past couple

16   of days.

17        Do you know what I'm talking about, when I say

18   "reversion of copyrights"?

19   A    Yes.

20   Q    Can you explain to the jury what a reversion of copyrights

21   is from your perspective?

22   A    The record -- my understanding is record companies and

23   publishing companies have a limited time when they can have

24   ownership or control over copyrights.

25        When that time -- it's different for each time period,

```
 1  but when that time expires, then the ownership of the
 2  copyrights comes back to the original creator.
 3       And that's what happened around the time of 2016, 2018.
 4  I believe 2018 was the actual time.
 5       So that's when, in my case, Universal did -- no longer
 6  had rights over my copyrights, and I had the right to either
 7  take them back, renegotiate with them, which is what I did, for
 8  another period of time.  So that is a very crude explanation.
 9  Q    2016 to 2018, just in that time frame, had you been paying
10  the plaintiffs a portion of your songwriting royalties as had
11  been contemplated back in 1977, that entire time period?
12  A    Yes, I had.
13  Q    So, if I understand correctly, we're looking at a 40-year
14  period.
15  A    We are, yes.
16  Q    You were paying a portion of your songwriting royalties?
17  A    Yes.
18  Q    Now, I want to go back to Exhibit 20 -- for one moment.
19  Did anyone contact you in 1991, to advise you about this
20  agreement?
21  A    No.
22  Q    You mentioned that in 2021, this particular agreement was
23  attached to the complaint that was filed against you by the
24  plaintiffs in this lawsuit, right?
25  A    Correct.
```

```
 1  Q    You had never seen a copy of this document any time prior
 2  to the lawsuit being served?
 3  A    No.
 4  Q    Did anyone notify you at any point in time that there was
 5  some other -- something happening in 1991, that was affecting
 6  your rights?
 7           MR. GIVEN:  Objection.  Mischaracterizes the
 8  evidence.
 9           THE COURT:  Overruled.
10           THE WITNESS:  No.
11  BY MR. GUTMAN:
12  Q    Did Rick Davies notify you that he had signed an agreement
13  in which he had agreed to certain terms and conditions with the
14  plaintiffs and other persons?
15  A    No, he did not.
16  Q    Did any of the plaintiffs contact you to tell them about
17  this 1991 agreement?
18  A    No, they did not.
19  Q    I heard Mr. Helliwell talk about a recording experience
20  that he had with you since Supertramp or since you left
21  Supertramp.
22       Do you recall what year that was?
23  A    I believe it was 1996.
24  Q    And I believe Mr. Siebenberg talked about coming on a tour
25  in which your son -- his son, and I think your son, were both
```

```
 1   playing on that?
 2   A     Yes, correct, that was around 2000.
 3   Q     Either one of them mentioned the 1991 agreement when you
 4   were touring with them?
 5   A     No, they don't.
 6   Q     How about -- how about any professional contact or
 7   personal contact with Mr. Thomson after 1991?
 8   A     No.
 9   Q     So there was no opportunity to have any conversation?
10   A     No.
11   Q     Now, I want to jump back into this reversion of rights
12   situation.
13         How did that impact the rights to the song catalog?
14   A     Sorry, can I just -- maybe it is unnecessary, but I want
15   to correct the last question.
16         I did actually see Dougie briefly, in the late '90s,
17   when I did a solo one-man show tour, but there was no mention
18   of this agreement.  That was in '98, I believe.
19   Q     Thank you for that clarification.
20         Back to my reversion subject.  How did that affect the
21   rights to your song catalog?
22   A     Sorry, how did what?
23   Q     The copyright reversion issue, how did that impact your
24   song catalog?
25   A     The song catalog only affected two albums.
```

1        As I said, they revert at different times.  "Breakfast

2   in America" and "Famous Last Words," after the deal was

3   renegotiated with Universal, then the royalty that I received

4   was slightly increased.

5   Q    Did the reversion of the copyright issue, did that play

6   any role in your decision to terminate the song -- well, the

7   payments to the non-songwriters?

8   A    It was one of the factors, yes, because the publishing was

9   being renegotiated with Universal.

10       The masters -- actually, the guys were spearheading that

11  were being -- renegotiated and it just felt like it was time to

12  address our relationship.

13  Q    What were the other factors that led to your decision?

14  A    Well, one was that hearing from Rick that -- I didn't hear

15  from him personally, but hearing that he stated publicly that

16  Supertramp were never going to tour again, because truthfully,

17  one factor that I had not done this, and impacted all of our

18  lives for three years, is because even though I was not in

19  Supertramp, I wanted them to succeed.  We were all on the same

20  team a little bit.

21       MR. GIVEN:  Objection.  This is subjective, Your

22  Honor.

23       THE COURT:  Why don't you ask -- well, why don't you

24  ask your question again, please.

25  BY MR. GUTMAN:

```
 1   Q     What was the other factor or factors that led to your
 2   decision to terminate at this point in time?
 3              MR. GIVEN:  Objection.  Calls for subjective intent
 4   or understanding.
 5              THE COURT:  Overruled.
 6              THE WITNESS:  It was -- many factors.  It was time
 7   for me.  I was strong enough to go through this, to tell you
 8   the truth, and it was also Supertramp was over, and there was
 9   no -- there was no reason not to continue paying, to tell you
10   the truth.
11         That wasn't 40 years ago or 30 years ago, but now I
12   really felt it, and I was going to be ending my touring pretty
13   soon, so I had the time to take care of this.
14              THE COURT:  All right.  Why don't we take our
15   evening recess.
16         Ladies and gentlemen, we will have you come back Monday
17   at 9:30 in the morning, okay.
18         Please do not form or express any opinion about the case
19   until the matter is finally submitted to you.  Don't talk with
20   anyone about the case, don't allow anyone to talk to you about
21   the case, and please, do not conduct any research of any kind
22   on any subject matter connected with the case.
23         I know you all are diligent jurors, and I don't mean to
24   offend, it's the weekend, I just don't want anyone to get any
25   too comfortable and by mistake, look up -- so again, classical
```

**UNITED STATES DISTRICT COURT**

1  music, heavy metal music, reggae music, go see Bob Marley, One

2  Love.  Stay away from anything that has to do with Supertramp,

3  please.

4       Have a wonderful weekend.  See you all Monday at 9:30.

5            THE COURTROOM DEPUTY:  All rise for the jury.

6            (Jury exits the courtroom at 3:01 p.m.)

7            THE COURTROOM DEPUTY:  Please be seated.

8            THE COURT:  So you can step down, okay.

9       So before we adjourn for the day, I just want to share

10  some thoughts, and give a request for additional briefing if

11  the parties wish.

12       And this will override my other request, I hope this

13  will make things a little clearer.

14       Look, there has been a lot of issues that were raised

15  throughout this litigation, and including in the trial, and so

16  I want to, sort of, flesh some of those out and invite the

17  parties to submit briefing as they deem appropriate.

18       Looking through all of this in the afternoon.  Quite

19  frankly, trying to multitask during the trial looking at

20  preconference order the parties submitted.  The claims were

21  laid out as follows:  Breach of contract claim against Hodgson

22  for the 1977 agreement.

23       And the 1984 withdrawal agreement against Delicate, for

24  the 1977 agreement, the 1984 withdrawal agreement, and the 1991

25  agreement, against both defendants, who got a course of conduct

1   and course of performance over the last 45 years, you know,

2   that has been discussed, including various other written

3   agreements, documents, that talk about their intent to split up

4   and things of that nature.

5       There is also an expert accounting testimony that

6   calculates the amounts owed to the plaintiff, which is

7   evidence, according to the final pretrial conference order,

8   will cover the period up to and including end of 2022.

9       That is on page 8 of the final pretrial conference

10  order.

11      So, based on that, my understanding, and again, correct

12  me if I'm wrong, Hodgson's alleged to breach the 1977

13  agreement, and the 1984 withdrawal agreement only, or is there

14  more?

15      I'm not asking for a response.  I'm just giving you my

16  observation.

17      Again, you have the most reactive disposition I have

18  ever had with a lawyer.  I'm not asking for a response.

19          MR. GIVEN:  Okay, Your Honor.

20          THE COURT:  With respect to Delicate Music, it's my

21  understanding Hodgson is alleged to breach the 1977 publishing

22  agreement, the 1984 withdrawal agreement, and then the 1999

23  publishing agreement.

24      Okay.  But if I'm incorrect as to those, you can let me

25  know.

1          Again, based on the issues that have come up before

2     trial and certainly during this trial, here is my thinking:

3     Again, it's my thoughts, it's not binding, but here is my

4     thinking as we stand right now.

5          We have got three contracts at issue.

6          The publishing contract from 1997, the 1984 withdrawal

7     agreement, and the 1991 -- I'm sorry, the 1977 agreement.

8               MR. CARLIN:  I think you already said '77.

9               THE COURT:  The publishing agreement, 1977, 1984,

10    and 1991, involving different signatories that seemed to

11    implicate different topics.

12         So the question is does the Court need to make a

13    judicial determination regarding the plain language of the

14    contracts, and if so, when is that supposed to happen?

15         So, again, based on what I have heard, and read through

16    the course of this trial, I don't think that these contracts

17    are supposed to be construed as one single instrument, but

18    again, if I am wrong, let me know.

19         So if it is not one single instrument, then it seems to

20    me that the plaintiffs have to prove the essential elements for

21    a breach of contract -- for each breach of contract claim for

22    each defendant.

23         Second, with respect to Delicate Music, I'm having some

24    difficulty seeing that they are a party to this 1977 memorandum

25    agreement.

1           But again, if I'm missing something, let me know,

2    because I don't think -- well, I will leave it at that.

3           Third, the 1977 memo of agreement, the publishing

4    agreement.

5           I don't believe it has an express duration provision.

6    But again, if I'm missing something, let me know, but if it

7    doesn't, what does that mean?

8           Fourth, it seems to me that the only dispute with

9    respect to this 1984 withdrawal agreement is the language in

10   Section 7.

11          And the question is if the Court doesn't find that

12   language ambiguous, is this an issue, does it get taken away

13   from the jury, or does this automatically go to the jury?

14          Because at least, as I'm looking at it, the plain

15   language says, Delicate is to pay Hodgson in perpetuity and

16   nobody else.

17          So, again, please educate me, show me what I'm missing

18   here.

19          Specifically, I believe the plaintiff's view is that

20   this withdrawal agreement binds Delicate to pay the plaintiffs

21   in perpetuity, but I want to understand what the basis for that

22   is.

23          Fifth, I guess, is Hodgson a party to the 1991

24   publishing agreement?  That is a question I have, because if

25   he's not, it would seem like the breach of contract claim

1   against Hodgson, as it relates to this agreement, is

2   foreclosed.

3        But again, if I'm missing something, let me know.

4        Sixth, is Delicate a party to the 1991 publishing

5   agreement?  Again, because if Delicate is not, it seems like

6   breach of contract claim also goes away.

7        And then, I guess, somewhat related to all of this is

8   that, look, there has been a lot of talk and a lot of -- well,

9   it seems like everything is getting conflated, and I am

10  struggling with, and want to make sure, I want to try to avoid

11  error if I can.

12       What questions are these, are questions of law, meaning

13  solely for the judge to decide versus for the jury.

14       If they are mixed questions, so be it, but there are

15  some documents that I was reading over the lunch break during

16  the course of this trial that talk about the Court, the Court,

17  the Court, but the verdict form seems to suggest some of those

18  questions are going to the jury.

19       But again, I just want to make sure I understand what

20  the parties' positions with respect to -- what, does it all go

21  to the jury?  If not, what goes to the Court only.

22       And so I would ask that the parties submit any briefs on

23  this issue by 10:00 p.m. tomorrow evening, please.

24       I will ask that I don't need a treatise, ten pages or

25  less.

1          Anything further from the plaintiff?

2              MR. GIVEN:  Just had that issue about completeness

3    on the readback on Dave Margereson's deposition, Your Honor.

4              THE COURT:  If you wish, then you can, on your

5    rebuttal case, you can play it.

6          Anything further from the defense?

7              MR. GUTMAN:  Clarification, the ten-page limit brief

8    10:00 p.m. tomorrow on the CMECF system?

9              THE COURT:  I want you to home deliver it to me.

10   Yes, the CMECF system.

11             MR. GUTMAN:  Sorry.

12             THE COURT:  Anything further?

13             MR. GIVEN:  Nothing further, Your Honor.

14             THE COURT:  Have a wonderful weekend.  Please be

15   here at 9 o'clock.

16             THE COURTROOM DEPUTY:  All rise.

17          This Court is adjourned.

18             (The proceedings concluded at 3:10 p.m.)

19                              *  *  *

20

21

22

23

24

25

1          **CERTIFICATE OF OFFICIAL REPORTER**

2

3     COUNTY OF LOS ANGELES    )
                               )
4     STATE OF CALIFORNIA      )

5

6               I, TERRI A. HOURIGAN, Federal Official Realtime

7     Court Reporter, in and for the United States District Court for

8     the Central District of California, do hereby certify that

9     pursuant to Section 753, Title 28, United States Code that the

10    foregoing is a true and correct transcript of the

11    stenographically reported proceedings held in the

12    above-entitled matter and that the transcript page format is in

13    conformance with the regulations of the judicial conference of

14    the United States.

15

16    Date: 26th day of February, 2024.

17

18

19                              /s/ TERRI A. HOURIGAN

20                    _____
                      TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
21                             Federal Court Reporter

22

23

24

25

**UNITED STATES DISTRICT COURT**

**$**

**$0.10** [1] - 113:11
**$100,000** [1] - 76:1
**$150,000** [2] - 73:17, 73:20
**$2,000** [1] - 113:1
**$200,000** [1] - 73:8

**'**

**'20** [1] - 61:22
**'71** [1] - 102:2
**'72** [1] - 103:23
**'73** [1] - 103:23
**'77** [3] - 87:11, 87:18, 160:8
**'80** [1] - 140:4
**'82** [1] - 86:25
**'83** [2] - 141:14, 142:9
**'84** [1] - 87:11
**'91** [2] - 87:11, 151:3
**'98** [1] - 155:18

**/**

**/s** [1] - 164:19

**1**

**1** [13] - 5:8, 37:13, 61:22, 64:15, 81:11, 81:17, 88:9, 105:2, 110:12, 143:1, 149:14, 149:15, 151:17
**10** [5] - 11:20, 68:7, 68:9, 87:22, 90:2
**100** [1] - 129:10
**10:00** [2] - 162:23, 163:8
**10:31** [1] - 31:21
**11** [5] - 15:5, 89:13, 90:13, 90:21, 149:14
**11.5** [3] - 33:14, 35:5, 36:19
**12** [6] - 90:9, 94:9, 95:6, 97:4, 147:22, 149:12
**120** [13] - 55:8, 55:16, 56:13, 56:16, 58:6, 63:2, 63:3, 63:5, 63:23, 64:16, 64:20, 65:9, 65:12
**121** [3] - 64:12, 65:7, 65:13
**12th** [1] - 144:6
**13** [6] - 11:18, 76:23, 90:1, 90:9, 145:4,

149:12
**14** [4] - 76:23, 145:20, 148:5, 148:7
**15** [17] - 11:21, 11:22, 11:24, 12:1, 20:4, 22:5, 34:21, 48:11, 79:19, 89:14, 89:24, 90:3, 90:11, 90:19, 90:22, 94:14, 139:6
**150** [1] - 73:8
**16** [4] - 90:4, 94:14, 143:2, 143:11
**162** [4] - 89:13, 89:14, 90:21, 90:22
**163** [2] - 89:14, 90:23
**165** [2] - 89:16, 90:24
**17** [12] - 11:19, 11:21, 11:23, 84:18, 84:20, 84:22, 86:1, 90:1, 90:3, 145:3, 147:22, 149:1
**171** [2] - 20:3, 22:5
**174** [2] - 89:24, 90:19
**179** [1] - 89:25
**17th** [1] - 124:19
**18** [7] - 11:25, 86:10, 90:5, 93:21, 93:24, 149:9, 149:12
**180** [3] - 89:25, 90:1, 90:2
**181** [1] - 90:2
**184** [1] - 90:3
**188** [1] - 90:4
**189** [2] - 28:19, 90:4
**18th** [3] - 125:4, 125:23, 127:17
**19** [7] - 90:6, 90:15, 90:16, 97:11, 97:24, 98:18, 144:14
**1950** [1] - 93:15
**1972** [1] - 103:21
**1973** [2] - 105:5, 106:12
**1974** [2] - 110:2, 145:4
**1975** [1] - 118:14
**1977** [22] - 15:25, 16:6, 28:25, 42:25, 49:9, 53:8, 86:10, 86:24, 124:19, 125:4, 125:23, 127:17, 134:19, 153:11, 158:22, 158:24, 159:12, 159:21, 160:7, 160:9, 160:24, 161:3
**1978** [5] - 14:5, 15:15, 19:14, 49:12, 74:2

**198** [1] - 90:5
**1980** [2] - 86:25, 137:12
**1981** [1] - 151:1
**1982** [8] - 34:17, 34:19, 139:1, 139:4, 139:8, 139:9, 140:23, 141:16
**1983** [2] - 86:11, 143:2
**1984** [9] - 84:14, 144:6, 158:23, 158:24, 159:13, 159:22, 160:6, 160:9, 161:9
**1986** [1] - 149:6
**1988** [1] - 149:21
**1991** [22] - 29:1, 36:23, 39:14, 40:8, 41:7, 41:14, 42:10, 52:6, 52:9, 78:1, 78:6, 151:4, 153:19, 154:5, 154:17, 155:3, 155:7, 158:24, 160:7, 160:10, 161:23, 162:4
**1996** [1] - 154:23
**1997** [1] - 160:6
**1999** [1] - 159:22
**1:08** [1] - 91:3
**1st** [1] - 56:17

**2**

**2** [10] - 85:25, 86:1, 89:14, 89:25, 90:5, 90:8, 90:10, 90:23, 91:23, 100:17
**2,000** [1] - 112:25
**20** [10] - 12:1, 43:8, 43:9, 43:11, 46:8, 50:19, 52:3, 78:1, 150:25, 153:18
**2000** [1] - 155:2
**2000s** [1] - 72:17
**2004** [1] - 140:4
**201** [1] - 2:7
**2016** [2] - 153:3, 153:9
**2017** [9] - 56:17, 61:22, 62:3, 63:8, 75:6, 75:8, 75:9, 75:10, 75:18
**2018** [3] - 153:3, 153:4, 153:9
**2019** [3] - 151:17, 151:24, 152:9
**2020** [9] - 32:13, 56:17, 61:2, 61:3, 61:4, 62:3, 63:9, 64:15, 65:3

**2021** [3] - 38:24, 151:9, 153:22
**2022** [1] - 151:9
**2023** [4] - 64:15, 88:22, 89:13, 91:9
**2024** [4] - 1:14, 5:1, 31:19, 164:16
**21** [10] - 11:18, 11:24, 20:4, 22:5, 90:2, 90:11, 90:12, 102:4, 125:12
**21-8124-AB** [1] - 5:9
**21-cv-8124-AB** [1] - 1:7
**210** [1] - 90:6
**213** [1] - 1:25
**215** [1] - 90:7
**22** [2] - 90:15, 106:16
**23** [5] - 1:14, 5:1, 89:16, 90:22, 90:24
**23-bar** [1] - 89:14
**232** [3] - 90:8, 90:9, 91:23
**234** [2] - 90:10, 90:11
**237** [1] - 90:12
**238** [1] - 90:13
**239** [2] - 90:14, 90:15
**24** [4] - 11:19, 64:15, 89:25, 90:12
**248** [1] - 90:16
**25** [2] - 90:6, 90:24
**26th** [1] - 164:16
**27** [3] - 15:6, 86:23, 144:4
**28** [4] - 88:22, 89:12, 149:18, 164:9
**28th** [1] - 91:9

**3**

**3** [6] - 26:16, 55:7, 63:15, 89:24, 90:7, 90:19
**30** [4] - 11:19, 105:5, 151:1, 157:11
**30s** [1] - 8:19
**31** [4] - 11:20, 11:21, 63:8, 65:3
**31st** [1] - 56:17
**32** [1] - 11:20
**32.14** [1] - 35:8
**32.15** [1] - 86:24
**35** [2] - 11:22, 89:16
**350** [3] - 1:24, 2:13, 99:2
**3838** [2] - 1:23, 164:20
**39** [1] - 2:7
**3:00** [1] - 88:11
**3:01** [1] - 158:6

**3:10** [1] - 163:18

**4**

**4** [9] - 1:14, 5:11, 63:16, 63:23, 90:4, 90:13, 90:14, 124:17, 127:18
**40** [4] - 50:9, 50:12, 153:13, 157:11
**40-minute** [1] - 109:7
**403** [2] - 45:8, 45:17, 47:1
**41** [1] - 11:23
**42** [3] - 11:23, 148:21, 149:1
**43** [1] - 11:24
**4311** [1] - 1:24
**45** [8] - 25:7, 110:22, 110:23, 110:25, 111:2, 111:9, 111:10, 159:1
**46** [4] - 11:25, 18:1, 25:2, 49:17
**47** [2] - 127:4, 127:8

**5**

**5** [16] - 11:22, 17:19, 22:14, 23:4, 23:18, 68:7, 68:8, 68:12, 89:13, 90:16, 90:21, 125:3, 125:12, 127:18, 143:11, 149:21
**50** [9] - 46:15, 47:3, 82:6, 82:12, 83:5, 83:12, 83:14, 83:15, 83:25
**57** [2] - 151:11, 151:22

**6**

**6** [8] - 11:20, 11:23, 90:7, 90:8, 91:24, 125:22, 127:18, 149:15
**600** [1] - 98:4
**60s** [2] - 132:16

**7**

**7** [5] - 90:14, 126:1, 127:18, 144:17, 161:10
**7.1** [4] - 85:6, 85:7, 85:12, 86:16
**7.14** [2] - 35:4, 36:19
**7.3** [1] - 87:3

**7.4** [6] - 33:17, 35:3, 85:4, 85:16, 148:4, 148:7
**74** [1] - 138:25
**753** [1] - 164:9

## 8

**8** [10] - 14:13, 26:6, 26:17, 28:25, 53:23, 66:9, 93:21, 127:15, 131:13, 159:9
**84** [1] - 12:1
**894-2849** [1] - 1:25

## 9

**9** [5] - 11:25, 89:15, 90:10, 90:23, 163:15
**90012** [1] - 1:24
**90212** [1] - 2:13
**90s** [1] - 155:16
**9350** [1] - 2:13
**94129** [1] - 2:8
**9:30** [4] - 1:15, 5:2, 157:17, 158:4
**9:58** [1] - 10:21

## A

**A&M** [14] - 100:6, 100:15, 100:18, 103:25, 104:1, 104:13, 105:5, 106:12, 107:11, 107:14, 114:21, 124:18, 125:5
**A&M's** [1] - 126:14
**A.M** [1] - 5:2
**a.m** [3] - 1:15, 10:21, 31:21
**ability** [3] - 8:9, 44:5, 138:8
**able** [6] - 12:17, 18:24, 23:1, 65:4, 67:1, 70:1
**above-entitled** [1] - 164:12
**absolutely** [2] - 6:18, 82:15
**accept** [1] - 62:21
**accordance** [2] - 58:3, 86:8
**according** [4] - 23:11, 23:17, 138:25, 159:7
**account** [1] - 27:7
**accountant** [8] - 17:25, 25:9, 25:11, 44:12, 60:5, 60:6,

62:5, 87:2
**accounting** [6] - 66:17, 67:11, 71:16, 76:13, 76:19, 159:5
**accurate** [4] - 61:18, 77:16, 127:1, 127:6
**accurately** [2] - 24:1, 64:7
**achieved** [2] - 54:16, 94:2
**acoustic** [3] - 5:21, 5:25, 7:14
**acquainted** [1] - 50:14
**Act** [1] - 28:23
**acting** [2] - 30:6, 106:6
**action** [2] - 82:16, 83:18
**activities** [1] - 57:5
**acts** [1] - 54:16
**actual** [1] - 153:4
**ad** [2] - 15:15, 66:17
**add** [1] - 134:4
**added** [2] - 7:23, 113:4
**addition** [3] - 49:20, 49:23, 94:12
**additional** [1] - 158:10
**address** [6] - 71:23, 82:5, 83:4, 138:10, 145:25, 156:12
**adjourn** [1] - 158:9
**adjourned** [1] - 163:17
**adjusted** [1] - 36:11
**administer** [2] - 28:4, 53:16
**administered** [7] - 14:7, 17:4, 26:24, 27:2, 27:25, 28:8, 30:13
**administering** [3] - 17:3, 28:9, 34:15
**administers** [1] - 69:6
**administration** [5] - 14:10, 17:5, 53:18, 80:10, 126:24
**admissible** [1] - 18:3
**admission** [3] - 19:13, 19:16, 24:24
**admit** [1] - 58:6
**admitted** [14] - 63:2, 64:17, 65:7, 65:12, 124:16, 125:2, 139:5, 144:2, 149:9, 150:25, 151:13, 152:1, 152:3, 152:4

**advertisement** [1] - 98:24
**advise** [1] - 153:19
**affect** [1] - 155:20
**affected** [2] - 78:6, 155:25
**affecting** [1] - 154:5
**afternoon** [5] - 85:10, 93:1, 93:3, 93:6, 158:18
**afterwards** [1] - 137:10
**age** [11] - 8:18, 8:22, 93:21, 94:8, 97:4, 98:11, 98:18, 111:22, 116:2, 116:3
**age-wise** [1] - 116:2
**agency** [2] - 43:22, 47:4
**agent** [3] - 16:22, 16:25, 19:1
**ago** [12] - 18:1, 25:2, 48:11, 50:7, 53:12, 58:15, 62:4, 76:24, 78:14, 79:20, 157:11
**agree** [7] - 8:4, 9:3, 29:24, 30:14, 68:23, 139:22, 148:8
**agreed** [2] - 139:20, 154:13
**agreement** [131] - 14:17, 15:9, 15:13, 15:17, 15:18, 15:25, 16:6, 17:12, 19:14, 19:15, 19:16, 23:2, 24:13, 24:14, 24:15, 24:17, 24:22, 25:2, 26:6, 28:25, 29:1, 29:4, 29:12, 29:17, 32:8, 36:22, 37:14, 37:19, 39:14, 40:13, 41:8, 41:14, 42:10, 42:25, 43:5, 43:17, 43:19, 44:6, 44:18, 44:21, 46:5, 46:20, 46:21, 47:13, 47:18, 47:22, 52:10, 52:14, 52:17, 53:8, 66:9, 68:12, 78:1, 78:6, 82:20, 84:10, 84:11, 84:14, 84:24, 85:22, 86:6, 86:9, 86:24, 87:4, 87:13, 87:15, 87:18, 99:18, 105:5, 105:6, 105:14, 106:12, 125:19, 125:22, 126:1, 127:16, 131:13, 139:10, 143:3, 143:4, 143:6, 144:4, 144:5,

144:9, 144:12, 144:17, 144:21, 145:1, 145:4, 145:9, 145:13, 148:10, 148:12, 148:21, 151:2, 151:3, 151:4, 151:6, 151:14, 151:18, 152:9, 153:20, 153:22, 154:12, 154:17, 155:3, 155:18, 158:22, 158:23, 158:24, 158:25, 159:13, 159:22, 159:23, 160:7, 160:9, 160:25, 161:3, 161:4, 161:9, 161:20, 161:24, 162:1, 162:5
**agreements** [8] - 40:14, 87:11, 127:20, 128:5, 129:12, 130:13, 130:22, 159:3
**aha** [1] - 112:17
**ahead** [8] - 11:17, 19:10, 59:11, 74:11, 82:10, 83:2, 117:8, 136:3
**airplane** [1] - 11:6
**al** [4] - 1:5, 1:8, 5:9, 5:10
**Alan** [1] - 5:16
**ALAN** [1] - 2:12
**album** [48] - 99:19, 99:20, 99:22, 100:4, 100:10, 100:15, 100:22, 101:16, 101:18, 103:12, 108:1, 108:21, 108:25, 109:2, 109:3, 109:11, 109:24, 110:4, 110:8, 110:9, 111:6, 112:11, 112:24, 113:11, 117:23, 118:8, 118:10, 118:11, 128:13, 128:16, 128:24, 130:2, 131:20, 131:23, 133:23, 134:19, 134:23, 135:4, 135:5, 135:13, 137:11, 138:20, 138:23, 141:15, 141:20, 147:16, 149:7, 149:13
**albums** [8] - 100:17, 109:15, 112:9, 113:6, 117:17, 122:23, 149:3, 155:25
**alert** [1] - 5:22
**alerted** [1] - 30:25

**alleged** [5] - 17:23, 25:1, 82:18, 159:12, 159:21
**allegedly** [2] - 18:1, 44:9
**allocated** [2] - 76:20, 86:6
**allocation** [2] - 79:8, 80:2
**allow** [10] - 20:16, 25:1, 48:5, 61:25, 62:22, 81:14, 82:24, 136:3, 146:23, 157:20
**allowed** [1] - 18:4
**Almo** [6] - 87:4, 87:6, 126:1, 126:13, 126:16, 148:12
**almost** [2] - 94:23, 134:16
**alone** [2] - 101:7, 101:11
**ambiguous** [2] - 38:3, 161:12
**America** [17] - 110:19, 110:21, 113:17, 113:19, 113:21, 114:1, 118:17, 118:18, 134:22, 135:6, 135:8, 136:21, 137:3, 137:16, 138:22, 142:22, 156:2
**American** [1] - 126:13
**Ames** [10] - 48:9, 48:13, 48:18, 48:19, 76:7, 76:10, 76:17, 79:19, 80:3, 80:4
**amount** [9] - 27:16, 29:14, 33:12, 57:17, 63:24, 68:16, 71:16, 72:5, 77:10
**amounts** [6] - 59:18, 59:19, 66:11, 80:18, 129:4, 159:6
**amply** [1] - 83:8
**ANDRE** [1] - 1:3
**André** [1] - 5:6
**aneurism** [1] - 17:16
**ANGELES** [4] - 1:15, 1:24, 5:1, 164:3
**Angeles** [4] - 129:1, 130:11, 138:3, 138:5
**annual** [2] - 75:3, 75:25
**answer** [15] - 18:7, 31:6, 42:13, 71:4, 71:6, 71:7, 73:14, 84:9, 91:24, 91:25, 92:1, 117:8, 119:19,

120:16, 123:9
**anticipate** [2] - 81:22, 82:3
**anyway** [6] - 95:9, 101:7, 104:5, 109:9, 112:3, 137:15
**apart** [3] - 101:24, 124:11, 138:9
**apartment** [1] - 118:25
**apologies** [1] - 21:17
**apologize** [2] - 85:11, 119:20
**appealed** [1] - 114:17
**appear** [1] - 124:20
**appearances** [1] - 5:12
**APPEARANCES** [1] - 2:1
**application** [1] - 46:7
**applies** [1] - 91:12
**apply** [1] - 68:6
**appreciate** [3] - 8:6, 54:4, 87:17
**appreciated** [1] - 139:17
**approached** [2] - 108:16, 109:9
**appropriate** [2] - 92:5, 158:17
**approval** [6] - 69:13, 69:16, 148:9, 148:13, 148:17, 148:18
**approved** [5] - 67:25, 68:18, 68:19, 69:3, 69:19
**April** [3] - 64:15, 134:19, 139:8
**architecture** [1] - 29:1
**area** [1] - 61:1
**arguably** [1] - 61:2
**argue** [5] - 29:21, 31:7, 46:11, 47:25, 92:5
**argued** [1] - 86:12
**arguing** [4] - 29:10, 48:2, 121:19, 121:23
**argument** [6] - 26:1, 29:2, 29:9, 31:8, 38:20, 44:8
**arguments** [1] - 87:19
**arrangement** [5] - 32:14, 101:4, 120:20, 122:11, 124:14
**arrogant** [1] - 86:20
**art** [1] - 111:16
**articulate** [1] - 77:16

**articulated** [1] - 24:1
**artist** [2] - 66:6, 70:18
**artists** [4] - 55:2, 67:18, 102:20, 126:18
**ASCAP** [6] - 33:20, 36:1, 36:8, 36:12, 36:13, 66:18
**assign** [1] - 53:3
**assigned** [2] - 36:7, 104:2
**assist** [2] - 43:10, 76:18
**assume** [2] - 16:24, 25:12
**assumed** [1] - 24:7
**assumes** [1] - 78:23
**assuming** [3] - 33:25, 34:7, 69:24
**assure** [1] - 84:8
**attach** [1] - 44:17
**attached** [3] - 125:19, 151:8, 153:23
**attack** [1] - 106:5
**attacked** [1] - 108:15
**attempt** [2] - 44:1, 83:7
**attempting** [1] - 46:10
**attention** [11] - 10:2, 10:14, 11:7, 55:6, 64:11, 145:3, 147:22, 148:4, 149:18, 150:24, 151:11
**attest** [1] - 17:25
**attorney** [2] - 39:16, 106:11
**Attorney** [1] - 2:12
**attorneys** [2] - 106:13, 145:12
**Attorneys** [1] - 2:6
**attribute** [1] - 137:3
**audience** [3] - 13:3, 13:5, 113:25
**Audio/video** [1] - 91:17
**audio/video** [1] - 68:25
**audition** [3] - 99:1, 99:2, 99:13
**auditions** [1] - 102:18
**aughts** [1] - 72:17
**August** [2] - 149:21
**Australia** [1] - 118:19
**authenticated** [1] - 55:11
**author** [1] - 45:9
**authored** [3] - 44:9, 44:12, 45:4

**authority** [1] - 39:7
**authorized** [1] - 125:16
**autobiographical** [1] - 136:7
**automatically** [1] - 161:13
**average** [4] - 8:18, 8:22, 75:2, 75:8
**avoid** [1] - 162:10
**aware** [6] - 58:19, 70:22, 70:25, 143:19, 144:21, 144:22
**axiomatic** [1] - 47:6

**B**

**baby** [1] - 146:16
**backdoor** [2] - 17:20, 17:22
**bad** [1] - 105:25
**band** [95] - 6:12, 14:8, 14:17, 15:2, 15:10, 17:25, 22:1, 32:5, 32:11, 32:15, 33:7, 36:18, 36:23, 38:25, 39:11, 40:21, 48:10, 49:23, 52:18, 52:19, 53:4, 53:11, 65:1, 65:20, 65:21, 65:22, 72:9, 72:11, 72:13, 72:24, 79:23, 80:7, 80:18, 87:1, 93:7, 93:9, 96:25, 98:16, 98:20, 98:22, 99:4, 99:10, 100:12, 100:14, 101:24, 102:22, 102:25, 103:7, 103:20, 104:10, 104:15, 104:19, 105:13, 106:1, 106:4, 106:11, 106:23, 107:4, 107:7, 107:12, 108:8, 111:13, 113:21, 113:23, 114:3, 118:20, 118:23, 123:3, 125:17, 134:19, 135:1, 136:24, 137:4, 137:22, 138:5, 138:9, 138:14, 138:16, 138:20, 139:18, 139:19, 140:15, 141:3, 141:25, 142:13, 142:21, 145:15, 145:21, 146:1, 146:9, 147:13, 147:14
**band's** [3] - 15:12,

41:2, 128:13
**bands** [8] - 49:14, 49:15, 53:2, 54:14, 68:1, 68:2, 101:20, 111:19
**Banner** [1] - 9:1
**base** [1] - 40:20
**based** [6] - 25:3, 30:20, 121:9, 159:11, 160:1, 160:15
**basic** [3] - 83:3, 83:8, 133:16
**basics** [1] - 109:16
**basis** [16] - 40:8, 41:6, 41:13, 41:19, 41:20, 41:24, 47:3, 53:3, 58:24, 59:12, 67:21, 75:3, 75:25, 82:22, 83:17, 161:21
**bass** [12] - 7:9, 99:15, 102:25, 103:2, 103:3, 103:5, 133:4, 133:9, 133:13, 133:17
**Beatles** [4] - 108:5, 117:21, 132:14, 132:15
**beautiful** [1] - 44:15
**became** [14] - 14:4, 51:18, 94:17, 95:14, 98:16, 101:10, 104:22, 109:4, 114:12, 114:20, 116:6, 126:13, 136:21, 141:3
**become** [3] - 49:14, 94:3, 106:13
**becoming** [1] - 53:25
**began** [1] - 98:20
**begin** [1] - 98:10
**beginning** [10] - 11:3, 18:18, 21:25, 47:16, 99:4, 99:7, 109:6, 118:23, 139:4, 140:15
**begins** [7] - 12:13, 15:23, 18:23, 42:17, 58:9, 74:10, 120:23
**behalf** [5] - 5:17, 19:5, 30:6, 39:5, 47:5, 73:3, 73:23, 83:12, 83:16, 125:16, 145:5
**behind** [2] - 28:6, 94:10
**belief** [5] - 39:18, 39:19, 40:8, 41:19, 41:20
**bell** [1] - 151:24
**belonging** [1] - 119:11
**below** [1] - 73:14
**best** [7] - 87:4, 87:5,

94:17, 111:24, 112:15, 136:19
**better** [5] - 31:3, 101:10, 105:18, 105:25
**between** [11] - 29:20, 36:8, 36:22, 73:8, 95:10, 102:10, 103:23, 126:1, 146:1, 148:10, 148:12
**Beverly** [1] - 2:13
**beyond** [3] - 19:13, 98:5, 147:12
**big** [4] - 67:25, 107:2, 111:3, 118:16
**biggest** [5] - 49:14, 49:15, 135:20, 142:11, 142:20
**bills** [1] - 54:9
**bind** [1] - 28:24
**binding** [1] - 160:3
**binds** [7] - 28:8, 29:4, 48:1, 48:3, 87:14, 87:15, 161:20
**BIROTTE** [1] - 1:3
**Birotte** [1] - 5:7
**Bit** [7] - 96:17, 132:7, 132:21, 132:24, 133:3, 133:19, 133:23
**bit** [7] - 99:4, 114:4, 137:21, 140:12, 142:23, 143:21, 156:20
**Bit"** [1] - 131:24, 131:25, 132:18
**bits** [1] - 100:25
**block** [3] - 51:11, 52:2, 84:13
**blocked** [1] - 121:15
**Bloody** [4] - 102:13, 103:13, 110:7, 110:19
**blush** [1] - 88:3
**boarding** [7] - 93:21, 94:11, 94:17, 95:16, 136:5, 136:11
**Bob** [5] - 37:14, 43:14, 104:18, 150:3, 158:1
**bold** [2] - 10:9, 10:11
**Bon** [1] - 7:14
**born** [2] - 93:12, 93:13
**bottom** [5] - 61:14, 63:15, 148:5, 148:7
**bought** [4] - 24:8, 24:9, 24:16, 97:13
**Boulevard** [1] - 2:13
**bound** [6] - 26:13, 26:15, 27:1, 27:4, 27:22, 27:25, 29:16,

30:15, 30:17, 30:20, 43:25, 46:5, 46:9, 46:17, 47:17, 88:8
**Bovie** [1] - 108:5
**box** [1] - 54:9
**boy** [2] - 113:16, 115:1
**boys** [1] - 98:4
**brand** [1] - 115:10
**breach** [12] - 8:25, 82:16, 82:22, 83:11, 83:17, 158:21, 159:12, 159:21, 160:21, 161:25, 162:6
**break** [9] - 81:9, 89:5, 128:7, 135:3, 137:10, 137:21, 137:23, 137:25, 162:15
**breakfast** [1] - 137:24
**Breakfast** [8] - 135:6, 135:8, 136:21, 137:2, 137:16, 138:11, 138:21, 156:1
**brief** [7] - 28:16, 83:6, 83:21, 83:24, 84:1, 84:9, 163:7
**briefing** [2] - 158:10, 158:17
**briefly** [2] - 83:21, 155:16
**briefs** [1] - 162:22
**bring** [7] - 10:17, 10:19, 13:11, 31:18, 31:23, 47:3, 90:25
**bringing** [1] - 9:14
**broadcast** [1] - 81:25
**broader** [1] - 23:22
**brother** [1] - 105:1
**brothers** [1] - 104:25
**brought** [12] - 5:21, 6:12, 6:20, 22:14, 48:9, 102:19, 104:14, 104:18, 108:4, 108:7, 114:24, 136:25
**budgets** [1] - 54:9
**build** [2] - 138:4, 141:5
**building** [2] - 115:9, 115:10
**built** [3] - 114:18, 135:10, 138:16
**burden** [2] - 82:13, 82:14
**burned** [1] - 137:25
**business** [36] - 14:4, 16:23, 33:5, 33:6, 37:11, 49:9, 49:20, 49:24, 52:6, 52:22,

53:25, 54:5, 54:7, 54:8, 54:11, 55:1, 57:5, 58:3, 60:19, 61:8, 61:11, 61:18, 71:25, 72:12, 77:19, 80:5, 87:1, 102:19, 102:21, 104:14, 105:19, 109:20, 115:24, 116:7, 145:25
**businesses** [1] - 125:11
**BY** [64] - 2:4, 2:12, 14:3, 14:14, 14:23, 18:17, 32:1, 37:23, 38:6, 38:15, 38:23, 39:25, 40:7, 40:19, 40:25, 41:5, 41:12, 41:23, 42:8, 48:8, 49:5, 53:1, 55:14, 56:6, 63:4, 65:14, 66:25, 71:5, 71:14, 73:15, 75:17, 77:24, 78:12, 79:4, 93:5, 98:9, 111:5, 117:11, 119:11, 120:3, 120:18, 122:8, 122:20, 123:12, 127:14, 128:21, 130:21, 132:19, 134:14, 136:20, 142:5, 144:1, 145:24, 146:6, 146:20, 147:6, 147:11, 147:21, 150:5, 150:14, 150:23, 152:6, 154:11, 156:25

## C

**Cab** [1] - 37:14
**cabinet** [1] - 112:1
**calculate** [4] - 33:12, 68:2, 68:15, 79:9
**calculated** [1] - 72:10
**calculates** [1] - 159:6
**calculation** [9] - 33:11, 33:19, 33:22, 34:10, 49:18, 66:11, 68:5, 72:9, 78:21
**calculations** [6] - 34:14, 48:10, 67:23, 76:6, 76:18, 79:22
**California** [7] - 2:8, 2:13, 28:23, 47:6, 86:4, 138:4, 164:8
**CALIFORNIA** [5] - 1:2, 1:15, 1:24, 5:1, 164:4

**Campbell** [1] - 5:9
**CAMPBELL** [1] - 1:5
**Canada** [2] - 118:18, 134:22
**cannot** [4] - 21:15, 29:11, 47:4, 47:17
**capacity** [2] - 25:10, 29:7
**car** [1] - 24:8
**care** [1] - 157:13
**career** [4] - 49:9, 98:10, 115:12, 147:3
**cares** [1] - 9:4
**CARLIN** [3] - 2:4, 2:5, 160:8
**Carroll** [12] - 5:14, 21:18, 23:5, 26:1, 26:10, 29:11, 31:1, 42:18, 53:6, 58:10, 59:15, 76:6
**CARROLL** [90] - 2:6, 11:12, 11:18, 12:6, 12:8, 13:6, 14:3, 14:13, 14:14, 14:23, 15:21, 15:24, 16:5, 16:10, 16:16, 16:19, 16:22, 17:3, 17:11, 18:17, 19:11, 19:21, 19:25, 20:3, 20:6, 20:10, 21:5, 21:23, 22:5, 22:9, 23:6, 26:13, 26:16, 26:19, 27:22, 28:2, 28:10, 29:18, 31:17, 32:1, 37:23, 38:6, 38:15, 38:23, 39:25, 40:7, 40:19, 40:25, 41:5, 41:12, 41:23, 42:8, 42:22, 42:24, 43:3, 43:6, 43:9, 43:12, 46:13, 46:20, 46:23, 47:21, 48:2, 48:8, 49:1, 52:23, 55:9, 56:1, 58:7, 58:11, 59:16, 59:21, 60:4, 60:8, 62:1, 62:11, 62:16, 65:9, 66:23, 71:3, 71:11, 73:10, 74:7, 74:12, 74:15, 77:23, 77:24, 78:12, 79:4, 80:21
**Case** [1] - 1:7
**case** [34] - 9:16, 10:25, 11:7, 17:6, 20:14, 20:16, 20:18, 21:11, 21:12, 29:1, 31:9, 36:19, 48:15, 49:25, 51:2, 65:19, 74:13, 74:17, 81:5, 81:12, 81:13, 81:14,

81:16, 81:22, 85:18, 123:4, 151:8, 153:5, 157:18, 157:20, 157:21, 157:22, 163:5
**cases** [1] - 121:25
**cash** [16] - 53:2, 55:19, 55:24, 56:10, 56:19, 57:4, 57:16, 57:20, 58:2, 58:22, 59:7, 62:7, 63:7, 63:20, 64:14, 65:5
**catalog** [6] - 67:7, 69:7, 155:13, 155:21, 155:24, 155:25
**catchall** [1] - 125:10
**cathartic** [1] - 95:23
**caught** [1] - 86:19
**causing** [1] - 82:22
**CCRR** [1] - 1:23
**Central** [1] - 164:8
**CENTRAL** [2] - 1:2
**Century** [12] - 103:12, 109:25, 110:12, 111:13, 113:3, 113:15, 114:10, 114:11, 116:12, 116:19, 117:3, 117:22
**certain** [11] - 8:9, 11:13, 36:7, 57:17, 78:4, 84:3, 86:9, 87:8, 136:1, 143:17, 154:13
**certainly** [9] - 20:3, 21:23, 28:11, 38:7, 43:12, 59:16, 106:7, 130:24, 160:2
**CERTIFICATE** [1] - 164:1
**certify** [1] - 164:8
**cetera** [7] - 87:5, 87:6, 145:12
**chance** [2] - 102:16, 102:17
**change** [5] - 34:17, 136:24, 137:1, 138:2, 139:12
**changed** [5] - 35:1, 79:13, 79:16, 104:3, 137:3
**changing** [1] - 35:13, 111:21
**character** [1] - 106:5
**characterized** [1] - 23:21
**charged** [4] - 48:19, 48:20, 80:10, 80:11
**charging** [1] - 112:25
**CHARLES** [2] - 1:8, 92:22
**Charles** [2] - 5:9,

92:19
**charts** [1] - 110:15
**check** [1] - 34:12
**checks** [2] - 34:11, 137:5
**chief** [2] - 81:5, 81:22
**child** [1] - 138:2
**childish** [1] - 122:1
**chose** [1] - 99:14
**Circuit** [2] - 9:17, 19:8
**circumstances** [6] - 23:24, 24:12, 123:13, 124:13, 147:7
**cities** [1] - 113:23
**city** [1] - 125:9
**City** [2] - 140:10, 141:4
**Civil** [1] - 82:11
**claim** [7] - 43:20, 82:16, 83:18, 158:21, 160:21, 161:25, 162:6
**claiming** [1] - 75:5
**claims** [1] - 158:20
**clarification** [2] - 155:19, 163:7
**clarify** [1] - 68:19
**clarity** [1] - 146:4
**classical** [1] - 157:25
**clear** [6] - 8:19, 21:3, 53:22, 54:2, 82:12, 133:4
**clearer** [1] - 158:13
**clearly** [1] - 43:23
**clever** [1] - 61:20
**cleverly** [1] - 60:1
**client** [12] - 6:24, 7:22, 9:5, 18:4, 50:6, 50:9, 50:11, 50:25, 51:21, 52:9, 54:7, 57:8
**clients** [4] - 9:10, 50:3, 61:10, 89:7
**clock** [1] - 6:15
**close** [1] - 92:6
**closest** [2] - 105:16
**closing** [1] - 31:7
**CMECF** [2] - 163:8, 163:10
**code** [1] - 16:13
**Code** [1] - 164:9
**cognizable** [1] - 83:11
**cohesive** [1] - 107:2
**cold** [1] - 86:19
**collaborated** [1] - 101:2
**collaboration** [1] - 101:12

colleague [1] - 18:25
collect [4] - 28:12, 54:8, 77:3, 85:1
collected [1] - 73:7
collecting [3] - 14:10, 73:3, 73:4
collects [1] - 72:6
colleges [1] - 101:21
Colorado [2] - 128:24, 133:8
combination [1] - 135:15
comfortable [3] - 73:19, 120:12, 157:25
coming [8] - 102:16, 111:21, 116:22, 122:21, 122:25, 128:5, 129:21, 154:24
commenting [1] - 119:18
commercial [1] - 68:25
commercially [2] - 99:23, 132:1
commission [3] - 80:5, 80:7, 80:9
commit [1] - 44:5
communicate [2] - 32:7, 32:13
communicating [1] - 80:2
communications [1] - 52:13
companies [5] - 76:15, 76:19, 151:15, 152:22, 152:23
company [17] - 30:15, 51:3, 51:7, 107:15, 112:17, 113:5, 113:9, 114:1, 114:7, 125:16, 126:13, 126:14, 126:15, 126:19, 127:12, 135:12, 143:13
compare [1] - 116:2
compared [1] - 111:19
comparison [1] - 115:22
complained [1] - 32:3
complaint [2] - 151:8, 153:23
complete [4] - 17:21, 91:25, 93:23, 107:3
completely [1] - 29:8
completeness [2] - 91:22, 163:2
complex [2] - 76:19,

77:15
component [5] - 9:13, 110:16, 130:8, 133:14, 140:14
components [3] - 6:7, 96:1, 140:25
composed [3] - 67:11, 101:14, 132:4
composers [1] - 125:22
composite [1] - 137:13
composition [5] - 26:22, 68:24, 69:14, 148:15, 148:23
compositions [8] - 26:21, 26:24, 69:17, 69:21, 70:19, 74:6, 100:20, 148:22
computer [2] - 57:1
computers [1] - 129:6
concede [1] - 84:21
concept [2] - 70:16, 72:19
concern [1] - 45:10
concerned [2] - 47:15, 87:10
concerns [1] - 87:14
concert [2] - 6:5, 95:2
concluded [2] - 50:18, 163:18
concludes [2] - 81:4, 91:18
conclusion [2] - 37:21, 40:17
condensed [1] - 89:20
condition [4] - 74:12, 74:14, 74:21, 74:24
conditions [1] - 154:13
conduct [4] - 20:17, 81:14, 157:21, 158:25
conference [5] - 123:21, 124:9, 159:7, 159:9, 164:13
confirm [1] - 144:2
conflate [2] - 45:11
conflated [2] - 45:11, 162:9
conformance [1] - 164:13
confused [1] - 136:6
confusing [3] - 44:19, 47:13, 95:17
connected [5] - 20:18, 78:16, 81:15, 146:25, 157:22

connection [8] - 17:18, 30:12, 68:24, 83:7, 108:1, 117:3, 133:3, 149:6
connects [1] - 84:24
consent [2] - 148:9, 148:12
consequences [1] - 40:5
consideration [1] - 7:16
considered [1] - 26:7
consistent [1] - 38:19
constituting [1] - 82:20
construct [1] - 134:5
construed [1] - 160:17
consumed [1] - 30:25
contact [4] - 153:19, 154:16, 155:6, 155:7
contacted [1] - 149:6
contained [8] - 24:15, 57:12, 58:19, 59:14, 59:25, 60:3, 60:13, 61:23
containing [1] - 50:22
contemplated [1] - 153:11
contemporaneously [1] - 57:13
context [4] - 7:21, 8:18, 70:10, 70:13
continue [13] - 31:25, 45:11, 54:19, 83:2, 83:17, 85:14, 86:17, 89:22, 102:7, 121:23, 144:25, 148:1, 157:9
continued [3] - 17:8, 25:17, 34:1
continues [1] - 86:18
contours [1] - 83:8
contract [54] - 8:25, 19:19, 22:23, 24:20, 24:21, 24:25, 25:3, 25:6, 26:3, 26:4, 26:12, 26:13, 26:14, 27:4, 27:8, 27:9, 27:13, 27:17, 27:20, 27:21, 27:23, 28:3, 28:7, 28:21, 29:22, 30:5, 39:15, 40:21, 41:1, 41:21, 44:11, 44:14, 46:5, 47:4, 47:5, 47:6, 69:17, 82:17, 82:18, 82:21,

82:22, 83:11, 83:17, 88:3, 88:7, 88:8, 158:21, 160:6, 160:21, 161:25, 162:6
contracts [9] - 27:6, 29:25, 30:1, 30:17, 45:19, 115:13, 160:5, 160:14, 160:16
contradict [1] - 61:7
contrary [2] - 35:7, 46:11
contribution [1] - 7:7
contributions [1] - 7:10
control [4] - 60:9, 148:18, 148:19, 152:24
controlling [1] - 22:22
convenient [1] - 26:6
conversation [4] - 122:22, 123:2, 124:11, 155:9
conversations [5] - 123:6, 123:17, 124:11, 131:12, 145:11
cooks [1] - 129:23
Cooper's [3] - 123:21, 123:24, 124:6
copy [2] - 34:11, 154:1
copyright [3] - 26:22, 155:23, 156:5
copyrights [6] - 26:20, 152:18, 152:20, 152:24, 153:2, 153:6
cords [3] - 94:21, 96:4, 100:1
Corporation [1] - 126:2
correct [82] - 6:10, 14:5, 14:6, 14:8, 15:3, 15:4, 15:15, 15:16, 18:13, 22:9, 34:6, 34:16, 35:25, 36:9, 36:16, 37:11, 37:12, 39:2, 39:9, 39:13, 39:20, 46:18, 48:15, 48:23, 49:13, 49:25, 50:1, 50:4, 50:8, 51:14, 52:2, 52:4, 53:14, 55:3, 58:1, 58:4, 58:5, 63:10, 63:22, 65:6, 66:8, 69:1, 69:2, 70:7, 71:13, 72:15, 72:17, 72:21, 72:25, 73:5, 76:4, 76:5, 78:14,

78:17, 79:7, 79:25, 80:20, 102:23, 103:21, 105:12, 107:17, 107:21, 107:24, 109:22, 110:6, 111:10, 111:11, 125:15, 131:21, 131:22, 135:7, 137:20, 139:2, 140:2, 143:18, 149:15, 153:25, 155:2, 155:15, 159:11, 164:10
correctly [3] - 56:10, 59:24, 153:13
correlation [1] - 81:24
costs [1] - 112:24
counsel [18] - 5:12, 13:23, 18:24, 20:25, 21:11, 21:12, 38:14, 40:6, 42:7, 50:2, 50:18, 62:11, 66:22, 82:2, 85:18, 120:22, 135:24, 151:22
COUNSEL [1] - 2:1
country [1] - 101:21
countryside [1] - 93:17
COUNTY [1] - 164:3
couple [11] - 37:25, 38:8, 38:18, 50:7, 50:21, 94:2, 111:12, 123:20, 128:9, 137:15, 152:15
course [25] - 10:3, 45:25, 54:14, 59:10, 60:14, 60:17, 61:8, 61:11, 61:12, 61:17, 62:14, 70:23, 72:12, 74:4, 76:11, 106:17, 112:18, 118:11, 140:11, 140:21, 152:15, 158:25, 159:1, 160:16, 162:16
Court [23] - 5:6, 5:22, 12:23, 13:17, 17:17, 42:4, 62:22, 82:5, 82:16, 83:6, 88:17, 92:14, 121:22, 160:12, 161:11, 162:16, 162:17, 162:21, 163:17, 164:7, 164:20
court [3] - 12:7, 18:2, 91:17
COURT [263] - 1:1, 1:23, 5:15, 5:18, 5:24, 6:8, 6:17, 6:23, 7:13, 7:19, 8:6, 8:11, 8:14,

8:21, 9:15, 10:2, 10:5, 10:8, 10:13, 10:16, 10:19, 10:23, 11:16, 12:2, 12:5, 12:12, 12:14, 12:24, 13:4, 13:10, 13:14, 13:23, 14:22, 15:20, 15:22, 16:2, 16:7, 16:11, 16:18, 16:21, 16:24, 17:7, 17:15, 18:6, 18:10, 18:14, 18:22, 18:24, 19:17, 19:22, 20:2, 20:5, 20:8, 20:12, 20:23, 21:1, 21:6, 21:9, 21:14, 21:18, 22:4, 22:6, 22:11, 22:16, 22:18, 23:5, 23:9, 23:15, 23:20, 24:4, 25:8, 25:19, 26:4, 26:10, 26:15, 26:18, 26:20, 27:24, 28:5, 28:14, 28:18, 29:8, 29:24, 31:3, 31:13, 31:15, 31:18, 31:23, 37:22, 38:4, 38:13, 38:22, 39:23, 40:6, 40:12, 40:18, 40:24, 41:4, 41:10, 41:18, 41:22, 42:6, 42:13, 42:16, 42:18, 42:23, 43:2, 43:4, 43:7, 43:10, 43:13, 44:7, 44:22, 45:9, 45:18, 45:23, 46:1, 46:8, 46:12, 46:14, 46:21, 47:20, 47:25, 48:4, 49:3, 52:24, 55:12, 56:2, 56:4, 58:8, 58:10, 58:16, 58:25, 59:4, 59:11, 59:15, 59:20, 59:23, 60:6, 60:11, 60:20, 61:1, 61:6, 61:13, 61:21, 62:5, 62:13, 62:15, 62:18, 62:25, 65:8, 65:11, 66:22, 66:24, 71:4, 71:12, 73:12, 74:9, 74:11, 74:14, 74:19, 74:23, 75:4, 75:7, 75:10, 75:12, 75:16, 77:22, 78:10, 78:24, 80:23, 80:25, 81:2, 81:6, 81:8, 81:20, 82:7, 82:10, 82:23, 83:12, 83:19, 83:23, 84:1, 84:5, 84:12, 84:15, 84:19, 84:22, 85:2, 85:5, 85:7, 85:9, 85:12, 85:16, 85:18, 85:24, 86:1, 86:20,

87:9, 87:20, 88:15, 88:20, 89:1, 89:5, 89:9, 89:11, 89:17, 89:22, 90:17, 90:25, 91:5, 91:10, 91:20, 92:6, 92:9, 92:25, 98:8, 111:1, 117:7, 119:9, 119:18, 119:23, 120:6, 120:16, 120:22, 120:24, 121:4, 121:11, 121:17, 122:6, 122:13, 123:10, 127:10, 128:20, 130:18, 132:9, 134:13, 135:24, 136:3, 142:3, 143:25, 145:18, 146:3, 146:19, 146:23, 147:5, 147:10, 147:20, 149:24, 150:13, 150:22, 152:5, 154:9, 156:23, 157:5, 157:14, 158:8, 159:20, 160:9, 163:4, 163:9, 163:12, 163:14
  **courthouse** [1] - 6:21
  **COURTROOM** [18] - 5:5, 10:20, 10:22, 13:15, 13:20, 20:21, 31:20, 31:22, 81:18, 88:16, 88:19, 91:2, 91:4, 92:12, 92:17, 158:5, 158:7, 163:16
  **courtroom** [7] - 6:20, 10:21, 31:21, 82:24, 91:3, 121:24, 158:6
  **cover** [20] - 65:16, 65:18, 65:19, 65:23, 66:2, 66:5, 66:10, 67:2, 67:6, 67:9, 67:10, 67:21, 68:5, 68:14, 79:8, 79:10, 79:13, 79:16, 80:2, 159:8
  **covered** [1] - 66:6
  **covers** [7] - 35:19, 64:17, 67:24, 68:4, 68:14, 68:16, 79:9
  **crafted** [2] - 134:7, 134:12
  **create** [7] - 7:4, 34:10, 54:9, 56:12, 57:2, 126:18, 150:19
  **created** [12] - 7:25, 8:10, 9:5, 55:25, 56:8, 56:22, 60:25, 70:19, 72:14, 97:10, 138:6,

142:25
  **creating** [5] - 56:19, 56:25, 109:7, 132:21, 132:24
  **creation** [3] - 6:3, 9:11, 52:13
  **creative** [2] - 7:3, 9:13
  **creatives** [1] - 8:24
  **creator** [1] - 153:2
  **credibility** [1] - 8:3
  **credits** [1] - 117:13
  **Crime** [12] - 103:12, 109:24, 110:12, 111:13, 113:3, 113:14, 114:10, 114:11, 116:11, 116:19, 117:2, 117:22
  **Crisis** [3] - 118:12, 118:15
  **critical** [2] - 130:5, 133:14
  **CROSS** [1] - 49:4
  **cross** [3] - 13:12, 49:3, 62:6
  **cross-examination** [1] - 49:3
  **CROSS-EXAMINATION** [1] - 49:4
  **CRR** [1] - 164:20
  **crude** [1] - 153:8
  **crying** [1] - 7:22
  **CSR** [2] - 1:23, 164:20
  **curative** [3] - 18:4, 18:8, 31:12
  **customary** [1] - 58:3
  **cut** [3] - 91:23, 91:24, 92:3
  **CV** [1] - 5:9

# D

  **damages** [2] - 74:17, 75:6
  **data** [1] - 61:11
  **date** [5] - 17:8, 17:9, 19:5, 19:6, 57:17
  **Date** [1] - 164:16
  **dated** [9] - 86:9, 124:18, 125:23, 127:17, 127:18, 139:7, 144:5, 145:4, 151:17
  **dating** [1] - 74:16
  **Dave** [33] - 15:2, 15:12, 15:25, 16:10, 17:25, 51:18, 104:9, 107:5, 112:20,

114:18, 114:24, 115:25, 119:1, 119:6, 119:24, 120:4, 120:10, 120:19, 123:7, 124:3, 124:5, 124:8, 125:14, 128:5, 131:1, 131:12, 131:14, 141:7, 141:8, 142:13, 142:24, 143:2, 163:3
  **Dave's** [2] - 119:4, 119:14
  **David** [6] - 5:13, 91:9, 140:8, 140:21, 140:22, 141:4
  **DAVID** [1] - 2:4
  **Davies** [52] - 15:7, 18:18, 19:11, 19:17, 19:18, 19:24, 21:21, 21:24, 22:7, 23:7, 24:5, 26:1, 28:2, 29:6, 29:21, 30:8, 30:22, 36:8, 36:17, 37:7, 42:22, 43:4, 43:13, 43:15, 43:17, 43:18, 47:9, 50:23, 51:14, 51:21, 51:24, 64:24, 86:5, 86:7, 100:21, 101:2, 110:5, 117:13, 117:17, 124:2, 126:8, 140:5, 140:20, 141:2, 145:23, 147:12, 148:8, 148:13, 154:12
  **Davies** [1] - 37:4
  **Davies's** [1] - 51:16
  **dawn** [1] - 74:16
  **DAY** [2] - 1:14
  **days** [6] - 7:8, 54:17, 106:17, 123:20, 128:9, 152:16
  **deal** [14] - 20:9, 44:9, 45:2, 46:15, 62:20, 92:6, 100:15, 104:10, 104:13, 106:18, 106:20, 107:16, 156:2
  **dealing** [4] - 28:16, 44:24, 45:19, 144:17
  **deals** [1] - 44:10
  **death** [2] - 31:9, 142:23
  **decades** [1] - 76:11
  **December** [3] - 144:6, 145:4, 151:1
  **decent** [3] - 108:9, 108:12, 109:6
  **decide** [1] - 162:13
  **decided** [1] - 60:1
  **decision** [4] - 138:3, 156:6, 156:13, 157:2
  **deduct** [1] - 79:11

  **deducted** [1] - 71:16
  **deducting** [1] - 77:10
  **deduction** [1] - 77:18
  **deem** [1] - 158:17
  **DEFENDANT** [1] - 2:10
  **defendant** [4] - 82:4, 82:14, 83:18, 160:22
  **defendant's** [1] - 62:11
  **Defendants** [1] - 1:9
  **defendants** [8] - 5:17, 58:12, 59:18, 59:19, 60:9, 91:8, 92:10, 158:25
  **defense** [3] - 81:21, 81:22, 163:6
  **define** [2] - 54:4, 54:24
  **defined** [2] - 15:1, 25:3
  **defining** [1] - 23:24
  **definitely** [4] - 97:15, 97:18, 105:1, 129:16
  **definitively** [1] - 47:17
  **Delicate** [140] - 11:14, 16:22, 16:23, 16:25, 17:13, 19:1, 19:3, 19:5, 19:11, 19:12, 22:7, 22:10, 23:11, 24:5, 25:10, 25:11, 26:2, 26:3, 26:8, 26:11, 26:13, 26:14, 26:25, 27:10, 27:12, 27:14, 27:15, 27:19, 27:22, 27:25, 28:3, 28:11, 28:12, 28:24, 29:12, 29:16, 30:1, 30:5, 30:6, 30:9, 30:11, 30:13, 30:17, 33:4, 33:5, 34:14, 36:17, 37:8, 37:10, 37:13, 43:19, 43:20, 43:21, 44:3, 44:10, 44:18, 44:20, 44:25, 45:5, 45:7, 45:12, 45:16, 45:21, 46:3, 46:5, 46:9, 46:17, 46:18, 46:20, 46:22, 46:24, 47:4, 47:8, 47:17, 47:18, 48:1, 48:3, 49:21, 49:23, 51:25, 52:3, 52:7, 53:15, 56:9, 56:11, 58:23, 60:5, 60:6, 62:4, 63:7, 63:11, 63:19, 64:8, 65:5, 67:12, 69:7, 73:23, 75:20, 77:18, 82:15,

82:17, 82:21, 83:8, 83:10, 83:13, 83:16, 83:22, 84:9, 84:24, 85:15, 85:21, 86:3, 86:5, 86:14, 86:17, 87:3, 87:7, 87:15, 126:2, 126:7, 126:12, 126:24, 127:7, 143:16, 145:1, 148:2, 148:10, 148:12, 148:14, 158:23, 159:20, 160:23, 161:15, 161:20, 162:4, 162:5

**Delicate's** [4] - 16:23, 44:5, 86:6, 148:9

**deliver** [1] - 163:9

**delivered** [1] - 69:13

**demo** [2] - 98:11, 133:5

**demonstrative** [1] - 9:12

**demos** [1] - 108:18

**denied** [5] - 8:7, 9:18, 31:3, 31:15

**deny** [1] - 9:9

**depo** [2] - 23:11, 25:20, 89:4

**depos** [1] - 89:7

**deposition** [20] - 11:14, 12:18, 12:19, 19:23, 19:24, 20:1, 20:6, 21:6, 21:24, 22:3, 30:21, 73:16, 81:23, 81:25, 88:22, 91:11, 91:14, 91:16, 91:19, 163:3

**DEPUTY** [18] - 5:5, 10:20, 10:22, 13:15, 13:20, 20:21, 31:20, 31:22, 81:18, 88:16, 88:19, 91:2, 91:4, 92:12, 92:17, 158:5, 158:7, 163:16

**derived** [4] - 70:5, 71:9, 78:20, 131:7

**Derrick** [1] - 104:8

**describe** [7] - 9:6, 54:4, 55:18, 56:24, 111:15, 114:24, 142:16

**described** [8] - 55:1, 57:14, 57:24, 64:19, 104:23, 104:25, 137:21, 152:14

**describing** [1] - 62:3

**design** [3] - 12:15, 44:20, 47:14

**designated** [4] -

81:24, 89:18, 89:19, 89:21

**designs** [1] - 141:2

**detail** [1] - 140:12

**details** [1] - 109:2

**determination** [2] - 67:5, 160:13

**determine** [2] - 67:1, 76:20

**determined** [1] - 73:7

**determining** [3] - 69:20, 78:15, 79:23

**developed** [1] - 133:22

**dialog** [1] - 121:14

**difference** [3] - 23:10, 29:19, 95:10

**different** [39] - 22:7, 23:15, 24:4, 24:6, 24:9, 27:6, 27:7, 30:19, 33:11, 33:13, 33:15, 34:20, 35:17, 35:18, 42:25, 50:22, 64:17, 67:7, 67:10, 67:17, 71:23, 95:13, 95:22, 96:1, 101:6, 108:15, 108:16, 115:15, 129:4, 129:24, 134:9, 139:24, 140:19, 140:25, 141:5, 152:25, 156:1, 160:10, 160:11

**differently** [1] - 45:24

**difficult** [1] - 129:13

**difficulty** [1] - 160:24

**diligence** [1] - 157:23

**diploma** [1] - 93:25

**direct** [10] - 17:17, 22:2, 55:6, 64:11, 81:24, 145:3, 147:22, 148:4, 150:24, 151:11

**DIRECT** [2] - 14:2, 93:4

**directed** [2] - 38:7, 38:17

**directing** [1] - 149:18

**direction** [7] - 25:12, 27:3, 36:1, 36:5, 36:7, 149:20, 149:21

**directions** [1] - 141:1

**directly** [4] - 36:12, 64:25, 86:23, 121:5

**director** [2] - 104:2, 104:8

**disagree** [7] - 8:4, 19:8, 27:12, 30:8,

46:1, 68:23, 88:7

**disappeared** [1] - 137:7

**disaster** [1] - 142:25

**disastrous** [1] - 101:24

**disbursed** [1] - 77:17

**disbursement** [1] - 73:22

**disbursements** [9] - 55:20, 57:9, 57:25, 58:23, 63:16, 63:19, 64:8, 64:15, 64:22

**disclosed** [1] - 58:13

**discovery** [8] - 55:11, 58:11, 58:17, 59:5, 59:13, 59:17, 60:3, 60:14

**discuss** [1] - 30:23

**discussed** [3] - 33:14, 120:25, 159:2

**discussing** [3] - 42:25, 78:13, 80:5

**discussion** [12] - 6:2, 16:25, 22:24, 23:23, 27:5, 35:13, 124:13, 131:6, 131:8, 131:9, 139:12, 151:1

**discussions** [2] - 131:14, 131:16

**disintegrated** [1] - 100:13

**disposition** [1] - 159:17

**dispute** [4] - 7:24, 62:9, 85:22, 161:8

**disputing** [3] - 6:8, 6:25, 7:25

**disregard** [1] - 31:5

**disrespect** [2] - 6:23, 121:21

**disseminated** [1] - 150:1

**disseminates** [1] - 127:13

**distinct** [1] - 23:10

**distinction** [1] - 30:4

**distributed** [4] - 34:17, 37:25, 38:8, 38:16

**distributes** [1] - 25:10

**distributing** [2] - 34:1, 73:24

**distribution** [1] - 14:18

**District** [4] - 5:6, 5:7, 164:7, 164:8

**DISTRICT** [3] - 1:1, 1:2, 1:3

**divide** [1] - 126:19

**DIVISION** [1] - 1:2

**divorced** [1] - 94:8

**docket** [1] - 28:17

**document** [44] - 14:15, 14:20, 36:4, 36:25, 37:4, 43:24, 44:8, 44:14, 44:19, 45:4, 45:12, 45:16, 46:9, 46:19, 47:23, 48:3, 52:3, 55:18, 55:19, 56:2, 56:7, 57:3, 59:1, 59:7, 59:22, 60:1, 60:14, 61:9, 62:4, 62:12, 62:19, 64:13, 64:16, 73:18, 124:18, 124:25, 125:24, 125:25, 145:6, 145:16, 149:22, 149:23, 151:2, 154:1

**documents** [12] - 57:2, 58:12, 59:17, 59:21, 61:17, 61:21, 62:8, 82:19, 126:4, 127:23, 159:3, 162:15

**dog** [1] - 74:22

**dollars** [3] - 74:5, 74:16, 75:19

**done** [17] - 30:3, 31:19, 52:21, 55:23, 65:21, 68:1, 95:13, 98:21, 105:23, 121:19, 121:20, 126:17, 127:8, 132:2, 135:10, 142:12, 156:17

**door** [2] - 17:20, 22:25

**Dougie** [12] - 37:14, 102:18, 102:23, 103:6, 103:14, 104:14, 104:19, 105:18, 106:1, 133:12, 150:3, 155:16

**Douglas** [2] - 5:9, 43:13

**DOUGLAS** [1] - 1:5

**down** [10] - 20:24, 24:25, 80:25, 85:11, 89:17, 97:13, 101:21, 136:15, 152:2, 158:8

**drafted** [7] - 17:13, 19:15, 37:4, 43:1, 43:2, 43:3, 77:25

**drafting** [2] - 36:22, 44:14

**drawn** [1] - 94:4

**dream** [3] - 95:15, 115:7, 118:22

**Dreamer** [10] - 69:12, 96:12, 97:9, 102:13, 103:13, 103:15, 105:22, 110:8, 110:14, 110:18

**dreamer** [2] - 97:18, 97:23

**Dreamer"** [1] - 97:17

**driven** [1] - 95:24

**driving** [1] - 139:15

**drummer** [1] - 7:9

**drums** [4] - 7:14, 133:4, 133:16, 134:9

**due** [1] - 150:3

**duly** [2] - 13:25, 92:23

**duration** [1] - 161:5

**during** [15] - 10:2, 13:8, 58:13, 58:17, 59:5, 60:13, 64:8, 80:1, 131:16, 137:16, 137:18, 146:21, 158:19, 160:2, 162:15

**Dwight** [1] - 98:16

**dynamic** [1] - 136:24

## E

**early** [2] - 81:9, 101:16

**earning** [1] - 113:10

**earnings** [2] - 53:4, 77:14

**easier** [1] - 150:1

**easy** [1] - 118:7

**eating** [1] - 74:22

**edited** [1] - 82:1

**editorializing** [1] - 128:19

**editorials** [1] - 85:10

**educate** [1] - 161:17

**education** [3] - 93:19, 93:20, 93:23

**effective** [1] - 16:23

**effort** [1] - 44:17

**efforts** [3] - 87:4, 87:5, 109:23

**egos** [1] - 107:2

**eight** [3] - 52:19, 112:1, 135:18

**eight-foot** [1] - 112:1

**either** [6] - 46:3, 103:3, 110:4, 122:25, 153:6, 155:3

**elaborate** [1] - 112:8

**elaborating** [1] - 9:11

**electric** [2] - 96:14, 97:13

**element** [2] - 102:20,

137:7
**elements** [1] - 160:20
**eloquent** [1] - 24:1
**Elton** [1] - 98:16
**embedded** [1] - 84:11
**encompasses** [1] - 23:23
**end** [15] - 8:22, 24:18, 69:11, 84:13, 88:4, 94:12, 94:25, 115:12, 116:21, 118:9, 132:16, 140:18, 147:14, 159:8
**end-user** [1] - 69:11
**ending** [1] - 157:12
**ends** [7] - 13:13, 18:16, 20:11, 48:7, 62:24, 75:14, 122:4
**energy** [3] - 118:24, 132:11, 132:17
**engineer** [2] - 128:3, 129:25
**England** [6] - 93:13, 93:18, 93:23, 98:25, 101:20, 113:17
**English** [1] - 110:15
**enjoying** [1] - 118:22
**enormous** [1] - 136:21
**enrolled** [3] - 72:13, 72:23, 73:1
**ensure** [1] - 33:6
**enter** [1] - 65:4
**entered** [2] - 57:13, 105:13
**entering** [3] - 52:17, 105:6, 106:11
**enters** [3] - 10:21, 31:21, 91:3
**entire** [8] - 7:18, 24:25, 29:1, 45:15, 60:9, 74:2, 75:8, 153:11
**entirely** [1] - 61:18
**entitled** [5] - 67:22, 71:8, 143:16, 147:23, 164:12
**entity** [3] - 47:5, 55:24, 56:7
**entries** [1] - 61:11
**equally** [1] - 77:12
**equipment** [2] - 112:16, 113:13
**equivalence** [1] - 93:25
**ERLEWINE** [1] - 2:4
**error** [1] - 162:11
**Erving** [2] - 126:13,

126:16
**escape** [1] - 95:15
**especially** [1] - 115:5
**essential** [1] - 160:20
**essentially** [1] - 113:8
**establish** [2] - 83:7, 83:10
**et** [11] - 1:5, 1:8, 5:9, 5:10, 87:4, 87:5, 87:6, 145:12
**Europe** [4] - 113:17, 134:21, 142:18
**European** [1] - 142:11
**evaluate** [1] - 45:24
**evening** [2] - 157:15, 162:23
**event** [3] - 31:1, 124:2, 152:14
**events** [2] - 57:13, 62:2
**eventually** [5] - 71:17, 71:19, 96:25, 101:23, 114:23
**evidence** [22] - 9:12, 16:13, 19:19, 19:22, 23:24, 24:12, 24:18, 24:21, 25:4, 63:2, 63:3, 64:17, 65:13, 78:23, 143:1, 144:2, 149:10, 149:13, 149:19, 151:13, 154:8, 159:7
**evident** [1] - 141:3
**evidentiary** [3] - 44:2, 82:13, 121:16
**evolved** [1] - 136:1
**exact** [3] - 44:3, 58:12, 121:16
**exactly** [5] - 63:6, 68:17, 114:13, 129:16, 133:18
**EXAMINATION** [3] - 14:2, 49:4, 93:4
**examination** [2] - 49:3, 50:18
**example** [4] - 23:25, 57:16, 63:23, 69:6
**except** [1] - 100:25
**exception** [2] - 17:22, 22:12
**exchange** [7] - 71:24, 72:3, 72:4, 72:13, 72:23, 73:2, 73:8
**excited** [1] - 96:13
**exciting** [1] - 135:9
**excluded** [4] - 12:16,

12:23, 66:11, 70:4
**excuse** [2] - 20:8, 86:19
**executed** [1] - 143:9
**exhibit** [5] - 43:7, 58:13, 84:15, 84:18, 151:20
**EXHIBIT** [2] - 4:1, 4:2
**Exhibit** [54] - 14:13, 26:6, 26:17, 28:25, 34:21, 43:11, 46:8, 50:19, 52:3, 53:23, 55:8, 55:16, 56:13, 56:16, 58:6, 63:2, 63:3, 63:5, 63:23, 64:12, 64:20, 65:7, 65:13, 66:9, 78:1, 84:20, 84:22, 86:1, 105:2, 124:17, 125:3, 125:12, 125:22, 126:1, 127:15, 127:18, 131:13, 138:25, 139:6, 143:2, 143:11, 144:4, 145:3, 147:22, 149:1, 149:9, 149:12, 149:18, 150:25, 151:11, 153:18
**exist** [1] - 72:20
**existed** [2] - 28:11, 37:19
**existence** [4] - 6:3, 6:11, 7:7, 125:8
**exits** [1] - 158:6
**expect** [2] - 77:7, 146:16
**expected** [1] - 144:23
**expenses** [1] - 113:13
**experience** [16] - 98:17, 108:3, 108:5, 108:12, 109:8, 109:10, 109:18, 109:19, 116:1, 116:10, 128:11, 131:19, 136:5, 136:12, 141:21, 154:19
**experiences** [1] - 136:2
**experimenting** [2] - 108:13, 111:22
**expert** [3] - 73:11, 74:17, 159:5
**expires** [1] - 153:1
**explain** [11] - 5:23, 21:18, 25:2, 65:17, 72:2, 110:23, 111:1, 136:1, 140:12,

149:22, 152:20
**explaining** [3] - 6:4, 24:14, 24:17
**explanation** [1] - 153:8
**explicitly** [2] - 26:14, 26:15
**exploded** [1] - 96:13
**exploitation** [1] - 71:9
**express** [7] - 20:14, 81:12, 95:15, 97:8, 157:18, 161:5
**expressed** [1] - 23:6
**expression** [1] - 22:22
**expressions** [1] - 95:19
**expressive** [1] - 121:14
**expressly** [1] - 12:18
**extensive** [3] - 111:16, 142:10, 142:11
**extent** [2] - 27:9, 86:8
**extrinsic** [4] - 23:24, 24:12, 24:21, 25:4

**F**

**faces** [1] - 83:9
**fact** [11] - 8:3, 22:17, 22:20, 25:9, 26:7, 31:1, 32:4, 44:4, 54:21, 121:10, 124:22
**factor** [2] - 156:17, 157:1
**factors** [4] - 156:8, 156:13, 157:1, 157:6
**facts** [2] - 78:23, 86:13
**failed** [1] - 82:12
**fall** [2] - 23:8, 138:9
**fallen** [1] - 147:15
**familiar** [5] - 56:21, 70:16, 71:24
**family** [2] - 94:5, 138:2
**Famous** [10] - 33:15, 34:18, 35:2, 35:11, 35:14, 138:24, 141:16, 141:20, 142:6, 156:2
**far** [1] - 101:23
**farmhouse** [4] - 103:17, 107:18, 108:18, 118:2
**fashioned** [1] - 98:3
**father** [1] - 94:5

**favor** [1] - 11:5
**featuring** [1] - 133:23
**February** [3] - 1:14, 151:17, 164:16
**FEBRUARY** [1] - 5:1
**Federal** [3] - 82:11, 164:6, 164:20
**FEDERAL** [1] - 1:23
**fee** [4] - 48:16, 77:3, 80:10, 80:11
**fees** [1] - 77:19
**feet** [2] - 10:12, 10:13
**fell** [1] - 101:24
**felt** [9] - 105:1, 107:2, 112:12, 115:19, 118:24, 135:9, 147:16, 156:11, 157:12
**Ferrari** [5] - 24:2, 24:8, 24:9, 24:16, 24:17
**few** [4] - 98:16, 106:17, 129:7, 135:14
**field** [1] - 29:9
**fifth** [1] - 161:23
**fight** [2] - 48:6, 61:25
**fighting** [1] - 121:20
**figure** [2] - 87:22, 102:7
**figured** [1] - 11:8
**file** [2] - 83:5, 84:3
**filed** [2] - 151:8, 153:23
**filing** [1] - 87:22
**final** [4] - 9:8, 125:20, 159:7, 159:9
**finalize** [1] - 145:13
**finally** [4] - 20:15, 81:12, 90:16, 157:19
**finances** [1] - 138:8
**financial** [7] - 74:12, 74:14, 74:21, 74:23, 123:13, 138:7, 142:25
**financially** [2] - 120:1, 139:18
**fine** [4] - 8:1, 31:15, 94:19, 115:3
**finish** [4] - 55:22, 57:10, 59:11, 87:20
**firm** [3] - 54:25, 56:20, 58:2
**FIRST** [1] - 1:24
**first** [43] - 13:8, 21:1, 21:20, 50:22, 51:4, 55:12, 58:16, 72:14, 73:24, 85:21, 88:3, 94:3, 94:16, 95:7, 97:9, 99:16, 99:22,

100:12, 100:17, 103:12, 107:3, 107:10, 107:12, 108:1, 109:1, 109:11, 109:24, 113:19, 115:19, 115:24, 117:17, 117:25, 119:3, 119:5, 119:12, 123:2, 126:9, 131:23, 132:1, 134:3, 136:25, 151:6, 151:7
**fit** [1] - 134:10
**five** [5] - 10:12, 10:13, 113:2, 113:3, 142:9
**flesh** [1] - 158:16
**flow** [16] - 53:2, 55:19, 55:25, 56:11, 56:19, 57:4, 57:16, 57:20, 58:3, 58:22, 59:7, 62:7, 63:7, 63:20, 64:14, 65:5
**flowing** [1] - 96:7
**fly** [1] - 85:17
**focus** [1] - 129:7
**focused** [2] - 10:10, 129:13
**focusing** [1] - 29:9
**folk** [1] - 94:5
**folks** [2] - 11:2, 45:1
**follow** [2] - 117:24, 138:21
**followed** [1] - 56:24
**following** [2] - 113:14, 151:21
**follows** [4] - 14:1, 86:3, 92:24, 158:21
**food** [2] - 74:22
**foot** [1] - 112:1
**football** [1] - 142:18
**FOR** [2] - 2:3, 2:10
**forced** [2] - 147:3, 147:8
**foreclosed** [1] - 162:2
**foregoing** [1] - 164:10
**forever** [1] - 15:18
**forget** [1] - 110:17
**form** [8] - 6:24, 20:14, 24:22, 45:20, 81:11, 88:1, 157:18, 162:17
**formalize** [1] - 37:14
**formalized** [2] - 46:20, 46:21
**format** [3] - 111:7, 134:16, 164:12
**formation** [1] - 99:16
**formed** [3] - 99:16,

100:13, 126:9
**forming** [1] - 126:15
**forms** [2] - 23:24, 27:7
**fortunate** [1] - 54:12
**forward** [3] - 13:14, 139:23, 148:20
**foundation** [13] - 37:21, 38:11, 38:21, 39:21, 40:4, 40:10, 41:9, 41:17, 42:4, 42:11, 56:1, 60:18, 78:9
**four** [4] - 53:12, 99:16, 136:23, 142:9
**fourth** [1] - 161:8
**frame** [5] - 64:8, 64:17, 131:16, 141:12, 153:9
**Francisco** [1] - 2:8
**frankly** [1] - 158:19
**free** [2] - 77:5, 113:8
**Friday** [2] - 1:14, 10:24
**FRIDAY** [1] - 5:1
**friend** [1] - 94:17
**friends** [2] - 104:20, 104:22
**front** [4] - 7:1, 55:7, 95:3, 105:3
**fruition** [1] - 9:14
**fulfilling** [1] - 140:17
**FULL** [1] - 1:14
**full** [3] - 92:19, 114:23, 141:6
**full-time** [2] - 114:23, 141:6
**fully** [2] - 30:20, 54:4
**fun** [2] - 137:5, 137:6
**fund** [2] - 113:5, 114:2
**fundamental** [2] - 43:22, 47:6
**fundamentally** [1] - 72:19
**funds** [4] - 25:10, 28:9, 64:24, 80:12
**Furano** [2] - 140:8, 141:4
**future** [1] - 146:5

## G

**G-L-A-S-S** [1] - 13:22
**gallery** [4] - 12:17, 12:21, 50:5, 51:4
**game** [1] - 22:25
**gander** [1] - 121:13
**gel** [1] - 106:25
**general** [4] - 28:10,

86:4, 101:10, 134:18
**generally** [6] - 40:15, 54:8, 78:25, 129:22, 133:16, 133:24
**gentlemen** [10] - 10:23, 20:12, 49:8, 54:4, 65:17, 81:10, 91:5, 91:10, 93:6, 157:16
**genuine** [1] - 87:25
**gesture** [1] - 139:21
**gift** [2] - 32:20, 32:23
**Given** [6] - 5:13, 6:11, 7:11, 10:8, 105:8, 121:11
**GIVEN** [71] - 2:4, 2:4, 5:13, 6:18, 9:25, 10:4, 10:7, 10:12, 10:15, 10:18, 21:8, 21:13, 21:17, 31:14, 81:4, 81:7, 83:21, 84:3, 84:3, 84:7, 84:14, 84:17, 85:1, 85:4, 85:14, 85:17, 85:19, 85:25, 86:2, 86:22, 87:17, 90:18, 91:22, 92:8, 98:5, 117:5, 119:8, 119:22, 120:5, 120:7, 120:14, 120:21, 121:12, 122:12, 123:8, 127:9, 128:19, 130:16, 132:8, 134:11, 135:23, 142:2, 145:16, 146:2, 146:18, 146:22, 147:9, 147:18, 149:23, 150:11, 150:21, 151:20, 151:23, 151:25, 152:4, 154:7, 156:21, 157:3, 159:19, 163:2, 163:13
**given** [5] - 17:11, 82:1, 91:24, 92:1, 148:13
**Given's** [1] - 9:10
**Glass** [59] - 12:9, 12:17, 12:24, 13:14, 13:22, 14:4, 14:15, 14:24, 16:1, 16:11, 17:1, 17:24, 18:18, 19:21, 19:23, 19:25, 21:6, 21:23, 21:25, 23:7, 23:11, 24:6, 25:9, 25:12, 25:19, 25:20, 27:13, 29:13, 30:5, 30:21, 30:22, 31:23, 32:2, 33:4, 34:22, 36:4, 36:22,

43:3, 44:9, 44:12, 45:3, 45:6, 45:9, 45:11, 45:13, 47:12, 48:9, 49:6, 55:15, 58:21, 60:4, 62:16, 63:5, 65:15, 77:25, 126:23, 139:7
**glass** [2] - 20:23, 47:23
**GLASS** [1] - 13:24
**glass's** [1] - 16:19
**Glass/Delicate** [1] - 45:12
**glory** [1] - 54:17
**God** [2] - 13:18, 92:15
**goods** [1] - 135:12
**goose** [1] - 121:12
**gopher** [2] - 106:4, 106:6
**granted** [2] - 68:24, 69:25
**grateful** [1] - 136:12
**great** [9] - 9:20, 11:9, 102:11, 102:15, 108:7, 112:6, 129:5, 133:25, 134:3
**greater** [1] - 126:16
**greatest** [2] - 149:6, 149:13
**Green** [1] - 104:8
**grind** [1] - 137:8
**gross** [1] - 142:19
**ground** [1] - 86:13
**grounds** [4] - 9:15, 18:11, 18:15, 121:15
**groundwork** [1] - 135:10
**Group** [3] - 66:19, 69:8, 69:10
**growing** [2] - 93:19, 125:10
**guess** [12] - 7:25, 25:8, 46:15, 60:16, 74:23, 86:22, 87:12, 141:13, 161:23, 162:7
**guitar** [13] - 5:21, 5:22, 6:19, 6:21, 94:6, 94:10, 94:12, 94:16, 96:5, 99:15, 103:3, 103:5, 132:12
**GUTMAN** [160] - 2:11, 2:12, 5:16, 5:20, 6:2, 6:10, 7:6, 7:15, 8:5, 8:8, 8:13, 8:17, 9:8, 12:3, 12:10, 12:15, 13:1, 14:20, 15:19, 17:17, 18:8, 18:13, 18:21, 22:12, 22:17, 22:21, 23:14,

23:16, 23:22, 24:11, 25:16, 25:24, 26:5, 28:15, 28:19, 30:24, 31:11, 37:20, 38:3, 38:11, 38:20, 39:21, 40:4, 40:10, 40:16, 40:23, 41:3, 41:9, 41:16, 42:3, 42:11, 43:8, 43:18, 44:15, 45:8, 45:15, 45:22, 45:25, 46:4, 46:10, 46:25, 49:5, 53:1, 55:14, 56:3, 56:6, 58:6, 58:18, 59:3, 59:6, 59:12, 60:18, 60:24, 61:4, 61:10, 61:19, 62:14, 63:4, 65:14, 66:25, 71:5, 71:14, 73:15, 74:20, 75:1, 75:5, 75:9, 75:11, 75:13, 75:15, 75:17, 77:21, 78:9, 78:22, 80:24, 81:22, 82:8, 82:11, 83:3, 83:14, 84:18, 84:21, 85:6, 85:8, 85:11, 88:13, 88:21, 89:3, 89:8, 89:10, 89:12, 89:19, 89:23, 90:21, 91:8, 91:18, 92:4, 92:10, 93:1, 93:5, 98:9, 111:5, 117:11, 119:11, 119:20, 120:3, 120:18, 121:3, 121:7, 122:5, 122:7, 122:8, 122:20, 123:12, 127:14, 128:21, 130:21, 132:19, 134:14, 135:25, 136:20, 142:5, 143:23, 144:1, 145:24, 146:6, 146:20, 147:6, 147:11, 147:21, 150:5, 150:14, 150:23, 151:22, 152:2, 152:6, 154:11, 156:25, 163:7, 163:11
**Gutman** [24] - 5:16, 5:18, 12:14, 13:11, 17:15, 22:11, 23:9, 28:14, 30:19, 43:16, 58:16, 59:23, 74:19, 77:25, 78:13, 80:6, 80:23, 88:12, 88:20, 91:6, 91:10, 121:1, 146:19, 147:5
**Gutman's** [3] - 27:10, 29:20, 60:12
**guy** [4] - 9:20, 65:24, 107:14, 115:23

guys [3] - 84:5, 99:11, 156:10

**H**

habit [2] - 131:1, 131:3
half [2] - 15:5, 75:19
halfway [1] - 137:2
hallway [2] - 124:3, 124:6
hand [3] - 13:15, 18:11, 62:8, 92:12, 117:9
handing [1] - 113:24
handled [1] - 126:24
handles [1] - 54:7
handling [2] - 73:22, 74:2
hands [4] - 11:5, 97:19, 129:7, 129:25
happy [4] - 10:24, 83:21, 136:10, 139:16
hard [2] - 135:11, 138:15
head [3] - 97:19, 116:17, 133:6
headlines [1] - 110:12
hear [10] - 7:20, 9:4, 9:19, 27:18, 55:12, 83:19, 90:18, 133:6, 133:13, 156:14
heard [23] - 44:8, 68:20, 70:8, 70:10, 70:13, 91:12, 93:9, 98:12, 106:3, 106:17, 107:6, 107:7, 107:18, 112:12, 112:22, 116:14, 118:25, 123:20, 128:9, 133:15, 133:18, 154:19, 160:15
hearing [5] - 7:9, 17:2, 44:2, 156:14, 156:15
hearsay [26] - 15:19, 15:24, 16:3, 17:21, 18:12, 18:14, 18:21, 19:8, 19:9, 21:20, 22:13, 30:21, 40:23, 41:3, 41:17, 42:4, 42:12, 43:23, 55:11, 60:4, 119:8, 119:22, 120:5, 120:7, 120:21, 121:15
heart [2] - 99:9, 115:23
heavy [1] - 158:1
held [4] - 29:6,

83:11, 102:17, 164:11
Helliwell [11] - 15:6, 43:14, 50:2, 51:7, 63:24, 63:25, 86:7, 99:6, 103:24, 140:20, 154:19
help [3] - 13:18, 42:18, 92:15
helped [1] - 102:22, 106:1, 112:21
helpful [2] - 6:6, 6:16
helping [6] - 106:9, 108:8, 115:7, 140:9, 141:5
helps [1] - 8:5
hereby [1] - 164:8
herein [1] - 46:25
hi [1] - 104:5
Hide [1] - 103:16
high [3] - 68:7, 93:25, 112:1
Hills [1] - 2:13
hired [2] - 79:19, 80:14
historically [1] - 71:19
hit [2] - 71:2, 99:3
hits [4] - 135:21, 136:23, 149:6, 149:13
HODGSON [2] - 1:8, 92:22
Hodgson [55] - 5:10, 5:20, 15:7, 23:1, 28:3, 29:6, 29:21, 30:8, 33:25, 36:9, 37:24, 38:7, 38:17, 40:1, 43:24, 44:6, 44:18, 44:25, 45:21, 46:3, 47:10, 47:18, 47:22, 52:9, 52:13, 52:16, 64:4, 67:11, 69:12, 69:16, 69:20, 70:22, 70:25, 72:23, 75:20, 82:4, 83:13, 86:5, 86:7, 86:16, 92:11, 92:20, 93:2, 105:11, 117:17, 126:8, 140:1, 148:1, 148:8, 148:14, 158:21, 159:21, 161:15, 161:23, 162:1
Hodgson's [9] - 67:18, 69:25, 70:11, 73:4, 73:8, 73:24, 74:6, 89:4, 159:12
hold [9] - 16:2, 16:7, 28:5, 84:12, 84:22, 85:5, 85:9, 142:3, 151:12
holding [1] - 99:13
home [1] - 98:21,

100:8, 138:4, 163:9
homework [2] - 84:6, 84:7
Honor [57] - 5:13, 5:16, 6:14, 6:18, 9:25, 11:12, 12:6, 12:8, 12:10, 13:6, 15:21, 21:8, 21:23, 22:2, 22:9, 23:6, 27:22, 28:12, 28:16, 29:18, 30:24, 31:17, 42:11, 47:21, 55:9, 56:1, 58:7, 65:10, 71:11, 77:23, 80:21, 81:4, 81:7, 83:22, 85:6, 86:19, 88:14, 90:18, 91:18, 91:22, 92:4, 92:8, 117:5, 119:8, 122:7, 135:23, 143:23, 146:18, 147:9, 150:11, 151:20, 151:23, 151:25, 156:22, 159:19, 163:3, 163:13
Honor's [1] - 9:9
HONORABLE [1] - 1:3
Honorable [1] - 5:6
hope [2] - 122:1, 158:12
hoped [1] - 79:11
hopefully [2] - 109:8, 121:17
hopelessly [1] - 77:15
hoping [2] - 99:20, 138:16
horn [1] - 112:2
horrible [1] - 149:11
hour [2] - 96:11, 96:15
HOURIGAN [4] - 1:23, 164:6, 164:19, 164:20
hours [1] - 29:10
house [5] - 97:12, 97:14, 104:23, 119:4, 119:14
housekeeping [1] - 5:20
huge [5] - 137:1, 138:2, 139:18, 145:10, 145:19
hugely [1] - 117:20
hundreds [1] - 67:14, 67:17, 68:1
hurting [1] - 120:1
hypothetical [2] - 24:3, 78:22

**I**

I(Lunch [1] - 88:18
idea [4] - 21:8, 21:9, 21:10, 108:19
identical [1] - 64:16
identified [6] - 64:4, 82:1, 103:11, 110:7, 124:12, 148:22
identifies [2] - 66:19, 83:8
identify [10] - 9:12, 55:18, 56:13, 64:12, 67:9, 67:17, 67:21, 70:1, 89:10, 89:11
identifying [1] - 42:14
ignited [1] - 110:14
III [1] - 2:6
illustrate [1] - 8:5
imagination [1] - 31:9
imagine [1] - 113:3
immediately [1] - 67:1
impact [3] - 93:22, 155:13, 155:23
impacted [1] - 156:17
implicate [1] - 160:11
important [9] - 11:2, 108:23, 110:16, 112:7, 112:9, 112:10, 130:8, 145:21, 150:18
impossible [2] - 68:15, 83:9
improper [2] - 24:12, 40:17, 43:22
improperly [1] - 73:10
inaccurately [1] - 117:12
inadvertently [1] - 73:4
inarticulate [1] - 72:4
Inc [3] - 86:8, 125:5
inclination [1] - 9:9
include [2] - 87:5, 144:14
included [2] - 74:24, 91:25
includes [6] - 14:10, 57:23, 62:16, 62:17, 64:22, 72:8
including [10] - 34:15, 54:16, 80:19, 118:17, 123:7, 148:10, 151:15, 158:15, 159:2, 159:8

income [15] - 22:1, 37:15, 52:22, 54:10, 57:20, 57:23, 67:22, 70:5, 74:21, 78:15, 78:19, 86:6, 116:20, 144:18, 147:23
incomplete [1] - 78:22
inconsistently [1] - 38:1
incorrect [1] - 159:24
increase [2] - 35:10, 126:21
increased [1] - 156:4
incredible [1] - 98:17
incredibly [2] - 58:14, 108:23
independence [1] - 138:7
INDEX [2] - 3:1, 4:1
indicated [3] - 64:9, 126:23, 134:15
indicates [1] - 118:13
indicating [1] - 63:25
individual [8] - 25:4, 28:21, 28:22, 29:3, 29:4, 45:13, 50:24, 137:22
individuals [3] - 30:2, 45:5, 72:11
industry [5] - 54:3, 54:5, 55:2, 71:25, 76:11
influenced [2] - 117:20, 132:14
information [1] - 57:12, 58:18, 59:14, 59:25, 60:2, 60:12, 60:15, 60:22, 61:23, 62:6, 63:10
ingredients [1] - 129:3
inherited [1] - 94:10
initial [1] - 113:14
inquire [1] - 8:9
inside [2] - 95:16, 118:20
inspired [3] - 132:17, 136:13, 136:14
instance [2] - 29:22, 39:10
instances [1] - 101:2
instruct [1] - 9:25, 34:7
instructed [7] - 13:7, 34:4, 34:13, 37:24, 38:25, 40:1, 53:10
instruction [4] -

18:4, 18:9, 31:5, 31:12
**instructions** [1] - 88:1
**instructive** [1] - 6:6
**instrument** [4] - 96:3, 134:8, 160:17, 160:19
**instrumentalist** [1] - 7:10
**instruments** [2] - 94:13, 133:2
**intend** [3] - 11:13, 88:21, 91:6
**intent** [12] - 17:19, 18:3, 22:15, 22:16, 23:6, 23:19, 47:12, 120:15, 121:5, 150:12, 157:3, 159:3
**intention** [2] - 150:10, 150:17
**intentional** [1] - 94:9
**intents** [1] - 74:18
**interest** [2] - 44:23, 113:8
**interest-free** [1] - 113:8
**interested** [1] - 94:3
**interesting** [8] - 8:14, 8:17, 27:5, 60:20, 93:20, 98:1, 101:1, 111:17
**interpretation** [4] - 24:14, 24:20, 24:21, 43:24
**interpretations** [1] - 46:6
**interpreted** [1] - 22:23
**interrupt** [2] - 12:19, 44:23
**interviewed** [1] - 114:16
**introduce** [1] - 43:23
**introverted** [1] - 94:25
**invite** [1] - 158:16
**invoice** [1] - 62:3
**involved** [5] - 53:22, 54:11, 54:24, 130:3, 144:9
**involvement** [7] - 129:18, 132:20, 132:23, 132:25, 133:1, 140:13, 145:8
**involving** [2] - 54:3, 160:10
**irrelevant** [6] - 6:18, 40:5, 40:11, 132:8, 142:2, 146:22

**issue** [31] - 5:19, 9:22, 9:24, 18:11, 21:22, 23:3, 24:11, 25:1, 28:21, 30:4, 30:23, 39:8, 44:3, 45:8, 45:12, 47:1, 48:5, 82:3, 83:22, 84:2, 87:16, 87:24, 88:8, 88:20, 121:16, 155:23, 156:5, 160:5, 161:12, 162:23, 163:2
**issued** [3] - 36:1, 67:12, 71:1
**issues** [10] - 28:17, 44:2, 44:25, 46:3, 87:25, 146:1, 147:12, 147:13, 158:14, 160:1
**Item** [1] - 5:8
**items** [1] - 72:6
**itself** [3] - 14:21, 145:17, 149:23

## J

**jamming** [2] - 134:5, 137:4
**Jampol** [1] - 65:24
**January** [8] - 56:17, 61:22, 86:10, 124:19, 125:4, 125:23, 127:17
**Japan** [1] - 118:18
**Jay** [3] - 123:21, 123:24, 124:6
**Jeff** [1] - 65:24
**job** [4] - 33:6, 62:5, 119:19, 122:2
**John** [7] - 37:14, 43:14, 63:24, 98:16, 104:18, 133:24, 150:3
**joined** [10] - 54:21, 96:24, 97:3, 102:19, 102:25, 103:6, 103:20, 103:24, 106:1, 127:5
**journey** [3] - 99:12, 109:9, 136:18
**Jovi** [1] - 7:14
**joy** [1] - 132:11
**JR** [1] - 1:3
**Jr** [1] - 5:7
**judge** [2] - 46:6, 162:13
**Judge** [1] - 5:7
**JUDGE** [1] - 1:3
**judgment** [1] - 86:13
**judicial** [2] - 160:13, 164:13
**July** [1] - 151:9
**jump** [2] - 119:16, 155:11

**juror** [1] - 45:23
**jurors** [5] - 6:21, 8:4, 8:19, 8:20, 157:23
**Jury** [4] - 10:21, 31:21, 91:3, 158:6
**jury** [34] - 5:11, 6:4, 6:6, 7:2, 8:15, 8:18, 9:25, 10:17, 10:19, 10:20, 10:24, 20:8, 20:12, 20:21, 30:25, 31:4, 31:18, 31:20, 44:20, 47:14, 65:17, 68:20, 81:18, 87:25, 90:25, 91:2, 110:24, 152:20, 158:5, 161:13, 162:13, 162:18, 162:21

## K

**Karuna** [1] - 140:1
**keep** [4] - 52:22, 62:7, 76:14, 121:19
**keeps** [2] - 62:9, 62:10
**Ken** [5] - 107:22, 107:25, 108:4, 109:17, 118:5
**kept** [1] - 117:19
**key** [3] - 107:5, 112:5, 140:14
**keyboard** [1] - 133:17
**keyboards** [1] - 103:7
**kid** [1] - 136:11
**kind** [14] - 7:15, 20:17, 25:5, 62:9, 81:15, 104:3, 109:10, 111:15, 113:12, 119:5, 129:2, 134:7, 137:5, 157:21
**kinds** [1] - 106:2
**knell** [1] - 31:9
**knowing** [1] - 120:13
**knowledge** [1] - 116:13
**known** [1] - 76:10
**knows** [1] - 71:4
**KYLE** [1] - 2:5

## L

**lack** [1] - 137:4
**lacks** [1] - 56:1
**ladies** [10] - 10:23, 20:12, 49:8, 54:3, 65:17, 81:10, 91:5, 91:10, 93:6, 157:16
**laid** [5] - 60:18,

128:6, 128:25, 133:17, 158:21
**land** [1] - 49:12
**landed** [1] - 54:12
**language** [4] - 160:13, 161:9, 161:12, 161:15
**large** [2] - 54:24, 54:25
**larger** [1] - 126:19
**Last** [10] - 33:15, 34:18, 35:2, 35:11, 35:14, 138:24, 141:16, 141:20, 142:6, 156:2
**last** [16] - 26:21, 37:25, 38:8, 38:18, 39:3, 50:21, 51:10, 84:20, 105:9, 106:17, 121:18, 141:18, 144:14, 148:8, 155:15, 159:1
**late** [1] - 155:16
**latitude** [1] - 7:16
**laughing** [1] - 55:5
**Law** [2] - 2:6, 2:12
**law** [8] - 43:22, 43:25, 46:4, 46:6, 46:7, 47:7, 162:12
**LAW** [1] - 2:11
**lawsuit** [5] - 50:15, 99:5, 101:13, 153:24, 154:2
**lawyer** [7] - 37:5, 48:24, 130:15, 130:19, 144:11, 144:12, 159:18
**lawyer's** [1] - 124:9
**lawyers** [1] - 74:9
**lead** [2] - 21:11, 21:12
**leading** [8] - 42:10, 52:23, 71:11, 117:5, 124:13, 127:9, 144:12, 146:2
**leadoff** [1] - 103:13
**learn** [1] - 116:17
**learned** [6] - 73:2, 108:10, 109:16, 109:17, 151:6, 151:7
**learning** [3] - 94:12, 109:16, 116:16
**least** [7] - 23:10, 60:11, 71:19, 82:8, 88:3, 139:23, 161:14
**leave** [2] - 10:16, 161:2
**leaving** [1] - 141:24, 145:10, 145:15, 145:20, 145:21,

145:22, 146:16, 146:24, 147:3, 147:13, 149:5
**led** [4] - 147:8, 147:13, 156:13, 157:1
**leeway** [1] - 120:25
**left** [9] - 94:9, 95:1, 97:24, 114:23, 117:18, 136:5, 141:11, 141:12, 154:20
**legal** [8] - 37:20, 40:5, 40:17, 47:2, 47:16, 83:9, 103:9, 115:12
**legend** [1] - 68:1
**lend** [1] - 8:2
**lengthy** [1] - 44:2
**Lennon** [1] - 117:21
**less** [3] - 76:1, 129:17, 162:25
**lessons** [1] - 94:14
**letter** [6] - 36:1, 36:5, 36:7, 105:9, 149:20, 149:21
**letterhead** [2] - 34:24, 37:2
**level** [2] - 105:23, 139:20
**levels** [2] - 94:1, 94:2
**liability** [2] - 44:17, 83:7
**liable** [4] - 29:6, 47:4, 47:11, 83:11
**license** [5] - 68:23, 68:24, 69:4, 69:24, 69:25
**licenses** [4] - 68:21, 69:22, 71:1, 78:14
**lies** [1] - 46:25
**life** [7] - 6:13, 93:22, 106:13, 134:24, 136:18, 145:20, 150:19
**lifeblood** [1] - 146:25
**lifeline** [1] - 95:25
**light** [1] - 102:12
**likeable** [1] - 116:1
**liken** [2] - 129:2, 134:8
**Limine** [4] - 17:19, 22:13, 23:4, 23:18
**limine** [4] - 18:12, 23:13, 55:10, 74:8
**limit** [1] - 163:7
**limitation..** [1] - 148:11
**limited** [6] - 22:21, 23:18, 23:20, 86:8, 124:18, 152:23

**line** [35] - 11:18, 11:19, 11:20, 11:21, 11:22, 11:23, 11:24, 11:25, 12:1, 22:2, 46:23, 61:14, 82:2, 88:23, 89:1, 89:9, 89:25, 90:2, 90:4, 91:23, 91:24, 100:4, 135:21, 136:8
**Lines** [4] - 89:13, 89:14, 89:16
**lines** [24] - 12:4, 20:4, 22:5, 89:24, 90:1, 90:3, 90:4, 90:5, 90:6, 90:7, 90:8, 90:9, 90:10, 90:11, 90:12, 90:13, 90:14, 90:15, 90:16, 90:19, 90:21, 90:22, 90:23, 90:24
**lineup** [4] - 101:16, 103:13, 104:10, 108:1
**list** [4] - 67:8, 148:22, 149:1, 149:2
**listed** [1] - 152:2
**listen** [3] - 104:5, 130:6, 134:2
**listener** [1] - 109:8
**listening** [3] - 109:7, 129:25, 134:1
**listing** [1] - 149:14
**lists** [1] - 55:19
**literally** [1] - 96:13
**litigation** [1] - 158:15
**live** [5] - 91:15, 112:10, 115:7, 137:11, 137:13
**lived** [2] - 104:23, 125:9
**lives** [1] - 156:18
**living** [5] - 97:12, 98:21, 117:9, 118:22, 140:10
**LLP** [1] - 2:4
**loan** [1] - 113:8
**loaned** [1] - 112:17
**loaning** [1] - 113:5
**lodge** [1] - 83:5
**lodged** [1] - 83:24
**Logical** [1] - 135:20
**logical** [1] - 136:16
**logistical** [1] - 115:5
**London** [3] - 98:25, 118:25, 119:5
**look** [16] - 6:24, 7:8, 16:13, 26:16, 27:19, 30:7, 44:23, 60:16, 61:1, 67:25, 129:11, 157:25, 158:14, 162:8
**looked** [4] - 53:23, 102:6, 105:2, 149:3

**looking** [17] - 8:15, 26:21, 28:19, 30:10, 39:14, 43:11, 50:19, 56:10, 57:3, 66:10, 85:12, 111:23, 126:7, 153:13, 158:18, 158:19, 161:14
**looks** [2] - 119:16, 125:18
**loosen** [1] - 137:6
**Los** [4] - 129:1, 130:11, 138:3, 138:5
**LOS** [4] - 1:15, 1:24, 5:1, 164:3
**lose** [1] - 108:25
**losing** [1] - 141:9
**lost** [1] - 152:7
**Love** [1] - 158:2
**love** [6] - 6:24, 7:20, 9:19, 95:7, 95:24, 138:17
**Love"** [1] - 132:15
**loved** [1] - 97:7
**lower** [2] - 35:4, 80:10
**lowered** [1] - 68:11
**LP** [1] - 111:3
**lunch** [4] - 81:9, 89:2, 89:5, 162:15
**luxury** [1] - 118:2
**lyrics** [3] - 96:15, 96:16, 100:3

# M

**magical** [1] - 96:8
**maintain** [1] - 57:8
**maintained** [2] - 56:22, 57:7
**maintaining** [2] - 56:19, 56:25
**maintains** [1] - 60:2
**major** [1] - 148:14
**Maker** [1] - 98:24
**man** [2] - 112:4, 155:17
**manage** [5] - 114:15, 114:23, 115:12, 115:13
**managed** [2] - 115:23, 142:24
**management** [5] - 49:20, 49:24, 55:1, 77:19, 80:5
**Management** [1] - 86:7
**manager** [33] - 14:5, 15:2, 15:12, 33:5, 33:6, 37:11, 39:3, 41:2, 41:15, 42:1,

49:9, 51:18, 52:6, 53:25, 54:5, 54:7, 54:8, 71:25, 72:12, 79:2, 79:5, 87:1, 105:13, 105:17, 105:18, 106:6, 106:8, 114:12, 114:21, 114:25, 115:15, 116:6, 141:6
**managers** [2] - 114:16, 115:11
**managing** [5] - 104:2, 104:8, 107:12, 115:2, 141:3
**manner** [4] - 38:16, 38:18, 64:19, 64:21
**March** [4] - 86:10, 86:25, 139:8, 140:23
**Margareson** [2] - 124:3, 124:5
**Margereson** [49] - 15:2, 15:12, 15:17, 16:1, 16:10, 16:12, 17:2, 17:23, 17:25, 19:13, 21:21, 22:7, 22:8, 51:19, 89:7, 91:9, 104:9, 106:3, 107:5, 107:9, 107:22, 112:21, 114:9, 114:12, 114:19, 114:20, 114:24, 115:25, 116:2, 119:1, 120:4, 120:19, 121:2, 121:6, 122:10, 122:22, 124:9, 124:12, 125:14, 125:16, 131:1, 131:12, 131:14, 140:21, 140:22, 141:7, 141:8, 142:13, 143:2
**Margereson's** [8] - 16:5, 16:16, 17:23, 81:23, 88:22, 91:19, 143:13, 163:3
**marked** [4] - 52:3, 55:15, 139:5, 150:25
**marketplace** [1] - 110:9
**Marley** [1] - 158:1
**married** [2] - 51:24, 140:3
**mask** [1] - 86:21
**masters** [1] - 156:10
**material** [1] - 102:15
**matter** [15] - 5:20, 8:23, 20:14, 20:17, 43:25, 46:4, 46:5, 47:3, 47:16, 54:21, 81:12, 81:15, 157:19,

157:22, 164:12
**matters** [2] - 9:2, 31:8
**maxims** [1] - 24:20
**McCartney** [1] - 117:21
**meal** [1] - 129:3
**mean** [46] - 6:23, 7:2, 8:3, 8:23, 9:4, 12:24, 18:25, 22:23, 27:3, 27:4, 45:9, 46:14, 60:20, 60:21, 74:24, 85:17, 87:7, 92:2, 95:21, 96:15, 97:4, 97:17, 102:9, 104:25, 105:21, 106:5, 108:7, 108:22, 112:23, 113:25, 115:15, 115:18, 116:14, 127:7, 129:22, 129:24, 137:25, 138:14, 144:23, 146:14, 146:16, 148:17, 148:18, 157:23, 161:7
**meaning** [3] - 24:24, 66:6, 162:12
**means** [4] - 24:17, 24:23, 27:1, 27:25
**meeting** [13] - 86:25, 118:25, 119:4, 119:14, 120:8, 122:19, 123:21, 123:24, 139:8, 139:11, 139:13, 139:25, 140:24
**melodies** [1] - 133:25
**melody** [2] - 96:4, 100:1
**Melody** [1] - 98:24
**member** [1] - 72:24
**members** [33] - 7:8, 14:8, 14:17, 15:2, 32:5, 32:15, 33:7, 35:22, 36:18, 36:23, 38:25, 39:12, 40:21, 45:13, 46:22, 48:10, 52:18, 53:4, 53:11, 72:9, 72:11, 73:1, 79:23, 80:7, 80:18, 88:7, 93:9, 112:7, 123:3, 137:23, 145:14, 146:10, 151:15
**memo** [6] - 34:17, 34:19, 34:22, 34:24, 139:7, 161:3
**memorandum** [5] - 26:5, 86:9, 127:16,

131:13, 160:24
**memory** [3] - 85:4, 89:5, 152:11
**mention** [4] - 65:15, 118:25, 139:24, 155:17
**mentioned** [12] - 33:13, 35:1, 47:9, 68:18, 79:8, 79:13, 80:6, 97:9, 119:3, 120:10, 153:22, 155:3
**mentor** [1] - 108:7
**mere** [1] - 44:4
**Mesa** [1] - 2:7
**met** [10] - 76:7, 97:11, 99:3, 102:18, 103:14, 104:7, 104:9, 104:18, 107:10, 107:13
**metal** [1] - 158:1
**methodology** [1] - 34:8
**mid** [1] - 72:17
**middle** [5] - 92:2, 93:17, 98:4, 101:25, 128:4
**midpoint** [1] - 11:1
**might** [4] - 72:8, 73:13, 103:15, 106:8
**million** [2] - 74:5, 75:19
**millions** [1] - 74:16
**mind** [10] - 15:25, 16:4, 16:6, 16:14, 16:15, 16:17, 16:20, 20:23, 82:9, 147:14
**minds** [1] - 30:8
**minute** [2] - 20:13, 111:10
**minutes** [5] - 5:23, 6:14, 7:17, 8:2, 20:19
**miscellaneous** [3] - 68:4, 68:5, 68:14
**mischaracterizes** [1] - 154:7
**misleading** [2] - 44:19, 47:14
**mismanagement** [1] - 142:19
**Mismanagement** [3] - 143:12, 143:15
**missed** [1] - 90:20
**missing** [7] - 45:14, 104:15, 105:9, 161:1, 161:6, 161:17, 162:3
**misspelled** [1] - 105:10
**mistake** [4] - 79:2, 79:3, 152:4, 157:25
**mistaken** [1] - 151:9

**misunderstood** [1] - 87:10

**mix** [1] - 129:1

**mixed** [1] - 162:14

**mixing** [18] - 127:24, 128:4, 128:7, 128:8, 128:10, 128:12, 128:14, 128:23, 129:2, 129:3, 129:9, 129:13, 129:15, 129:19, 129:22, 130:12

**mode** [1] - 11:6

**modified** [1] - 86:10

**mom's** [1] - 104:23

**Moment** [1] - 128:13

**moment** [6] - 29:21, 50:6, 78:14, 143:23, 149:8, 153:18

**Moments** [4] - 128:23, 129:19, 131:21, 135:2

**Moments"** [1] - 127:25

**Monday** [2] - 157:16, 158:4

**money** [39] - 30:15, 33:1, 36:12, 36:17, 48:17, 53:19, 57:17, 59:9, 63:25, 71:15, 72:5, 72:10, 73:3, 73:4, 73:25, 76:14, 77:13, 77:17, 88:5, 112:18, 112:19, 112:25, 113:6, 113:7, 113:12, 114:3, 116:22, 117:3, 117:10, 119:25, 122:21, 122:24, 122:25, 123:15, 123:18, 136:25, 142:21, 142:23

**monies** [6] - 35:23, 65:3, 73:9, 73:23, 120:11, 126:24

**month** [1] - 129:17

**months** [8] - 96:11, 110:11, 113:2, 113:3, 118:2, 129:17, 135:18, 142:9

**morning** [15] - 5:13, 5:15, 5:16, 5:18, 10:23, 12:4, 13:8, 14:4, 26:22, 30:10, 49:6, 49:8, 82:2, 126:23, 157:17

**Morocco** [1] - 110:11

**most** [6] - 8:20, 25:4, 44:15, 75:23, 105:10, 159:17

**mostly** [1] - 137:14

**mother** [1] - 98:23

**mother's** [2] - 97:12, 97:14

**Motion** [4] - 17:18, 22:13, 23:4, 23:17

**motion** [11] - 8:7, 18:12, 22:19, 23:12, 23:21, 55:10, 74:7, 82:6, 83:5, 83:15, 84:9

**mountains** [1] - 133:8

**mouth** [1] - 117:10

**move** [12] - 18:15, 39:21, 40:16, 41:16, 42:7, 58:6, 65:7, 134:11, 138:3, 147:18, 150:21, 152:13

**moved** [1] - 141:4

**movie** [2] - 69:1, 69:11

**moving** [1] - 138:16

**MR** [317] - 5:13, 5:16, 5:20, 6:2, 6:10, 6:18, 7:6, 7:15, 8:5, 8:8, 8:13, 8:17, 9:8, 9:25, 10:4, 10:7, 10:12, 10:15, 10:18, 11:12, 11:18, 12:3, 12:6, 12:8, 12:10, 12:15, 13:1, 13:6, 14:3, 14:13, 14:14, 14:20, 14:23, 15:19, 15:21, 15:24, 16:5, 16:10, 16:16, 16:19, 16:22, 17:3, 17:11, 17:17, 18:8, 18:13, 18:17, 18:21, 19:11, 19:21, 19:25, 20:3, 20:6, 20:10, 21:5, 21:8, 21:13, 21:17, 21:23, 22:5, 22:9, 22:12, 22:17, 22:21, 23:6, 23:14, 23:16, 23:22, 24:11, 25:16, 25:24, 26:5, 26:13, 26:16, 26:19, 27:22, 28:2, 28:10, 28:15, 28:19, 29:18, 30:24, 31:11, 31:14, 31:17, 32:1, 37:20, 37:23, 38:3, 38:6, 38:11, 38:15, 38:20, 38:23, 39:21, 39:25, 40:4, 40:7, 40:10, 40:16, 40:19, 40:23, 40:25, 41:3, 41:5, 41:9, 41:12, 41:16, 41:23, 42:3,

42:8, 42:11, 42:22, 42:24, 43:3, 43:6, 43:8, 43:9, 43:12, 43:18, 44:15, 45:8, 45:15, 45:22, 45:25, 46:4, 46:10, 46:13, 46:20, 46:23, 46:25, 47:21, 48:2, 48:8, 49:1, 49:5, 52:23, 53:1, 55:9, 55:14, 56:1, 56:3, 56:6, 58:6, 58:7, 58:11, 58:18, 59:3, 59:6, 59:12, 59:16, 59:21, 60:4, 60:8, 60:18, 60:24, 61:4, 61:10, 61:19, 62:1, 62:11, 62:14, 62:16, 63:4, 65:9, 65:14, 66:23, 66:25, 71:3, 71:5, 71:11, 71:14, 73:10, 73:15, 74:7, 74:12, 74:15, 74:20, 75:1, 75:5, 75:9, 75:11, 75:13, 75:15, 75:17, 77:21, 77:23, 77:24, 78:9, 78:12, 78:22, 79:4, 80:21, 80:24, 81:4, 81:7, 81:22, 82:8, 82:11, 83:3, 83:14, 83:21, 83:24, 84:3, 84:7, 84:14, 84:17, 84:18, 84:21, 85:1, 85:4, 85:6, 85:8, 85:11, 85:14, 85:17, 85:19, 85:25, 86:2, 86:22, 87:17, 88:13, 88:21, 89:3, 89:8, 89:10, 89:12, 89:19, 89:23, 90:18, 90:21, 91:8, 91:18, 91:22, 92:4, 92:8, 92:10, 93:1, 93:5, 98:5, 98:9, 111:5, 117:5, 117:11, 119:8, 119:11, 119:20, 119:22, 120:3, 120:5, 120:7, 120:14, 120:18, 120:21, 121:3, 121:7, 121:12, 122:5, 122:7, 122:8, 122:12, 122:20, 123:8, 123:12, 127:9, 127:14, 128:19, 128:21, 130:16, 130:21, 132:8, 132:19, 134:11, 134:14, 135:23, 135:25, 136:20, 142:2, 142:5, 143:23, 144:1, 145:16,

145:24, 146:2, 146:6, 146:18, 146:20, 146:22, 147:6, 147:9, 147:11, 147:18, 147:21, 149:23, 150:5, 150:11, 150:14, 150:21, 150:23, 151:20, 151:22, 151:23, 151:25, 152:2, 152:4, 152:6, 154:7, 154:11, 156:21, 156:25, 157:3, 159:19, 160:8, 163:2, 163:7, 163:11, 163:13

**MTV** [2] - 5:24, 8:11

**multi** [1] - 7:10

**multi-instrumentalist** [1] - 7:10

**multiple** [1] - 45:19

**multitask** [1] - 158:19

**muse** [1] - 119:5

**music** [31] - 6:3, 9:20, 52:21, 54:3, 54:5, 54:11, 55:2, 65:21, 69:6, 69:11, 70:11, 70:14, 72:7, 72:10, 76:11, 76:19, 94:3, 95:14, 95:25, 98:12, 98:24, 114:2, 116:7, 116:10, 116:14, 116:20, 144:18, 147:23, 158:1

**Music** [55] - 11:14, 22:8, 22:10, 23:11, 24:5, 26:2, 26:3, 26:8, 26:25, 28:11, 30:11, 33:4, 33:5, 37:8, 37:13, 49:21, 49:24, 51:25, 52:4, 52:7, 56:9, 56:11, 58:23, 60:5, 63:7, 63:11, 63:19, 64:8, 66:18, 67:12, 69:7, 69:10, 73:24, 75:20, 82:15, 82:17, 82:21, 83:8, 83:10, 83:16, 83:22, 84:24, 86:3, 86:14, 87:4, 87:15, 126:2, 126:7, 126:12, 126:24, 127:7, 159:20, 160:23

**Music's** [1] - 37:11

**musical** [2] - 70:19, 102:10

**musician** [3] - 94:15, 98:10, 100:2

**musicians** [5] -

76:14, 98:15, 99:2, 99:14, 109:21

**must** [2] - 9:22, 102:2

**my/our** [1] - 106:13


**N**

**name** [13] - 13:21, 28:22, 44:5, 63:24, 67:1, 92:18, 92:19, 105:8, 105:9, 108:6, 115:9, 116:14, 145:20

**names** [1] - 105:10

**nature** [1] - 159:4

**near** [1] - 93:17

**necessarily** [1] - 65:4

**necessary** [1] - 9:21

**Need** [1] - 132:15

**need** [17] - 5:25, 16:13, 18:4, 18:8, 21:2, 27:15, 27:19, 30:23, 31:6, 45:23, 46:6, 82:7, 87:20, 87:23, 88:25, 160:12, 162:24

**needed** [6] - 102:16, 103:4, 107:8, 115:5, 135:13, 144:2

**needless** [1] - 86:15

**needs** [5] - 21:14, 25:25, 26:7, 47:16, 62:1

**negotiate** [1] - 115:14

**negotiated** [1] - 69:4

**negotiation** [4] - 53:23, 143:6, 144:9, 145:8

**neighboring** [2] - 72:5, 72:20

**nerve** [1] - 136:22

**Nevada** [2] - 140:10, 141:4

**never** [21] - 17:23, 32:17, 32:20, 32:23, 33:1, 37:25, 38:25, 39:10, 48:17, 53:10, 59:22, 93:9, 94:6, 100:24, 101:6, 109:4, 121:23, 151:2, 154:1, 156:16

**new** [9] - 70:19, 72:19, 103:12, 104:10, 104:13, 108:1, 128:3, 139:10

**next** [21] - 11:11, 11:12, 48:6, 81:3, 91:21, 92:9, 98:8,

111:23, 120:16, 123:10, 127:24, 128:13, 128:20, 135:3, 135:5, 138:20, 138:23, 142:3, 147:5, 150:13, 150:22
**nice** [1] - 49:8
**NICHOLAS** [1] - 2:5
**night** [4] - 8:15, 26:21, 112:6, 113:25
**nine** [1] - 96:11
**Ninth** [2] - 9:16, 19:8
**NO** [3] - 1:23, 4:2, 164:20
**nobody** [1] - 161:16
**non** [2] - 70:5, 156:7
**non-songwriters** [1] - 156:7
**none** [4] - 31:8, 109:14, 109:20, 135:5
**nonresponsive** [1] - 123:9
**noon** [1] - 87:21, 87:23
**normal** [6] - 52:21, 59:10, 60:17, 61:8, 61:12, 61:17
**north** [3] - 138:16, 140:10, 141:4
**Northern** [1] - 138:3
**Norweigian** [1] - 101:24
**note** [2] - 12:20, 50:21
**notebook** [1] - 64:12
**notebooks** [1] - 55:7
**noted** [8] - 41:22, 53:6, 62:25, 63:8, 65:11, 122:2, 125:12, 151:2
**nothing** [9] - 13:18, 40:13, 59:20, 80:24, 92:15, 97:23, 107:12, 109:16, 163:13
**noticed** [1] - 125:12
**notified** [1] - 88:24
**notify** [3] - 52:9, 154:4, 154:12
**notifying** [1] - 52:11
**notion** [2] - 38:1, 61:7
**November** [2] - 64:15, 118:14
**nowadays** [1] - 115:10
**nowhere** [1] - 98:4
**Number** [5] - 17:19, 22:14, 23:4, 23:18, 26:6
**number** [5] - 67:8,

73:13, 84:15, 89:9, 151:20
**numbers** [6] - 12:4, 67:8, 82:2, 88:24, 89:2, 131:6

## O

**o'clock** [5] - 81:11, 81:17, 87:22, 88:9, 163:15
**O'MALLEY** [1] - 2:5
**oath** [1] - 73:20
**object** [5] - 55:9, 56:1, 58:7, 73:10, 146:18
**objected** [1] - 68:11
**objection** [63] - 12:2, 14:20, 15:19, 18:6, 18:14, 18:21, 31:4, 37:20, 38:3, 38:11, 38:20, 39:21, 40:4, 40:10, 40:16, 40:23, 41:3, 41:9, 41:16, 41:22, 42:3, 52:23, 56:4, 58:24, 58:25, 59:2, 59:5, 59:13, 62:25, 65:8, 65:11, 66:22, 71:3, 74:7, 74:24, 78:9, 82:22, 98:5, 119:8, 119:22, 120:5, 120:14, 120:21, 122:2, 122:12, 123:8, 127:9, 128:19, 130:16, 132:8, 134:11, 142:2, 145:16, 146:2, 146:22, 147:9, 147:18, 149:23, 150:11, 150:21, 154:7, 156:21, 157:3
**objections** [3] - 65:9, 89:19, 89:20
**obligated** [3] - 26:14, 28:3, 28:12
**obligation** [16] - 17:6, 17:14, 18:19, 38:2, 38:10, 38:19, 40:2, 40:9, 40:22, 41:2, 42:1, 42:9, 43:21, 46:2, 85:1, 146:7
**obligations** [5] - 37:18, 84:11, 84:13, 85:8, 87:7
**observation** [1] - 159:16
**obstacles** [1] - 83:9
**obtain** [1] - 87:4
**obviously** [16] - 7:2,

7:3, 30:25, 95:12, 95:16, 96:3, 99:20, 107:5, 109:14, 110:13, 112:10, 112:20, 129:24, 136:5, 142:24, 145:11
**occasionally** [2] - 101:4, 133:9
**occasions** [1] - 32:7
**occupies** [1] - 76:13
**occur** [1] - 57:14
**occurred** [1] - 62:2
**October** [8] - 56:17, 61:22, 63:8, 65:3, 105:5, 139:1, 141:16, 143:1
**OF** [6] - 1:2, 1:13, 2:1, 164:1, 164:3, 164:4
**offend** [1] - 157:24
**offered** [1] - 104:10
**office** [6] - 72:13, 75:22, 123:21, 123:25, 124:6, 124:9
**offices** [1] - 54:10
**Official** [1] - 164:6
**OFFICIAL** [2] - 1:23, 164:1
**often** [9] - 57:7, 94:19, 95:21, 96:5, 96:16, 123:6, 126:17, 134:2
**oftentimes** [1] - 133:9
**old** [5] - 95:5, 98:3, 102:3, 106:15, 110:24
**old-fashioned** [1] - 98:3
**older** [1] - 116:4
**once** [1] - 5:6
**one** [69] - 5:20, 5:23, 6:8, 6:25, 7:25, 9:8, 19:15, 26:7, 29:19, 29:22, 30:6, 30:12, 39:7, 49:14, 50:3, 56:13, 57:20, 60:1, 60:21, 69:13, 69:20, 69:21, 69:25, 75:22, 76:17, 79:22, 82:20, 91:23, 93:8, 95:1, 96:11, 97:20, 97:22, 98:13, 100:4, 102:13, 102:17, 105:10, 111:3, 111:4, 114:17, 115:8, 117:15, 117:25, 118:10, 118:18, 124:11, 126:3, 126:19, 132:10, 133:5, 135:20, 137:19,

141:22, 143:23, 144:7, 149:11, 151:12, 151:25, 153:18, 155:3, 155:17, 156:8, 156:14, 156:17, 160:17, 160:19
**One** [1] - 158:1
**one-man** [1] - 155:17
**ones** [8] - 67:25, 68:1, 79:1, 90:18, 97:6, 119:25, 129:9, 129:24
**onwards** [1] - 97:4
**oOo** [1] - 5:3
**open** [5] - 12:7, 17:20, 22:24, 27:18, 91:17
**opened** [2] - 17:20, 22:25
**opening** [2] - 6:12, 109:1
**operates** [1] - 86:5
**opinion** [4] - 20:14, 73:11, 81:12, 157:18
**opportunity** [3] - 94:20, 145:25, 155:9
**opposite** [1] - 141:1
**oral** [1] - 86:5
**orally** [1] - 86:10
**orchestra** [1] - 134:8
**order** [14] - 7:16, 12:22, 17:18, 18:2, 23:3, 24:18, 67:21, 104:17, 108:20, 108:23, 108:24, 158:20, 159:7, 159:10
**organ** [1] - 96:6
**organization** [4] - 55:24, 56:7, 72:6, 115:5
**organized** [1] - 106:2
**original** [12] - 35:19, 53:7, 57:2, 66:5, 67:3, 67:6, 78:20, 79:6, 86:24, 95:4, 100:18, 153:2
**otherwise** [3] - 48:21, 121:25, 126:22
**ourselves** [1] - 115:9
**outcome** [1] - 9:16
**outline** [1] - 87:21
**outside** [2] - 82:24, 124:9
**overall** [3] - 68:3, 71:16, 77:10
**overdubbed** [1] - 133:17
**overdubbing** [1] - 128:25

**overlook** [1] - 26:8
**override** [1] - 158:12
**overruled** [33] - 14:22, 38:4, 39:23, 40:12, 40:18, 41:10, 41:22, 52:24, 56:4, 63:1, 65:12, 66:24, 71:12, 73:12, 78:10, 78:24, 89:20, 98:8, 117:7, 119:23, 120:6, 122:3, 122:13, 127:10, 130:18, 132:9, 134:13, 145:18, 146:3, 149:24, 150:22, 154:9, 157:5
**oversight** [1] - 29:25
**owed** [2] - 88:5, 159:6
**own** [7] - 44:4, 52:22, 64:24, 65:1, 70:18, 126:15, 126:18
**owned** [1] - 26:23
**ownership** [2] - 152:24, 153:1
**Oxford** [1] - 93:17

## P

**p.m** [5] - 91:3, 158:6, 162:23, 163:8, 163:18
**PA** [1] - 111:21
**packed** [1] - 98:25
**Page** [2] - 3:3, 4:2
**page** [73] - 11:18, 11:19, 11:20, 11:21, 11:22, 11:23, 11:24, 11:25, 12:1, 12:3, 22:5, 51:10, 63:15, 63:16, 63:23, 82:1, 84:20, 85:24, 85:25, 86:1, 88:23, 89:1, 89:9, 89:13, 89:14, 89:16, 89:24, 89:25, 90:1, 90:2, 90:3, 90:4, 90:5, 90:6, 90:7, 90:8, 90:9, 90:10, 90:11, 90:12, 90:13, 90:14, 90:15, 90:16, 90:19, 90:21, 90:22, 90:23, 90:24, 91:23, 91:24, 124:20, 125:12, 131:5, 139:7, 143:11, 144:14, 144:17, 147:22, 148:5, 148:7, 148:21, 149:1, 149:12, 159:9, 163:7, 164:12
**pages** [4] - 50:21, 50:22, 125:20, 162:24

**paid** [28] - 15:2, 27:15, 27:16, 30:15, 33:19, 33:22, 36:17, 48:16, 59:18, 59:19, 65:4, 66:12, 71:17, 71:19, 72:10, 72:11, 73:9, 74:5, 75:2, 75:18, 76:1, 76:8, 76:9, 77:7, 79:24, 80:6, 80:12, 112:16

**painfully** [1] - 68:21

**Palmer** [3] - 100:2, 117:17, 117:18

**panel** [1] - 11:4

**paper** [1] - 98:25

**par** [1] - 89:14

**Paragraph** [6] - 26:16, 37:13, 85:12, 87:3, 148:4, 148:7

**paragraph** [6] - 30:11, 86:16, 86:18, 144:17, 147:23, 148:8

**paragraphs** [1] - 85:2

**paraphernalia** [2] - 111:17, 111:18

**pardon** [3] - 30:24, 57:22, 77:12

**parents** [1] - 94:8

**Paris** [2] - 137:14

**part** [15] - 22:7, 44:17, 57:4, 57:20, 58:21, 75:23, 82:18, 99:6, 106:13, 134:3, 134:9, 134:10, 136:18, 144:21, 145:1

**participants** [1] - 76:21

**participate** [3] - 70:5, 101:13, 143:6

**participating** [1] - 139:11

**participation** [7] - 22:1, 37:15, 77:1, 126:1, 130:4, 139:18, 145:11

**particular** [13] - 42:5, 50:15, 55:24, 57:3, 58:2, 63:20, 69:14, 72:10, 74:20, 117:15, 128:22, 144:5, 153:22

**particularly** [1] - 105:7

**parties** [11] - 9:2, 50:15, 74:12, 87:13, 88:4, 88:6, 120:24, 158:11, 158:17, 158:20, 162:22

**parties'** [2] - 87:13, 162:20

**partner** [12] - 19:11, 19:12, 22:10, 23:11, 26:2, 29:3, 29:4, 29:23, 37:8, 44:4, 47:9, 51:24

**partners** [2] - 28:10, 86:4

**partnership** [9] - 28:17, 28:24, 83:7, 86:4, 86:6, 126:8, 126:9, 126:11

**Partnership** [1] - 28:23

**parts** [4] - 9:13, 133:9, 133:13, 134:6

**party** [27] - 15:25, 16:6, 19:12, 19:16, 22:22, 24:13, 24:22, 25:2, 26:3, 26:4, 26:5, 26:9, 26:11, 27:4, 27:19, 28:25, 29:12, 43:19, 47:22, 82:17, 84:10, 85:21, 148:10, 160:24, 161:23, 162:4

**passion** [1] - 95:25

**past** [6] - 107:3, 107:4, 123:20, 127:3, 128:9, 152:15

**PATRICK** [1] - 2:5

**pattern** [2] - 134:15, 134:18

**Paul** [19] - 12:9, 12:17, 12:24, 13:22, 17:24, 19:21, 19:22, 19:23, 19:25, 21:23, 21:25, 23:7, 25:9, 35:15, 43:3, 44:9, 44:12, 48:24, 139:7

**PAUL** [2] - 13:22, 13:24

**pay** [18] - 10:2, 28:13, 30:14, 36:12, 36:18, 38:19, 48:10, 48:18, 48:19, 54:9, 77:1, 80:8, 85:1, 112:19, 146:7, 150:3, 161:15, 161:20

**payable** [3] - 48:14, 48:17, 48:21

**paying** [20] - 10:14, 14:11, 34:4, 34:7, 34:8, 34:13, 37:24, 38:8, 38:18, 38:25, 39:11, 40:1, 48:13, 53:20, 77:18, 80:7, 116:24, 153:9, 153:16, 157:9

**payment** [7] - 18:19, 35:18, 37:18, 63:24, 64:4, 80:13, 150:15

**payments** [18] - 19:4, 25:13, 25:14, 25:16, 25:17, 25:18, 25:21, 29:13, 29:15, 39:4, 39:8, 53:11, 65:1, 75:23, 146:9, 150:6, 156:7

**people** [10] - 27:15, 28:7, 30:1, 77:11, 77:17, 101:9, 108:24, 129:20, 129:24, 139:24

**per** [2] - 33:12, 111:10

**percent** [17] - 15:5, 15:6, 33:14, 33:17, 35:3, 35:4, 35:5, 35:8, 36:19, 68:7, 68:8, 68:9, 68:12, 86:23, 86:24, 129:10

**percentage** [14] - 33:14, 33:15, 35:14, 36:8, 68:3, 68:6, 79:10, 79:13, 79:16, 80:3, 80:12, 113:11, 126:17, 131:4

**percentages** [9] - 15:1, 33:7, 33:11, 33:13, 34:2, 35:1, 36:11, 139:12, 143:17

**perform** [1] - 48:9

**performance** [1] - 159:1

**performances** [3] - 72:8, 72:9, 137:13

**performed** [2] - 95:1, 133:10, 141:18

**performing** [5] - 8:12, 8:13, 94:15, 95:11, 96:19

**perhaps** [2] - 45:10, 68:21

**period** [22] - 55:20, 55:21, 56:16, 63:8, 63:12, 68:9, 75:8, 80:1, 97:25, 104:24, 116:8, 137:14, 139:3, 140:3, 140:13, 140:14, 142:8, 152:25, 153:8, 153:11, 153:14, 159:8

**periods** [1] - 73:6

**permitted** [1] - 24:19

**perpetual** [13] - 17:14, 18:19, 19:16, 22:2, 38:2, 38:10, 38:19, 40:3, 40:9, 40:22, 41:2, 42:2, 42:10

**perpetuated** [1] -

17:6

**perpetuity** [19] - 15:18, 19:19, 25:22, 37:15, 39:14, 39:18, 40:14, 40:15, 40:20, 41:1, 41:7, 41:14, 41:15, 86:17, 143:16, 145:1, 148:2, 161:15, 161:21

**person** [4] - 27:14, 28:8, 33:12, 91:15

**personal** [4] - 95:23, 101:10, 136:1, 155:7

**personality** [1] - 107:1

**personality-wise** [1] - 107:1

**personally** [1] - 156:15

**persons** [1] - 154:14

**perspective** [2] - 87:13, 152:21

**Phil** [11] - 48:9, 48:13, 76:7, 76:10, 76:17, 79:19, 80:6, 80:8, 80:12, 80:13, 80:14

**Phil's** [1] - 80:11

**PHILLIPS** [1] - 2:4

**phone** [1] - 82:25

**phones** [8] - 10:1, 10:4, 10:5, 10:7, 11:4, 21:9, 82:24, 82:25

**piano** [5] - 94:14, 96:5, 96:14, 97:13

**picture** [1] - 133:4

**piece** [2] - 111:4, 130:6

**pieces** [1] - 100:25

**place** [7] - 11:5, 35:14, 95:14, 96:6, 96:8, 123:24, 136:15

**places** [4] - 106:23, 106:25, 134:21, 142:22

**plain** [2] - 160:13, 161:14

**plaintiff** [13] - 17:18, 46:1, 46:2, 48:22, 51:2, 60:13, 77:22, 81:6, 81:20, 83:9, 83:20, 159:6, 163:1

**PLAINTIFF** [1] - 2:3

**plaintiff's** [5] - 6:17, 29:2, 35:2, 106:18, 161:19

**plaintiffs** [54] - 5:14, 12:9, 12:17, 12:20, 22:14, 23:3, 26:8, 33:14, 34:8, 35:24,

38:1, 38:9, 38:17, 38:19, 40:2, 45:10, 48:14, 48:18, 49:25, 58:7, 58:14, 66:12, 67:22, 68:11, 70:4, 71:8, 71:17, 71:20, 73:23, 73:25, 74:5, 75:18, 76:1, 79:23, 80:19, 82:12, 99:5, 101:13, 104:12, 109:10, 123:3, 123:14, 129:18, 131:17, 132:20, 132:23, 133:2, 150:6, 153:10, 153:24, 154:14, 154:16, 160:20, 161:20

**Plaintiffs** [1] - 1:6

**plaintiffs'** [4] - 21:4, 81:4, 81:25, 151:15

**planned** [3] - 39:11, 118:9, 147:2

**planning** [2] - 54:10, 55:4

**plant** [2] - 130:11, 131:19

**plastic** [1] - 111:4

**play** [23] - 7:2, 7:21, 8:9, 8:16, 86:14, 88:21, 91:11, 91:16, 94:5, 94:12, 94:20, 95:3, 99:15, 103:7, 104:12, 115:4, 129:18, 134:1, 134:3, 134:4, 137:6, 156:5, 163:5

**played** [12] - 12:7, 12:22, 13:2, 81:24, 91:17, 95:3, 104:7, 128:16, 134:6, 142:18, 142:20, 142:22

**player** [4] - 7:9, 102:25, 112:5, 133:13

**playing** [11] - 8:2, 13:9, 61:14, 81:23, 91:19, 101:21, 103:2, 108:25, 133:2, 133:25, 155:1

**plays** [2] - 7:1, 115:16

**plus** [1] - 118:8

**pocket** [3] - 28:16, 83:6, 84:1

**point** [38] - 6:1, 7:6, 8:5, 9:8, 25:19, 25:21, 27:10, 29:14, 34:4, 35:13, 42:24, 44:15, 44:24, 45:15, 47:1, 60:25, 65:2, 73:2,

74:18, 79:19, 84:17, 93:24, 94:15, 99:25, 100:24, 102:22, 109:11, 109:19, 118:20, 137:23, 138:1, 138:11, 146:21, 147:15, 150:7, 150:9, 154:4, 157:2
  pointed [1] - 105:8
  points [1] - 83:4
  poised [1] - 135:10
  POMFRET [3] - 1:8, 92:20, 92:22
  Pomfret [2] - 5:10, 92:20
  Pope [9] - 62:17, 86:8, 112:5, 139:17, 140:12, 143:22, 144:5, 144:25, 145:1
  portion [20] - 12:18, 37:16, 53:3, 53:11, 67:22, 71:9, 73:24, 75:19, 81:23, 88:21, 89:4, 91:18, 120:2, 126:21, 146:7, 148:6, 148:14, 150:4, 153:10, 153:16
  portions [3] - 11:13, 11:15, 12:21
  portrayed [1] - 61:16
  Portsmouth [1] - 93:13
  position [5] - 6:17, 46:12, 46:13, 47:22, 62:11
  positions [1] - 162:20
  possibility [1] - 6:21
  possible [3] - 28:15, 29:5, 66:21
  possibly [4] - 54:9, 68:2, 79:9, 82:18
  potential [2] - 102:9, 107:6
  potentially [1] - 67:17
  pounds [1] - 112:25
  poured [1] - 146:25
  Power [1] - 51:11
  practical [2] - 105:22, 105:23
  practice [2] - 54:22, 54:25
  practices [1] - 58:4
  precise [1] - 68:15
  precisely [1] - 23:3
  preconference [1] - 158:20
  predicated [1] - 29:2

  prejudicial [5] - 6:19, 24:19, 45:17, 47:13, 58:14
  prelude [1] - 13:2
  prepare [7] - 34:10, 54:10, 57:8, 57:11, 61:9, 61:21, 61:22
  prepared [22] - 15:9, 47:2, 52:10, 57:4, 58:2, 59:9, 60:7, 60:8, 60:10, 60:16, 60:21, 61:2, 61:4, 61:5, 61:7, 61:8, 61:15, 62:6, 64:19, 64:21, 75:24, 83:4
  prepares [2] - 61:17, 61:23
  preparing [3] - 52:17, 83:15, 129:2
  present [3] - 7:17, 11:12, 11:13
  presented [3] - 9:10, 12:4, 124:8
  presenting [2] - 7:18, 83:16
  presiding [1] - 5:7
  Presidio [1] - 2:7
  pressure [2] - 117:23, 118:8
  presumably [2] - 10:14, 27:2
  presume [1] - 57:16
  presuming [1] - 12:3
  pretrial [2] - 159:7, 159:9
  pretty [15] - 95:17, 108:19, 111:16, 112:14, 118:4, 118:21, 118:24, 128:2, 129:13, 135:17, 136:6, 137:25, 142:10, 142:11, 157:12
  preview [1] - 55:13
  previous [3] - 25:7, 43:18, 44:1
  previously [8] - 81:24, 89:21, 103:2, 105:2, 124:16, 125:2, 139:5, 149:9
  primarily [1] - 129:9
  primitive [1] - 112:14
  principles [2] - 28:22, 43:22
  priority [2] - 138:19, 146:13
  prison [1] - 98:4
  private [1] - 95:19
  probative [1] - 17:13
  problem [4] - 45:8,

  46:25, 48:4, 83:9
  problems [2] - 53:2, 138:6
  Procedure [1] - 82:12
  procedure [1] - 56:24
  proceed [8] - 12:5, 13:23, 75:15, 92:25, 99:11, 102:5, 119:16, 122:5
  proceedings [2] - 163:18, 164:11
  PROCEEDINGS [1] - 1:13
  process [18] - 5:23, 9:6, 9:11, 9:14, 56:21, 67:20, 78:15, 101:8, 101:14, 103:16, 108:11, 116:16, 128:10, 128:15, 128:22, 129:15, 129:19, 132:6
  produce [1] - 107:23
  produced [6] - 55:10, 58:11, 58:17, 59:16, 62:12, 62:19
  producer [2] - 107:25, 125:19
  producing [1] - 118:5
  production [4] - 51:3, 51:7, 82:13, 82:14
  Productions [1] - 50:23
  professional [2] - 98:10, 155:6
  professionally [1] - 96:20
  profound [1] - 93:22
  program [1] - 72:14
  progress [1] - 102:22
  proof [1] - 82:14
  proper [1] - 67:23
  proportion [1] - 77:14
  proportionate [1] - 77:18
  prospect [1] - 124:8
  protocol [1] - 88:23
  prove [2] - 46:2, 160:20
  provide [1] - 58:22
  provided [8] - 7:12, 49:21, 49:24, 58:13, 59:24, 60:2, 60:13, 61:10
  providing [1] - 55:1,

  77:11
  provision [1] - 161:5
  pub [1] - 99:3
  publication [1] - 81:25
  publicly [1] - 156:15
  publish [1] - 14:13
  publisher [2] - 69:6, 98:12
  publishers [2] - 76:20, 116:14
  publishing [28] - 26:6, 86:9, 116:10, 116:20, 116:21, 116:25, 117:1, 120:2, 123:1, 126:13, 126:14, 126:20, 126:25, 127:16, 139:10, 139:16, 139:22, 144:18, 147:23, 152:23, 156:8, 159:21, 159:23, 160:6, 160:9, 161:3, 161:24, 162:4
  Publishing [3] - 66:18, 69:8, 69:10
  pull [2] - 34:21, 84:19
  pulling [1] - 141:1
  pump [1] - 96:6
  purchased [1] - 24:2
  purports [1] - 46:9
  purpose [6] - 16:21, 126:11, 145:13
  purposes [2] - 9:20, 74:18
  pursuant [4] - 34:1, 82:6, 82:11, 164:9
  put [25] - 6:15, 7:13, 12:17, 39:14, 39:16, 39:17, 39:19, 40:20, 41:1, 41:6, 41:7, 42:10, 47:23, 54:9, 95:18, 97:18, 97:19, 98:12, 98:13, 100:1, 109:5, 123:18, 129:4, 145:20, 151:12
  putting [2] - 41:14, 82:3

## Q

  quagmire [1] - 44:25
  qualifies [1] - 22:12
  quality [3] - 112:9, 112:11, 149:11
  quarterly [1] - 67:20
  questions [17] - 31:2, 44:19, 45:20, 46:17, 47:12, 48:5,

  49:1, 53:7, 55:12, 77:21, 80:21, 95:17, 136:14, 162:12, 162:14, 162:18
  quick [1] - 12:11
  quickly [3] - 90:19, 118:3, 118:4
  Quietest [6] - 127:25, 128:12, 128:23, 129:19, 131:20, 135:2
  quit [1] - 51:19
  quite [2] - 117:16, 158:18
  quote [1] - 86:13

## R

  radio [2] - 110:17, 136:23
  raise [2] - 13:15, 92:12
  raised [3] - 11:4, 93:16, 158:14
  rare [1] - 96:16
  rarefied [1] - 76:13
  rates [1] - 34:20
  raw [1] - 136:15
  reached [1] - 147:14
  reactive [1] - 159:17
  read [9] - 11:15, 11:16, 20:7, 88:23, 89:1, 89:6, 130:22, 143:8, 160:15
  readback [1] - 163:3
  reading [4] - 130:25, 144:23, 152:9, 162:15
  ready [4] - 10:25, 20:24, 135:12, 141:6
  real [2] - 12:10, 97:18
  reality [2] - 44:24, 61:16
  realized [1] - 12:19
  really [45] - 70:15, 94:6, 95:14, 95:18, 97:25, 98:22, 98:23, 101:4, 101:6, 101:23, 102:12, 102:22, 104:16, 106:1, 107:6, 108:2, 108:8, 109:15, 110:14, 111:21, 112:14, 114:17, 115:7, 115:19, 115:24, 116:13, 116:17, 118:1, 118:3, 118:8, 118:23, 122:14, 129:25, 131:1, 135:10, 135:13, 135:14,

135:17, 136:13, 136:15, 138:17, 141:2, 142:25, 147:15, 157:12

**Realtime** [1] - 164:6
**reason** [5] - 13:4, 29:24, 40:2, 91:24, 157:9
**reasons** [1] - 100:12
**rebuttal** [1] - 163:5
**recalled** [1] - 17:24
**recalling** [1] - 117:12
**receipts** [9] - 54:8, 55:20, 57:9, 57:21, 57:22, 63:11, 63:14, 64:14, 64:22
**receive** [11] - 36:13, 36:15, 67:22, 70:1, 77:17, 85:15, 86:17, 143:16, 144:25, 148:2, 150:2
**received** [11] - 57:17, 59:9, 62:4, 63:3, 64:24, 65:4, 65:13, 99:23, 113:21, 117:3, 156:3
**receives** [1] - 69:10
**receiving** [3] - 53:19, 116:20, 119:25
**recently** [5] - 61:5, 61:7, 62:7, 73:7, 116:4
**recess** [4] - 20:13, 88:17, 88:18, 157:15
**recipient** [1] - 77:13
**recipients** [1] - 77:13
**recital** [1] - 85:23
**recitation** [1] - 86:12
**recites** [3] - 85:23, 86:3, 86:16
**recognize** [5] - 51:5, 51:12, 55:15, 125:13, 145:6
**recollection** [5] - 72:16, 106:19, 116:21, 119:3, 119:4
**record** [53] - 7:11, 9:16, 12:20, 13:10, 13:21, 19:10, 25:25, 31:11, 35:2, 57:4, 62:1, 65:21, 66:1, 67:3, 70:18, 76:14, 82:9, 88:24, 88:25, 89:10, 92:18, 99:18, 100:16, 104:10, 104:13, 106:18, 106:20, 107:16, 108:9, 108:12, 111:2, 112:17, 113:5, 113:8, 114:1, 114:7, 120:10,

120:11, 122:12, 122:17, 122:23, 127:24, 129:14, 130:11, 131:19, 134:24, 134:25, 135:1, 135:12, 138:17, 152:22
**recorded** [17] - 65:22, 66:6, 66:14, 67:18, 72:7, 96:25, 97:3, 98:14, 100:20, 108:1, 128:24, 133:8, 135:3, 137:14, 137:18, 139:3, 149:2
**recording** [18] - 65:18, 65:19, 66:5, 67:2, 78:20, 79:6, 106:12, 107:19, 109:11, 109:18, 112:25, 128:12, 128:14, 128:23, 133:1, 133:3, 141:18, 154:19
**recordings** [6] - 65:16, 66:10, 67:21, 70:6, 134:17, 139:19
**Records** [13] - 100:6, 100:15, 103:25, 104:1, 104:13, 105:5, 106:12, 107:11, 107:14, 114:21, 124:18, 125:5
**records** [11] - 35:19, 35:20, 56:22, 56:25, 57:7, 58:21, 59:8, 60:19, 62:10, 100:18, 113:11
**recoup** [3] - 113:7, 113:12, 116:25
**recouped** [1] - 122:17
**recouping** [1] - 122:23
**recoupment** [2] - 112:22, 112:24
**recovers** [1] - 79:11
**reduction** [1] - 139:21
**refer** [3] - 28:22, 109:20, 111:9
**reference** [3] - 30:9, 143:12, 143:15
**referenced** [1] - 46:19
**references** [2] - 30:11, 131:4
**referred** [3] - 94:1, 106:4, 149:20
**referring** [4] - 102:23, 106:9, 139:8,

143:17
**refers** [3] - 44:5, 66:5, 148:1
**reflect** [1] - 13:11
**reflected** [2] - 34:17, 63:20
**reflective** [1] - 62:1
**reflects** [1] - 64:7
**refresh** [1] - 152:11
**Reg** [1] - 98:15
**regarding** [9] - 17:19, 22:14, 24:17, 43:23, 47:12, 63:11, 80:2, 84:1, 160:13
**regardless** [1] - 117:15
**reggae** [1] - 158:1
**regret** [1] - 131:2
**regular** [2] - 57:5, 61:11
**regulations** [1] - 164:13
**rehearsal** [1] - 106:23
**rehearse** [3] - 106:25, 134:25, 135:17
**rehearsing** [1] - 107:18
**related** [2] - 76:4, 162:7
**relates** [7] - 26:11, 27:12, 29:11, 30:20, 45:20, 46:3, 162:1
**relationship** [6] - 102:10, 114:18, 115:17, 118:21, 145:14, 156:12
**relationship-wise** [1] - 118:21
**relative** [2] - 17:6, 27:20
**relax** [1] - 6:23
**release** [3] - 111:6, 116:11, 134:23
**released** [16] - 100:4, 101:17, 109:24, 110:9, 110:19, 110:21, 118:13, 118:15, 131:20, 132:15, 134:19, 137:11, 137:18, 138:25, 141:15, 141:18
**relevance** [3] - 6:25, 135:24, 147:9
**relevant** [8] - 7:20, 9:7, 16:1, 45:16, 45:17, 45:18, 75:4, 135:23

**relying** [2] - 24:13, 27:18
**remain** [1] - 140:23
**remainder** [1] - 36:15
**remember** [31] - 11:3, 30:9, 52:11, 95:6, 95:7, 104:4, 104:17, 106:8, 109:15, 112:3, 122:15, 122:24, 122:25, 123:17, 124:5, 124:24, 125:11, 128:2, 128:5, 129:16, 129:20, 130:9, 130:12, 130:14, 130:25, 131:8, 131:9, 139:13, 144:22, 144:23
**remind** [2] - 11:2, 11:8
**rendition** [1] - 5:25
**renegotiate** [1] - 153:7
**renegotiated** [3] - 156:3, 156:9, 156:11
**rep** [1] - 45:7
**repeat** [5] - 38:5, 41:11, 106:23, 118:5, 147:15
**repeated** [1] - 134:16
**rephrase** [4] - 38:13, 40:6, 59:4, 119:9
**replete** [1] - 87:7
**report** [17] - 55:19, 55:25, 56:11, 56:19, 57:4, 57:16, 57:20, 58:3, 58:19, 58:20, 58:22, 59:25, 62:3, 63:7, 64:7, 64:14, 65:5
**reported** [1] - 164:11
**REPORTER** [2] - 1:23, 164:1
**Reporter** [2] - 164:7, 164:20
**REPORTER'S** [1] - 1:13
**reports** [3] - 59:7, 59:9, 62:7
**representations** [1] - 62:18
**representative** [3] - 19:3, 47:5, 107:15
**representatives** [2] - 67:24, 79:17
**represented** [1] - 141:24
**representing** [5] - 72:22, 125:17,

130:15, 144:11, 144:12
**reproduce** [1] - 112:11
**request** [14] - 9:9, 9:18, 10:18, 15:21, 31:2, 31:15, 59:7, 59:17, 60:10, 69:11, 69:12, 79:17, 158:10, 158:12
**requested** [3] - 58:20, 59:8, 76:17
**requesting** [1] - 31:12
**requests** [1] - 59:7
**required** [1] - 148:9
**rerecord** [5] - 70:8, 70:16, 79:1, 79:6, 79:10
**rerecorded** [2] - 70:22, 71:1
**rerecords** [3] - 70:10, 70:13, 71:8
**research** [3] - 20:17, 81:15, 157:21
**respect** [12] - 8:24, 30:22, 44:14, 64:20, 65:9, 82:14, 89:3, 150:7, 159:20, 160:23, 161:9, 162:20
**respectfully** [2] - 9:17, 31:2
**respective** [4] - 26:23, 33:7, 34:12, 36:18
**response** [15] - 17:1, 17:16, 26:10, 39:22, 43:16, 44:16, 59:20, 59:21, 59:22, 59:23, 60:10, 130:10, 134:15, 159:15, 159:18
**responsibility** [1] - 21:15
**responsible** [2] - 56:18
**rest** [3] - 65:1, 92:1, 138:5
**restate** [1] - 146:8
**restated** [1] - 37:18
**rested** [1] - 81:20
**rests** [1] - 81:6
**result** [3] - 74:6, 86:25, 116:19
**resume** [2] - 10:25, 88:10
**retiring** [1] - 55:4
**return** [1] - 139:22
**revenue** [2] - 75:2, 75:8, 77:13

**revenues** [4] - 58:23, 64:7, 71:9, 75:20
**reversion** [7] - 152:15, 152:18, 152:20, 155:11, 155:20, 155:23, 156:5
**revert** [1] - 156:1
**review** [1] - 151:17
**reviewed** [1] - 39:16
**Revised** [1] - 28:23
**revolutions** [1] - 111:10
**Richard** [7] - 28:2, 29:21, 42:22, 43:15, 50:23, 100:2, 126:8
**Rick** [56] - 18:18, 19:11, 19:17, 19:18, 21:24, 23:7, 26:1, 29:6, 35:7, 35:22, 36:2, 36:15, 37:4, 37:7, 47:9, 50:23, 51:16, 51:24, 64:24, 65:22, 97:11, 99:2, 99:9, 99:13, 99:14, 100:1, 100:13, 100:20, 101:2, 102:6, 102:10, 102:20, 105:24, 109:14, 110:5, 115:3, 117:13, 119:7, 119:14, 119:24, 123:18, 124:2, 125:9, 135:14, 139:16, 139:23, 140:15, 141:9, 145:23, 148:19, 150:2, 154:12, 156:14
**Rick's** [2] - 140:7, 141:2
**ridiculous** [1] - 111:25
**rights** [13] - 69:13, 69:16, 72:5, 72:20, 78:6, 148:17, 148:18, 152:15, 153:6, 154:6, 155:11, 155:13, 155:21
**ringing** [2] - 82:25, 151:24
**rise** [10] - 5:5, 10:20, 20:21, 31:20, 81:18, 88:16, 88:19, 91:2, 158:5, 163:16
**road** [1] - 111:13
**Robert** [2] - 5:14, 51:2
**ROBERT** [1] - 2:6
**rock** [2] - 54:13, 105:10
**ROGER** [2] - 1:8, 92:22

**Roger** [43] - 5:10, 28:2, 29:21, 32:3, 32:7, 32:13, 34:4, 34:7, 34:13, 35:10, 35:14, 35:22, 36:2, 36:12, 38:25, 39:7, 39:10, 43:24, 44:5, 44:18, 44:25, 47:10, 52:9, 52:13, 53:7, 64:25, 65:22, 67:10, 67:18, 69:12, 69:16, 70:11, 72:23, 73:4, 73:8, 73:24, 74:6, 75:20, 78:2, 78:3, 92:11, 92:19, 126:8
**Roger's** [8] - 35:7, 39:3, 39:5, 78:6, 79:1, 79:5, 79:17, 80:2
**role** [9] - 9:11, 33:4, 86:14, 104:12, 128:16, 129:18, 140:12, 145:8, 156:6
**roles** [2] - 115:15, 140:18
**roll** [1] - 105:11
**rolling** [1] - 33:2
**Rolling** [2] - 65:25, 66:2
**Rondor** [1] - 126:12
**ROOM** [1] - 1:24
**room** [7] - 21:2, 21:11, 21:15, 97:14, 123:21, 124:9, 129:23
**rotated** [1] - 111:9
**routine** [1] - 134:23
**row** [1] - 51:4
**royalties** [52] - 14:7, 14:11, 14:18, 15:1, 17:3, 17:4, 17:8, 17:10, 28:4, 28:13, 32:4, 33:8, 33:19, 33:22, 34:5, 34:9, 34:14, 34:15, 34:18, 35:19, 36:8, 38:1, 38:9, 38:16, 48:14, 48:17, 48:21, 53:12, 53:16, 53:18, 67:16, 68:3, 72:6, 76:3, 80:19, 119:3, 119:12, 120:10, 120:12, 122:16, 122:17, 122:23, 127:13, 138:10, 139:21, 139:22, 146:10, 150:1, 150:2, 150:7, 153:10, 153:16
**royalty** [4] - 17:5, 34:1, 34:20, 156:3
**RPR** [1] - 164:20
**rule** [2] - 22:13,

91:12
**Rule** [9] - 46:15, 47:3, 82:6, 82:11, 83:5, 83:12, 83:14, 83:15, 83:25
**ruled** [1] - 42:4
**rules** [1] - 24:20
**ruling** [4] - 8:8, 44:2, 47:2, 47:16
**run** [1] - 81:21
**running** [1] - 94:22
**runs** [1] - 16:23
**Russell** [8] - 62:17, 112:4, 129:9, 130:1, 139:17, 140:11, 143:21, 144:4

**S**

**sad** [1] - 137:9
**safe** [3] - 50:14, 52:12, 117:2
**sake** [1] - 16:24
**sale** [1] - 113:6
**sales** [1] - 114:3
**Sam** [1] - 115:23
**San** [1] - 2:8
**sang** [1] - 103:9
**sat** [1] - 7:8
**Satisfaction** [2] - 65:25, 66:3
**save** [1] - 138:20
**saw** [8] - 6:21, 28:18, 82:23, 98:24, 110:12, 131:4, 140:1, 151:7
**sax** [2] - 133:22, 133:24
**saxophone** [3] - 133:19, 133:21, 134:9
**scenario** [1] - 24:1
**School** [3] - 102:14, 103:14, 110:7
**school** [14] - 93:21, 93:25, 94:11, 94:17, 95:1, 95:3, 95:16, 97:24, 98:2, 98:3, 103:15, 136:5, 136:6, 136:11
**scope** [4] - 60:17, 61:8, 61:17, 98:5
**Scott** [3] - 107:22, 107:25, 118:5
**screen** [6] - 26:18, 50:20, 63:5, 105:3, 118:13, 151:12
**scroll** [2] - 50:20, 63:14
**seat** [1] - 119:17
**seated** [13] - 5:8, 10:22, 13:20, 20:22,

31:22, 50:2, 50:5, 51:4, 81:19, 88:19, 91:4, 92:17, 158:7
**second** [11] - 16:7, 44:7, 100:10, 100:22, 101:16, 101:18, 108:25, 131:4, 144:13, 151:12, 160:23
**Section** [2] - 161:10, 164:9
**section** [2] - 57:24, 91:23
**security** [1] - 6:22
**see** [35] - 6:6, 6:24, 9:7, 20:19, 28:15, 37:13, 37:16, 38:13, 49:8, 57:9, 59:6, 63:6, 63:17, 77:16, 81:17, 88:2, 103:25, 128:15, 130:6, 138:21, 138:25, 143:11, 144:13, 144:19, 144:25, 145:2, 147:24, 148:1, 148:6, 148:24, 151:19, 152:11, 155:16, 158:1, 158:4
**seeing** [1] - 160:24
**seem** [2] - 117:12, 161:25
**sell** [1] - 99:23
**send** [1] - 34:11
**sending** [1] - 87:6
**sense** [4] - 23:10, 102:21, 105:19, 134:10
**sensible** [2] - 136:9, 136:16
**sensitive** [1] - 94:25
**sent** [5] - 63:25, 93:20, 98:11, 136:9, 136:11
**sentence** [1] - 92:2
**sentencing** [1] - 148:16
**separate** [6] - 83:5, 120:9, 121:10, 122:18, 130:15, 130:19
**separately** [2] - 100:23, 117:19
**September** [5] - 88:22, 89:12, 91:9, 110:2, 137:11
**sequencing** [1] - 130:2
**series** [1] - 144:13
**served** [1] - 154:2
**services** [1] - 49:20,

49:24, 55:1, 77:11
**session** [1] - 5:6
**set** [4] - 7:13, 97:14, 142:15, 142:16
**setting** [1] - 6:5
**settle** [1] - 54:9
**settlement** [2] - 17:12, 151:14
**seven** [3] - 62:4, 94:16, 116:4
**several** [4] - 50:21, 70:22, 74:5, 137:13
**Shakti** [1] - 39:3
**shall** [14] - 13:16, 13:17, 26:23, 26:24, 27:25, 85:14, 86:16, 87:3, 87:5, 92:13, 92:14, 143:15, 144:25, 148:1
**share** [8] - 34:9, 35:23, 77:18, 117:13, 120:1, 122:15, 124:16, 158:9
**shared** [1] - 77:12
**shares** [3] - 35:7, 36:18, 139:17
**sharing** [9] - 32:4, 32:14, 34:1, 119:2, 119:12, 120:20, 122:11, 124:14, 138:10
**Shell** [1] - 103:16
**Shivaya** [1] - 39:4
**short** [1] - 96:18
**show** [12] - 7:23, 20:2, 26:15, 46:4, 46:9, 69:1, 81:21, 124:20, 125:2, 149:9, 155:17, 161:17
**showed** [2] - 94:21, 121:21
**showing** [3] - 59:8, 59:18, 82:15
**shown** [1] - 67:11
**shows** [8] - 7:2, 57:20, 63:10, 63:14, 63:23, 71:15, 101:22, 137:15
**shy** [1] - 94:25
**side** [7] - 21:4, 88:24, 89:3, 102:20, 104:14, 110:22, 111:4
**sidebar** [9] - 12:10, 15:21, 18:22, 42:16, 42:23, 58:8, 74:9, 120:22, 121:21
**Sidebar** [14] - 12:13, 13:13, 15:23, 18:16, 18:23, 20:11, 42:17, 48:7, 58:9, 62:24,

**UNITED STATES DISTRICT COURT**

74:10, 75:14, 120:23, 122:4
**sidebars** [1] - 121:20
**Siebenberg** [12] - 15:6, 43:14, 50:11, 51:3, 64:2, 86:7, 99:6, 103:23, 110:18, 140:11, 154:24
**sign** [10] - 28:7, 29:4, 43:17, 44:4, 44:20, 46:22, 125:16, 126:19, 127:20, 130:13
**signal** [1] - 31:1
**signatories** [3] - 27:8, 44:13, 160:10
**signatory** [6] - 43:4, 43:21, 44:3, 47:19, 82:17, 82:21
**signature** [14] - 27:10, 27:13, 29:17, 46:23, 51:11, 51:12, 52:2, 84:13, 84:21, 124:22, 125:13, 125:20, 134:6, 144:14
**signatures** [5] - 44:11, 45:6, 50:22, 50:23, 144:13
**signed** [26] - 24:7, 28:3, 29:22, 43:13, 43:14, 43:15, 43:18, 45:4, 47:5, 47:9, 51:12, 104:3, 107:15, 124:21, 124:24, 126:5, 126:12, 127:22, 128:7, 130:22, 131:12, 151:2, 151:18, 154:12
**signers** [1] - 19:15
**signing** [9] - 28:21, 30:1, 125:23, 125:25, 126:15, 131:2, 143:4, 143:5, 151:14
**Silver** [1] - 37:14
**similar** [1] - 106:22
**simple** [1] - 129:8
**simply** [3] - 17:7, 37:18, 44:10
**singer** [1] - 112:12
**singing** [2] - 97:21, 112:13
**single** [5] - 98:22, 110:14, 110:25, 160:17, 160:19
**singles** [2] - 111:6, 111:12
**sit** [1] - 85:11
**sitting** [3] - 13:1, 13:3, 13:4
**situation** [2] - 128:3,

155:12
**six** [2] - 113:2, 116:4
**sixth** [1] - 162:4
**slightly** [1] - 156:4
**slow** [1] - 89:17
**slower** [1] - 89:22
**small** [5] - 68:1, 91:23, 101:21, 101:22, 111:3
**smaller** [2] - 111:6, 142:22
**smarter** [1] - 30:7
**sole** [1] - 82:16
**solely** [1] - 162:13
**solemnly** [2] - 13:16, 92:13
**solo** [7] - 133:21, 133:22, 134:3, 134:5, 134:6, 147:3, 155:17
**solos** [1] - 133:24
**someone** [17] - 19:7, 21:14, 24:5, 24:9, 24:13, 27:14, 28:8, 31:24, 42:20, 51:21, 76:10, 106:9, 115:1, 115:19, 134:2, 140:9
**sometime** [2] - 37:25, 39:3
**sometimes** [2] - 53:2, 130:1
**somewhat** [2] - 141:9, 162:7
**somewhere** [2] - 72:17, 73:7
**son** [4] - 54:21, 154:25
**song** [49] - 6:7, 8:25, 9:4, 33:11, 66:2, 66:3, 66:6, 66:19, 67:2, 79:6, 79:9, 95:7, 95:12, 96:1, 96:2, 96:10, 96:12, 97:8, 97:9, 97:16, 97:21, 101:7, 108:15, 108:20, 109:1, 110:16, 110:18, 110:21, 117:15, 120:20, 122:10, 131:23, 132:4, 132:6, 132:21, 132:25, 133:6, 133:8, 135:20, 136:1, 136:6, 136:7, 136:11, 155:13, 155:21, 155:24, 155:25, 156:6
**Song** [1] - 135:20
**songs** [79] - 6:3, 6:9, 6:11, 7:1, 7:4, 7:7, 7:11, 7:25, 8:9, 8:15, 8:16, 9:14, 53:16,

65:22, 67:10, 67:18, 68:16, 69:25, 70:23, 71:2, 71:10, 76:4, 93:10, 94:5, 94:23, 95:4, 95:5, 95:10, 95:11, 95:18, 96:6, 96:12, 96:19, 96:22, 96:24, 97:2, 97:6, 98:13, 99:25, 100:18, 101:3, 101:5, 101:9, 101:14, 102:11, 103:9, 103:10, 103:11, 104:6, 104:7, 105:22, 108:2, 108:14, 108:19, 108:20, 108:23, 109:5, 109:6, 110:4, 111:4, 115:3, 118:3, 130:2, 130:6, 132:10, 133:10, 133:14, 135:14, 135:15, 136:13, 136:14, 146:25, 147:1, 148:19, 149:2, 149:14, 149:15
**songwriter** [2] - 66:5, 93:7
**songwriters** [5] - 55:2, 93:8, 95:22, 125:22, 156:7
**songwriting** [25] - 14:7, 14:11, 14:18, 15:1, 32:4, 33:8, 34:9, 35:22, 35:23, 53:12, 75:20, 76:3, 99:24, 99:25, 117:4, 117:13, 117:19, 119:3, 119:12, 122:16, 138:10, 146:10, 150:7, 153:10, 153:16
**soon** [2] - 83:24, 157:13
**sorry** [25] - 32:22, 34:3, 38:5, 44:22, 45:21, 55:22, 55:23, 56:5, 57:10, 59:4, 63:15, 66:22, 71:22, 82:23, 94:17, 98:7, 102:24, 118:12, 128:22, 132:22, 151:20, 155:14, 155:22, 160:7, 163:11
**sort** [7] - 30:12, 31:1, 99:18, 106:4, 106:5, 134:16, 158:16
**sorts** [2] - 84:10, 84:12
**sought** [2] - 17:18, 23:3
**sound** [21] - 71:24,

72:2, 72:4, 72:13, 72:23, 73:2, 73:8, 111:16, 111:18, 111:24, 112:4, 112:6, 112:8, 112:9, 112:16, 113:13, 127:1, 129:5, 137:5
**sounded** [2] - 96:14, 107:1
**sounding** [2] - 108:9, 108:12
**sounds** [3] - 110:3, 127:5, 151:10
**sources** [4] - 53:19, 66:18, 67:17, 122:21
**span** [1] - 56:13
**Spangled** [1] - 9:1
**speaker** [1] - 112:1
**speaking** [3] - 52:20, 121:14, 124:5
**speaks** [3] - 14:20, 145:16, 149:23
**spearheading** [1] - 156:10
**special** [2] - 27:6, 88:1
**specializes** [1] - 54:25
**specific** [8] - 45:20, 56:14, 58:19, 58:20, 64:8, 70:2, 76:21, 148:23
**specifically** [8] - 12:16, 45:3, 59:17, 66:10, 68:20, 69:3, 85:13, 161:19
**specifics** [1] - 83:4
**speculation** [3] - 66:23, 71:3, 78:9
**spell** [3] - 13:21, 74:11, 92:18
**spelled** [1] - 105:8
**spend** [1] - 105:2
**spirit** [1] - 97:20
**spite** [1] - 138:16
**split** [2] - 35:10, 159:3
**spoken** [6] - 104:18, 108:4, 112:18, 113:16, 114:14, 130:5
**spread** [1] - 77:11
**springboard** [1] - 13:3
**stadiums** [1] - 142:18
**stage** [4] - 22:24, 47:11, 111:17, 111:18
**stamps** [1] - 74:22
**stand** [7] - 5:21, 8:1, 45:3, 73:20, 82:4,

92:11, 160:4
**standard** [2] - 56:24, 134:23
**standing** [1] - 88:13
**Star** [1] - 9:1
**start** [6] - 7:22, 76:23, 87:18, 94:15, 111:18, 116:20
**started** [17] - 6:12, 15:9, 15:13, 21:21, 21:25, 32:2, 32:10, 33:2, 38:24, 49:9, 73:24, 95:5, 96:19, 99:24, 113:10, 138:9, 139:4
**starting** [3] - 21:21, 148:4, 148:8
**starts** [1] - 63:16
**state** [13] - 5:12, 13:21, 15:24, 16:4, 16:5, 16:14, 16:15, 16:16, 16:20, 19:10, 42:3, 92:18, 111:16
**STATE** [1] - 164:4
**statement** [11] - 6:12, 17:11, 17:23, 19:13, 19:14, 23:7, 25:1, 27:20, 28:23, 29:7, 70:1
**statements** [11] - 10:9, 10:11, 19:6, 30:22, 62:16, 62:17, 66:17, 67:11, 67:16, 71:16, 76:19
**States** [5] - 5:5, 5:7, 164:7, 164:9, 164:14
**STATES** [1] - 1:1
**stating** [1] - 41:19
**stay** [1] - 158:2
**stayed** [2] - 100:13, 138:5
**Steering** [1] - 51:11
**stenographically** [1] - 164:11
**step** [6] - 13:14, 20:24, 80:25, 85:19, 85:20, 158:8
**stepped** [1] - 50:6
**still** [12] - 36:18, 37:7, 37:10, 50:2, 50:25, 51:21, 91:12, 97:12, 98:21, 114:21, 140:17, 142:13
**stipulation** [1] - 19:2
**Stones** [2] - 65:25, 66:2
**stop** [16] - 7:19, 25:22, 29:14, 34:4, 34:7, 34:13, 37:24, 38:8, 38:17, 38:25,

39:4, 40:1, 44:7, 96:8, 119:18, 120:16
**stopping** [1] - 39:11
**story** [2] - 9:11, 112:5
**straight** [3] - 76:14, 94:23, 135:18
**strange** [1] - 97:20
**Street** [1] - 2:7
**street** [1] - 113:24
**STREET** [1] - 1:24
**strep** [1] - 86:21
**stressful** [2] - 118:7, 128:2
**stretch** [1] - 31:9
**stricken** [2] - 123:10, 147:20
**strike** [9] - 35:17, 39:21, 40:16, 41:16, 123:8, 123:9, 134:11, 147:18, 150:21
**string** [1] - 82:19
**strong** [2] - 102:11, 157:7
**strongly** [1] - 147:16
**struck** [1] - 136:22
**structure** [1] - 108:20
**struggling** [3] - 25:9, 42:19, 162:10
**strumming** [1] - 9:6
**studio** [19] - 98:12, 98:13, 100:14, 107:19, 108:3, 108:11, 109:10, 109:21, 109:23, 113:2, 118:4, 127:24, 128:3, 133:1, 133:10, 135:18, 138:16, 140:18, 141:5
**Studios** [1] - 107:20
**studios** [1] - 112:25
**stuff** [1] - 62:9
**subject** [13] - 17:22, 20:17, 49:1, 55:10, 71:23, 74:7, 80:22, 81:15, 119:12, 123:4, 140:22, 155:20, 157:22
**subjective** [10] - 17:19, 18:3, 22:14, 23:18, 23:20, 120:14, 121:5, 150:11, 156:21, 157:3
**submit** [2] - 158:17, 162:22
**submitted** [6] - 20:15, 28:16, 81:13, 83:6, 157:19, 158:20
**subpoena** [1] - 58:22

**subpoenaed** [1] - 58:21
**subpublishing** [3] - 126:15, 126:18, 127:12
**subsequent** [2] - 36:5, 65:2
**subsequently** [1] - 86:10
**succeed** [1] - 156:19
**success** [7] - 116:19, 117:24, 118:5, 118:23, 136:21, 136:22, 139:19
**successful** [3] - 115:6, 135:13, 136:23
**succinct** [1] - 44:16
**suddenly** [3] - 110:12, 137:7, 138:7
**sue** [1] - 140:5
**Sue** [5] - 51:14, 51:21, 51:24, 145:23, 147:12
**suffers** [1] - 149:11
**suggest** [1] - 162:17
**suggested** [3] - 119:6, 141:20
**suggesting** [3] - 7:4, 17:1, 45:23
**Suite** [2] - 2:7, 2:13
**sum** [1] - 141:8
**summary** [4] - 60:14, 62:7, 63:20, 86:13
**Supertramp** [63] - 8:20, 14:7, 14:17, 15:13, 32:3, 32:11, 33:2, 34:9, 34:15, 35:19, 35:20, 35:22, 38:24, 48:10, 49:12, 49:17, 49:21, 49:23, 51:18, 52:18, 53:16, 54:13, 54:17, 66:15, 67:3, 70:6, 72:13, 72:22, 73:1, 73:3, 78:20, 79:6, 80:8, 93:7, 97:3, 98:20, 99:7, 99:11, 99:16, 99:22, 100:8, 101:17, 112:5, 112:7, 114:12, 114:25, 126:25, 140:13, 140:23, 141:19, 145:14, 147:1, 149:3, 149:5, 149:13, 154:20, 154:21, 156:16, 156:19, 157:8, 158:2
**Supertramp's** [2] - 14:4, 116:6
**supervisor** [1] - 69:11

**support** [4] - 107:7, 114:5, 141:9, 142:6
**supported** [3] - 107:6, 112:18, 112:20
**supportive** [1] - 98:23
**suppose** [1] - 13:11
**supposed** [8] - 18:19, 22:1, 27:2, 27:15, 36:12, 84:5, 160:14, 160:17
**Susan** [3] - 43:13, 140:5, 141:2
**sustain** [1] - 82:13
**sustained** [18] - 15:20, 18:6, 18:14, 31:4, 31:5, 37:22, 38:22, 40:24, 41:4, 42:6, 42:12, 74:25, 119:9, 123:10, 142:3, 147:10, 147:20, 150:13
**swear** [2] - 13:16, 92:13
**Swift's** [1] - 70:14
**Swindon** [5] - 125:5, 125:6, 125:7, 125:9, 125:13
**switched** [1] - 99:15
**sworn** [3] - 13:25, 91:13, 92:23
**sync** [3] - 69:24, 78:16, 78:20
**synchronization** [5] - 68:21, 68:23, 69:21, 69:24, 78:14
**system** [9] - 57:1, 57:2, 111:16, 111:18, 111:24, 111:25, 112:8, 163:8, 163:10
**systems** [1] - 111:21

## T

**table** [1] - 50:2
**talks** [2] - 44:10
**tape** [2] - 98:11, 130:6
**tasked** [1] - 76:17
**taught** [1] - 136:15
**tax** [1] - 54:10
**taxes** [1] - 54:10
**Taylor** [1] - 70:13
**teach** [1] - 136:9
**teacher** [1] - 94:21
**team** [2] - 80:2, 156:20
**teamed** [1] - 104:16
**television** [1] - 68:25
**temporary** [1] - 53:3

**ten** [8] - 20:13, 20:19, 93:21, 95:4, 95:16, 109:5, 162:24, 163:7
**ten-minute** [1] - 20:13
**tenure** [1] - 72:12
**term** [7] - 25:3, 56:14, 70:8, 70:10, 70:13, 112:22, 112:24
**terminate** [16] - 23:2, 32:8, 32:14, 32:18, 32:20, 32:23, 33:1, 33:25, 35:15, 53:11, 146:7, 146:9, 150:6, 150:15, 156:6, 157:2
**terminated** [2] - 51:19, 53:10
**terms** [7] - 54:2, 80:7, 109:16, 127:12, 145:23, 148:20, 154:13
**TERRI** [4] - 1:23, 164:6, 164:19, 164:20
**testified** [5] - 14:1, 21:24, 92:24, 126:23, 131:11
**testifies** [1] - 22:3
**testify** [5] - 18:5, 23:1, 29:12, 44:13, 121:7
**testifying** [3] - 21:16, 45:7, 65:24
**testimony** [21] - 7:4, 7:8, 10:25, 12:18, 12:21, 13:2, 13:3, 13:7, 13:16, 21:7, 23:17, 25:23, 43:23, 88:10, 91:14, 92:13, 123:20, 123:22, 123:23, 128:9, 159:5
**THE** [319] - 2:3, 2:10, 5:5, 5:15, 5:18, 5:24, 6:8, 6:17, 6:23, 7:13, 7:19, 8:6, 8:11, 8:14, 8:21, 9:15, 10:2, 10:5, 10:8, 10:13, 10:16, 10:19, 10:20, 10:22, 10:23, 11:16, 12:2, 12:5, 12:12, 12:14, 12:24, 13:4, 13:10, 13:20, 13:22, 13:23, 14:22, 15:20, 15:22, 16:2, 16:7, 16:11, 16:18, 16:21, 16:24, 17:7, 17:15, 18:6, 18:10, 18:14, 18:22, 18:24, 19:17, 19:22, 20:2, 20:5, 20:8,

20:12, 20:21, 20:23, 21:1, 21:6, 21:9, 21:14, 21:18, 22:4, 22:6, 22:11, 22:16, 22:18, 23:5, 23:9, 23:15, 23:20, 24:4, 25:8, 25:19, 26:4, 26:10, 26:15, 26:18, 26:20, 27:24, 28:5, 28:14, 28:18, 29:8, 29:24, 31:3, 31:13, 31:15, 31:18, 31:20, 31:22, 31:23, 37:22, 38:4, 38:5, 38:13, 38:22, 39:23, 39:24, 40:6, 40:12, 40:13, 40:18, 40:24, 41:4, 41:10, 41:11, 41:18, 41:20, 41:22, 42:6, 42:13, 42:15, 42:16, 42:18, 42:23, 43:2, 43:4, 43:7, 43:10, 43:13, 44:7, 44:22, 45:9, 45:18, 45:23, 46:1, 46:8, 46:12, 46:14, 46:21, 47:20, 47:25, 48:4, 49:3, 52:24, 52:25, 55:12, 56:2, 56:4, 56:5, 58:8, 58:10, 58:16, 58:25, 59:4, 59:11, 59:15, 59:20, 59:23, 60:6, 60:11, 60:20, 61:1, 61:6, 61:13, 61:21, 62:5, 62:13, 62:15, 62:18, 62:25, 65:8, 65:11, 66:22, 66:24, 71:4, 71:12, 71:13, 73:12, 73:13, 74:9, 74:11, 74:14, 74:19, 74:23, 75:4, 75:7, 75:10, 75:12, 75:16, 77:22, 78:10, 78:11, 78:24, 78:25, 80:23, 80:25, 81:1, 81:2, 81:6, 81:8, 81:18, 81:20, 82:7, 82:10, 82:23, 83:12, 83:19, 83:23, 84:1, 84:5, 84:12, 84:15, 84:19, 84:22, 85:2, 85:5, 85:7, 85:9, 85:12, 85:16, 85:18, 85:24, 86:1, 86:20, 87:9, 87:20, 88:15, 88:16, 88:19, 88:20, 89:1, 89:5, 89:9, 89:11, 89:17, 89:22, 90:17, 90:25, 91:2, 91:4, 91:5, 91:10, 91:20, 92:6, 92:9, 92:12,

92:16, 92:17, 92:19, 92:25, 93:3, 98:7, 98:8, 111:1, 111:2, 117:6, 117:7, 117:9, 119:9, 119:18, 119:21, 119:23, 119:24, 120:6, 120:8, 120:16, 120:22, 120:24, 121:4, 121:11, 121:17, 122:6, 122:13, 122:14, 123:10, 127:10, 127:11, 128:20, 130:17, 130:18, 130:19, 132:9, 132:10, 134:13, 135:24, 136:3, 136:4, 142:3, 143:25, 145:18, 145:19, 146:3, 146:4, 146:19, 146:23, 146:24, 147:5, 147:10, 147:20, 149:24, 149:25, 150:13, 150:22, 151:24, 152:5, 154:9, 154:10, 156:23, 157:5, 157:6, 157:14, 158:5, 158:7, 158:8, 159:20, 160:9, 163:4, 163:9, 163:12, 163:14, 163:16

**theoretically** [1] - 47:11

**theory** [4] - 28:6, 29:2, 42:20, 83:11

**therefore** [1] - 47:10

**therein** [4] - 60:3, 60:13, 61:23, 62:2

**they've** [1] - 67:25

**thinking** [2] - 160:2, 160:4

**thinks** [1] - 24:22

**third** [4] - 100:2, 124:20, 148:10, 161:3

**THOMSON** [1] - 1:5

**Thomson** [18] - 5:9, 15:5, 17:9, 43:14, 45:21, 50:5, 50:9, 51:10, 86:7, 99:5, 102:23, 102:24, 103:14, 103:20, 104:20, 105:16, 140:11, 155:7

**thoughts** [2] - 158:10, 160:3

**three** [16] - 6:14, 7:17, 8:2, 27:6, 53:12, 76:1, 87:11, 93:9, 94:21, 118:2, 119:25,

125:20, 131:17, 136:22, 156:18, 160:5

**throat** [1] - 86:21

**throughout** [2] - 75:8, 158:15

**ticket** [1] - 114:3

**tickets** [1] - 113:24

**tie** [1] - 87:25

**title** [4] - 66:19, 141:20, 141:23, 141:24

**Title** [1] - 164:9

**today** [5] - 5:21, 11:8, 48:24, 73:20

**together** [14] - 82:19, 100:13, 100:24, 101:3, 101:6, 109:24, 115:13, 117:19, 128:17, 129:3, 129:4, 130:6, 133:16, 135:16

**tomorrow** [4] - 87:21, 87:23, 162:23, 163:8

**ton** [1] - 112:1

**took** [14] - 48:17, 86:21, 91:13, 94:11, 94:14, 94:16, 97:13, 110:10, 113:12, 116:17, 118:18, 128:7, 130:4, 135:18

**top** [7] - 34:24, 37:2, 48:14, 63:16, 112:2, 151:16, 151:19

**topic** [4] - 65:15, 78:13, 101:12, 119:2

**topics** [1] - 160:11

**Torture** [1] - 95:8

**total** [1] - 63:14

**totally** [2] - 132:25, 133:6

**touch** [1] - 94:6

**tough** [1] - 118:9

**tour** [29] - 54:10, 101:24, 111:15, 111:16, 113:14, 114:5, 114:10, 117:22, 118:9, 118:16, 134:21, 134:23, 134:25, 137:3, 137:4, 137:16, 137:24, 138:11, 142:6, 142:10, 142:11, 142:15, 142:16, 142:17, 142:19, 142:24, 154:24, 155:17, 156:16

**touring** [5] - 122:24, 135:11, 140:18, 155:4, 157:12

**towards** [1] - 148:21

**track** [4] - 103:13, 108:25, 109:1, 131:23

**tracks** [3] - 128:25, 133:16

**trade** [1] - 98:24

**train** [1] - 152:7

**transcript** [7] - 20:3, 20:7, 20:10, 22:3, 30:22, 164:10, 164:12

**TRANSCRIPT** [1] - 1:13

**translating** [1] - 76:18

**transported** [1] - 96:6

**traumatized** [2] - 146:15, 146:21

**traveling** [1] - 113:19

**treatise** [1] - 162:24

**treatment** [1] - 35:18

**trial** [26] - 5:11, 8:18, 9:21, 10:3, 10:14, 11:1, 11:3, 24:25, 31:19, 58:13, 58:21, 59:1, 59:3, 60:1, 60:2, 60:21, 60:23, 60:24, 61:15, 158:15, 158:19, 160:2, 160:16, 162:16

**TRIAL** [2] - 1:13, 1:14

**tricky** [1] - 61:1

**tried** [4] - 82:19, 109:23, 118:5, 121:14

**Tritan** [1] - 107:20

**trudging** [1] - 101:20

**true** [8] - 26:2, 64:2, 75:24, 79:16, 105:21, 110:1, 117:6, 164:10

**trust** [2] - 114:19, 145:22

**trusting** [1] - 131:1

**truth** [15] - 13:17, 13:18, 92:14, 92:15, 106:10, 110:10, 116:24, 130:9, 145:23, 146:15, 147:4, 157:8, 157:10

**truthfully** [1] - 156:16

**try** [6] - 17:24, 31:18, 42:13, 85:19, 121:25, 162:10

**trying** [15] - 17:20, 17:21, 17:22, 29:20, 29:23, 43:20, 47:1, 47:8, 61:20, 83:10, 120:24, 136:18, 138:15, 152:11,

158:19

**turn** [4] - 10:1, 10:4, 58:25, 61:3

**turned** [5] - 59:3, 59:5, 59:13, 82:25, 135:5

**TV** [1] - 68:25

**two** [24] - 5:23, 7:8, 7:17, 8:2, 28:7, 28:10, 39:3, 85:23, 99:14, 100:15, 100:17, 108:14, 109:6, 109:14, 110:11, 111:3, 117:17, 117:18, 122:14, 124:11, 129:17, 139:7, 139:14, 155:25

**two-page** [1] - 139:7

**type** [3] - 58:12, 134:5, 134:6

**typical** [1] - 96:10

**U**

**U.S** [1] - 1:3

**UK** [2] - 113:17, 134:22

**ultimate** [1] - 24:25

**ultimately** [3] - 97:2, 141:11, 141:15

**unconscionable** [2] - 29:5, 121:22

**under** [15] - 22:13, 24:12, 24:19, 28:22, 45:17, 47:6, 47:13, 60:9, 66:9, 69:16, 73:20, 83:10, 83:24, 86:5, 148:9

**understood** [7] - 17:13, 23:1, 29:18, 116:7, 116:25, 125:15, 130:10

**underwritten** [1] - 114:6, 114:7

**undivided** [1] - 11:7

**unexpressed** [5] - 17:19, 18:3, 22:14, 22:16, 23:19

**unfortunately** [1] - 137:2

**unhappy** [2] - 53:7, 123:16

**Uniform** [1] - 28:23

**UNITED** [1] - 1:1

**United** [5] - 5:5, 5:7, 164:7, 164:9, 164:14

**unity** [1] - 138:9

**Universal** [5] - 66:18, 69:7, 69:10, 153:5, 156:3, 156:9

**universe** [3] - 54:13, 82:19, 140:23

**unjust** [1] - 29:5

**unless** [1] - 47:2

**unnecessary** [1] - 155:14

**Unplugged** [1] - 5:24

**unreliable** [1] - 25:5

**up** [63] - 6:5, 7:13, 7:22, 7:23, 8:1, 8:15, 13:11, 22:25, 24:6, 34:21, 35:7, 38:17, 46:2, 47:3, 50:20, 52:16, 67:11, 68:12, 71:15, 78:1, 79:10, 79:11, 84:19, 93:19, 93:24, 94:12, 96:5, 97:14, 98:11, 100:1, 101:20, 102:16, 104:16, 105:3, 109:19, 113:4, 114:18, 117:24, 118:3, 118:8, 119:13, 124:13, 125:10, 126:19, 128:24, 133:8, 135:12, 137:6, 138:3, 138:16, 138:17, 138:21, 140:9, 141:4, 141:8, 142:15, 151:12, 151:19, 157:25, 159:3, 159:8, 160:1

**updated** [1] - 57:7

**useful** [1] - 6:4

**user** [1] - 69:11

**uses** [1] - 69:17

**usual** [2] - 52:25, 134:21

**V**

**vague** [3] - 38:3, 52:23, 130:16

**variation** [1] - 107:4

**various** [5] - 53:19, 66:18, 67:16, 100:25, 159:2

**venues** [1] - 142:20

**verbiage** [1] - 85:3

**verdict** [4] - 27:6, 45:20, 88:1, 162:17

**version** [7] - 66:2, 67:2, 68:19, 69:3, 70:19, 82:1, 106:18

**versions** [4] - 67:10, 67:18, 68:18, 71:1

**versus** [5] - 5:9, 22:8, 23:12, 67:6, 162:13

**video** [8] - 8:9, 8:11,

8:12, 11:14, 13:9, 81:25, 88:22
**video/audio** [1] - 12:7
**videotape** [1] - 91:9
**videotaped** [1] - 91:11
**view** [6] - 12:17, 22:6, 27:24, 30:19, 84:23, 161:19
**viewing** [1] - 12:21
**village** [1] - 93:17
**vinyl** [1] - 111:6
**violates** [5] - 12:22, 18:12, 22:13, 43:21, 44:1
**violation** [2] - 17:17, 18:2
**vis-à-vis** [1] - 29:6
**vocals** [1] - 103:9
**Volume** [1] - 55:7
**vs** [1] - 1:7

## W

**wait** [7] - 19:17, 22:18, 75:7, 85:15, 121:4
**waiting** [1] - 87:22
**walk** [2] - 128:15, 128:22
**wants** [2] - 18:25, 57:9
**waste** [1] - 29:10
**ways** [3] - 95:13, 95:22, 106:2
**wealth** [1] - 108:4
**week** [1] - 48:6
**weekend** [4] - 84:4, 157:24, 158:4, 163:14
**weekends** [2] - 84:4, 84:6
**weighed** [1] - 112:1
**welcome** [1] - 91:5
**WEST** [1] - 1:24
**whichever** [1] - 148:13
**whole** [10] - 8:18, 13:17, 29:9, 36:19, 92:14, 95:3, 98:2, 112:5, 115:2, 128:14
**wide** [1] - 17:20
**wife** [4] - 51:16, 140:1, 140:7, 141:2
**willing** [1] - 114:1
**Wilshire** [1] - 2:13
**winter** [1] - 101:25
**wise** [3] - 107:1, 116:2, 118:21
**wish** [2] - 158:11,

163:4
**withdraw** [1] - 96:22
**withdrawal** [12] - 84:10, 84:24, 85:21, 143:2, 145:4, 158:23, 158:24, 159:13, 159:22, 160:6, 161:9, 161:20
**withdrew** [1] - 144:8
**withheld** [1] - 148:13
**Witness** [1] - 55:5
**WITNESS** [40] - 3:1, 3:3, 13:19, 13:22, 38:5, 39:24, 40:13, 41:11, 41:20, 42:15, 52:25, 56:5, 71:13, 73:13, 78:11, 78:25, 81:1, 92:16, 92:19, 93:3, 98:7, 111:2, 117:6, 117:9, 119:21, 119:24, 120:8, 122:14, 127:11, 130:17, 130:19, 132:10, 136:4, 145:19, 146:4, 146:24, 149:25, 151:24, 154:10, 157:6
**witness** [24] - 11:11, 11:13, 12:21, 13:1, 16:8, 16:18, 21:3, 21:10, 21:15, 21:16, 23:17, 30:6, 43:23, 45:3, 71:11, 73:20, 81:3, 86:20, 88:10, 91:11, 91:12, 91:21, 92:9, 92:11
**witnesses** [4] - 12:16, 12:23, 21:2, 91:6
**won** [1] - 9:23
**wondered** [1] - 123:6
**wonderful** [5] - 96:14, 115:23, 133:25, 158:4, 163:14
**woodwinds** [1] - 133:19
**word** [8] - 40:20, 41:7, 41:14, 47:23, 60:12, 114:6, 134:12, 147:19
**words** [4] - 27:25, 31:14, 61:14, 65:21
**Words** [10] - 33:15, 34:18, 35:2, 35:11, 35:14, 138:24, 141:16, 141:21, 142:6, 156:2
**wordsmithing** [1] - 74:23
**worksheet** [2] -

34:10, 34:11
**world** [4] - 49:15, 76:13, 97:25, 118:16
**worry** [1] - 7:21
**worth** [2] - 61:25, 135:18
**wrinkle** [1] - 25:25
**write** [11] - 26:23, 76:4, 96:10, 97:2, 100:2, 101:9, 115:3, 132:17, 133:9, 136:13
**writers** [9] - 26:23, 52:22, 53:3, 65:20, 67:24, 78:16, 78:17, 78:19
**writing** [12] - 95:5, 95:10, 95:12, 95:21, 96:2, 96:4, 96:19, 97:4, 100:22, 101:7, 101:14, 102:14
**written** [9] - 99:25, 102:14, 103:14, 103:17, 103:18, 110:4, 132:7, 149:15, 159:2
**wrote** [24] - 6:8, 6:25, 7:24, 9:5, 65:22, 93:9, 94:23, 96:15, 96:24, 97:6, 100:24, 101:2, 101:6, 105:22, 117:15, 117:19, 132:14, 132:25, 133:11, 148:14, 148:19, 148:20, 148:22, 149:2
**Wurlitzer** [1] - 97:13

## Y

**year** [9] - 17:12, 19:14, 32:13, 94:24, 95:1, 100:10, 102:1, 153:13, 154:22
**years** [35] - 18:1, 25:2, 25:7, 37:25, 38:8, 38:18, 39:3, 48:11, 48:13, 49:17, 50:7, 50:9, 50:12, 52:19, 53:12, 56:14, 58:15, 62:4, 73:2, 74:15, 76:23, 79:19, 80:16, 93:21, 95:16, 110:15, 116:4, 127:4, 127:8, 135:11, 145:20, 156:18, 157:11, 159:1
**yesterday** [3] - 19:2, 65:24, 76:7
**young** [1] - 136:11

## Z

**zip** [1] - 142:21