JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CAMPBELL THOMSON; JOHN ANTHONY HELLIWELL; and ROBERT LAYNE SIEBENBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES ROGER POMFRET HODGSON, a/k/a ROGER HODGSON; RICHARD DAVIES; DELICATE MUSIC, a California general partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-08124-AB-MRW<br><br>Related To Consolidated Cases:<br>2:21-cv-08123-AB-PLA (Lead Case)<br>2:21-cv-08759-AB-PLA<br><br>Judge: Hon. André Birotte Jr.<br>Ctrm: 7B<br><br>**JUDGMENT ON JURY VERDICT** |

This action came on regularly for a jury trial on February 20, 2024, in Courtroom 7B of the United States District Court for the Central District of California, the Honorable André Birotte Jr., Judge presiding. David M. Given, Robert Carroll, III, Nicholas A. Carlin and Kyle Patrick O'Malley of Phillips Erlewine Given & Carlin LLP, appeared as attorneys of record for Plaintiffs Douglas Campbell Thomson, John Anthony Helliwell and Robert Layne

Siebenberg, and Alan S. Gutman of Gutman Law, appeared as attorney of record for Defendants Charles Roger Pomfret Hodgson, a/k/a Roger Hodgson ("Hodgson") and Delicate Music, a California general partnership. A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified.

After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court. On February 27, 2024, the cause was submitted to the jury with directions to return a special verdict on Plaintiffs' claims for breach of contract claim against Defendants Hodgson and Delicate Music based on the January 18, 1977, Memorandum of Agreement (Publishing) (Exh. 8). The jury deliberated and thereafter returned into the Court with its verdict for Defendants Hodgson and Delicate Music as set forth in the Special Verdict Form [Dkt 208] attached hereto as Exhibit "A," incorporated into this Judgment as though set forth herein in full.

In addition, the jury's verdict rendered the Plaintiffs' open book accounting and declaratory relief claims moot. The jury determined the agreement to pay royalties based on the January 18, 1977, Memorandum of Agreement (Publishing) was terminated within a reasonable time; thus, there is no amount due to Plaintiffs post-termination. The declaratory relief claim is also moot because the January 18, 1977 Memorandum of Agreement (Publishing) was terminated, and there is no longer any existing case or controversy as to its meaning. Accordingly, the Plaintiffs' open book accounting and declaratory relief claims are deemed dismissed.

It appearing by reason of the Court's rulings and Special Verdict Form that Defendants Hodgson and Delicate Music are entitled to judgment against Plaintiffs Douglas Campbell Thomson, John Anthony Helliwell and Robert Layne Siebenberg.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. Judgment in full is entered in favor of Defendants Charles Roger Pomfret Hodgson, a/k/a Roger Hodgson and Delicate Music, a California general

1  partnership, against Plaintiffs Douglas Campbell Thomson, John Anthony Helliwell
2  and Robert Layne Siebenberg, as to each and every claim and cause of action;

3      2.    Plaintiffs Douglas Campbell Thomson, John Anthony Helliwell and
4  Robert Layne Siebenberg shall have and recover nothing from Defendants Charles
5  Roger Pomfret Hodgson, a/k/a Roger Hodgson and Delicate Music, a California
6  general partnership, as each and every such claim and cause of action is dismissed
7  with prejudice;

8      3.    Costs are taxed against the Plaintiffs Douglas Campbell Thomson,
9  John Anthony Helliwell and Robert Layne Siebenberg. Defendants Charles Roger
10 Pomfret Hodgson, a/k/a Roger Hodgson and Delicate Music, a California general
11 partnership, may submit an Application to the Clerk to Tax Costs within the time
12 required by the Local Rules, for costs to be awarded pursuant to Federal Rule of
13 Civil Procedure 54 and Local Rule 54-1 through 54-11.

14     IT IS SO ORDERED.

16 Dated: April 02, 2024

                           Hon. André Birotte Jr.
                           United States District Judge