UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:21-cv-08124-AB-MRW | Date: | May 8, 2026 |

Title: *Douglas Campbell Thomson et al v. Charles Roger Pomfret Hodgson, et al.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Anjani Mandavia | Lochlan F. Shelfer (pro hac) |
| David Loren Burg (via Zoom) | Theodore J. Boutrous, Jr. |

**Proceedings:**   **PLAINTIFF'S MOTION TO REMAND [256] (Held and Completed)**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

00 : 39

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**              Initials of Deputy Clerk EVC