UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS CAMPBELL THOMSON, JOHN ANTHONY HELLIWELL, and ROBERT LAYNE SIEBENBERG,

Plaintiffs,

v.

CHARLES ROGER POMFRET HODGSON a/k/a ROGER HODGSON; RICHARD DAVIES; DELICATE MUSIC, a California general partnership; and DOES 1-10,

Defendants.

Case No. 2:21-cv-08124-AB

**ORDER GRANTING DEFENDANTS' MOTION TO REMAND [Dkt. No. 256]**

On October 12, 2021, this case was removed by Defendants from Los Angeles Superior Court to this Court based on federal question jurisdiction under the Copyright Act, 28 USC § 1454(a). Dkt. No. 21. This case proceeded to trial on the issue of whether Defendants terminated the contract at will, after a reasonable time. A jury found in favor of the Defendants and the Court entered judgment against the Plaintiffs. Dkt. No. 222.

On appeal, the Ninth Circuit reversed and remanded, finding this Court erred in its judicial determination that the 1977 Agreement was unilaterally terminable after a reasonable time. Dkt. No. 248. The Ninth Circuit reversed and remanded with

1

instructions to enter judgment in the Plaintiffs' favor on the issue of liability and for any further proceedings consistent with their opinion.

After the case was remanded to this Court, Defendants filed this Motion to the action to California state court for lack of subject matter jurisdiction based on the Supreme Court's decision in *Royal Canin v. Wullschleger*, 145 S. Ct. 41 (2025). Dkt. No. 256. Plaintiffs filed a timely Opposition (Dkt. No. 260) and Defendants filed a Reply (Dkt. No. 261).

The Court held a hearing on the matter on May 8, 2026. Shortly after the hearing, on May 12, 2026, Plaintiffs filed a Notice of Non-Opposition of Their Opposition to Defendants' Motion to Remand. "Notice of Non-Opposition," Dkt. No. 264. In their Notice, Plaintiffs "join[ed] with defendants in requesting that this action promptly be remanded to the Los Angeles County Superior Court." *Id.* at 2.

The Motion to Remand being unopposed, the Court **GRANTS** Defendants' Motion to Remand the case to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE